IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. FRAZIER, JR., | ) | Civil Action No. 10-500 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| SECRETARY RAY MABUS, U.S. DEPARTMENT OF THE NAVY; EXECUTIVE DIRECTOR W. DEAN PFEIFFER, BOARD FOR CORRECTION OF NAVAL RECORDS, | ) ) ) ) ) ) | |
| Defendants. | ) | *Filed electronically* |

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, Secretary Ray Mabus, U.S. Department of the Navy, Executive Director W. Dean Pfeiffer, Board for the Correction of Naval Records, by their attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania and Jennifer R. Andrade, Assistant United States Attorney, respectfully file the within Appendix of Exhibits in Support of Motion to Dismiss, or in the Alternative, for Summary Judgment.

EXHIBIT A ................................................ Relevant Portions of MCO P1001R.1J

EXHIBIT B ................................................ Relevant Portions of Marine Corps Manual (1980) Change 1-3

EXHIBIT C ................................................ MCO P1400.32C (in full)

EXHIBIT D ................................................ MCO 5420.16C (in full)

1

Administrative Record Vol. I ........................................................................ Pages 1-47

Administrative Record Vol. II ..................................................................... Pages 48-101

Administrative Record Vol. III .................................................................... Pages 102-152

Administrative Record Vol. IV .................................................................... Pages 153-184

Administrative Record Vol. V ..................................................................... Pages 185-223

Administrative Record Vol. VI .................................................................... Pages 224-256

Administrative Record Vol. VII ................................................................... Pages 257-286

Administrative Record Vol. VIII .................................................................. Pages 287-319

Administrative Record Vol. IX .................................................................... Pages 320-341

Administrative Record Vol. X ..................................................................... Denial Letters

Administrative Record Vol. XI .............................................. BCNR LTR BJG DOCKET

                                                        Respectfully submitted,

                                                        DAVID J. HICKTON
                                                        United States Attorney

                                                        <u>/s/ Jennifer R. Andrade</u>
                                                        JENNIFER R. ANDRADE
                                                        Assistant U.S. Attorney
                                                        Western District of PA
                                                        U.S. Post Office & Courthouse
                                                        700 Grant Street, Suite 4000
                                                        Pittsburgh, PA 15219
                                                        (412) 894-7354
                                                        *Attorney for Defendant*s

Of Counsel:
LCDR Michael J. Marinello, JAGC, USN
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, SE, STE 3000
Washington Navy Yard, DC 20374

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date, a copy of the within *Defendants' Appendix of Exhibits in Support of Motion to Dismiss, or in the Alternative, for Summary Judgment*, either electronically or by first-class United States mail, upon the following:

James S. Frazier, Jr.<br>
Post Office Box 224<br>
McKeesport, PA 15134<br>
*Pro se Plaintiff*

Dated:  February 17, 2012                              s/ Jennifer R. Andrade
                                                       JENNIFER R. ANDRADE
                                                       Assistant U. S. Attorney