# EXHIBIT A

## Marine Corps Reserve Administration Management Manual Order P1001R.1J (Relevant Portions)



Headquarters, U.S.
Marine Corps

MCO P1001R.1J
PCN 1020003000

# MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE:  MCRAMM)

**DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited**

MCRAMM

CHAPTER 1

MARINE CORPS RESERVE ORGANIZATION

1000.  MISSION

1.  The mission of the Reserve Component (RC) of the Total Force is to provide trained units and qualified persons to be available for active duty in time of war or national emergency, and at such other times as the national security may require.

2.  The Marine Corps Reserve complements the Marine Corps' operating force structure and capabilities.  Charged with providing the means for rapid expansion of our Corps during national emergency, the Marine Corps Reserve provides the added capability, flexibility, and depth that is the foundation for our sustainment upon any level of recall or mobilization.  Total force integration is the dominant theme for all Reserve planning, training, and administration.

1001.  COMPOSITION.  The Marine Corps Reserve is comprised of the Ready Reserve, the Standby Reserve, and the Retired Reserve.  See Figure 1-1.

1002.  READY RESERVE.  The Ready Reserve consists of Reserve units and individual members who are liable for immediate active duty (AD) during war or national emergency.  The Ready Reserve includes the Selected Reserve and the Individual Ready Reserve (IRR).  Members of the Ready Reserve are considered as being on the Reserve Active Status List (RASL).

1.  Selected Reserve (SelRes).  The SelRes is that part of the Ready Reserve consisting of Selected Marine Corps Reserve (SMCR) units, as designated by the Secretary of the Navy (SECNAV) and the Commandant of the Marine Corps (CMC), and individual Reservists, in a pay status (Individual Mobilization Augmentees (IMAs)) who are required to participate in inactive duty training (IDT) periods and annual training (AT).  Additionally, Reservists on full time active duty (Active Reserves (ARs) are considered members of the SelRes.  The SelRes of the Marine Corps is comprised of the following:

    a.  SMCR units.  These units make up the 4th Marine Division (4th MarDiv}, 4th Force Service Support Group (4th FSSG), the 4th Marine Aircraft Wing (4th MAW), I Marine Expeditionary Force (MEF), Marine Augmentation Command Element (I MACE), and II Marine

Expeditionary Force (MEF), Marine Augmentation Command Element (II MACE), and Force level units of MARFORRES.  All SMCR units are under the administrative and operational control (ADCON/OPCON) of the Commander, Marine Forces Reserve (COMMARFORRES) with the exception of I and II MACE which are ADCON only.

  b.  <u>Individual Mobilization Augmentees (IMAs)</u>.  IMA's are individual Selected Reservists who receive training and are pre-assigned to an Active Component (AC) organization billet that must be filled to meet the requirements of the organization to support mobilization (including pre- and/or post-mobilization) requirements, contingency operations, operations other than war, or other specialized or technical requirements.  Refer to Chapter 10 for IMA specific issues.

  c.  <u>Active Reserve (AR)</u>.  Reservists on active duty with the AR program are members of the SMCR and serve in full-time active duty billets that support the organization, training, instruction, retention and administration of the Marine Corps Reserve.  Refer to MCO 1001.52 for additional guidance.

NOTE:  <u>For the purpose of this order, unless specifically directed otherwise, all policies pertaining to the SMCR include both SMCR units and IMAs.</u>

2.  <u>IRR</u>.  A manpower pool principally consisting of individuals who have had training and have previously served in the active forces or in the SelRes and who:

  a.  Have not completed their Military Service Obligation (MSO); or

  b.  Have completed their MSO and are in the Ready Reserve by voluntary agreement; or

  c.  Have not completed their MSO and are mandatory participants, but are authorized to transfer to the IRR.

1003.  <u>STANDBY RESERVE</u>.  The Standby Reserve consists of those Reservists maintaining their military affiliation without being in the Ready Reserve, having been designated key civilian employees, or who have a temporary hardship or disability.  These individuals are not required to perform training and are not part of units; however, they may be mobilized as needed to fill manpower requirements for specific skills.  The Standby Reserve consists of the following training categories: