# EXHIBIT B

# Marine Corps Manual (1980), Change 1-3 (Relevant Portions)

# MARINE CORPS MANUAL

# W/CH 1-3



**1980**

**DEPARTMENT OF THE NAVY**
**Headquarters United States Marine Corps**
**Washington, D.C. 20380**

PCN 50100342500

```
DISTRIBUTION STATEMENT A:  Approved for public release;
distribution is unlimited
```

MARINE CORPS MANUAL

INTRODUCTION

0001.  PURPOSE AND FORCE

1. The Marine Corps Manual is the basic publication of the United States Marine Corps issued by the Commandant of the Marine Corps and approved by the Secretary of the Navy.  It is a regulatory publication for the Department of the Navy as defined in U.S. Navy Regulations.

2. The Marine Corps Manual is binding upon all persons in the Department of the Navy in matters concerning Marines and the Marine Corps.


0002.  SCOPE

1. The Marine Corps Manual supplements U.S. Navy Regulations with:

    a.  Regulations of the Secretary of the Navy for the Marine Corps.

    b.  Delineations of the fields of authority of the Commandant of the Marine Corps.

    c.  Regulations of the Commandant of the Marine Corps implementing U.S. Navy Regulations.

2. The Marine Corps Manual contains broad regulatory policies of the Commandant of the Marine Corps either originated within the Marine Corps or derived from statutes and from directives of the President of the United States, the Secretary of Defense, and the Secretary of the Navy.


0003.  USE

1. The Marine Corps Manual is designed primarily for use by Marine Corps commanders and their staffs, Navy officers exercising command over Marines, the staff of the Commandant of the Marine Corps, and the staffs of the bureaus and offices of the Navy Department.

2. The Marine Corps Manual should be used with U.S. Navy Regulations to ascertain departmental policy as it relates to the Marine Corps.  When details on a specific subject are desired, the manual should be used with Marine Corps directives and other applicable issuances of the Department of the Navy.


0004.  ORGANIZATION.  Contents of the Marine Corps Manual are arranged by broad subject areas.  The pages are numbered consecutively within chapters.


0005.  CHANGES.  Changes to the Marine Corps Manual will be issued by the Commandant of the Marine Corps in accordance with the authority delegated to that office by the Secretary of the Navy.  All users are asked to make recommendations for revision.  Changes will be designed for insertion on a page-for-page basis.  A record of changes made will be maintained on the page provided for that purpose.

    c.  Superiors who believe that an officer or employee reporting to them has a conflict of interest, or is involved in an apparent conflict of interest from the public confidence point of view, shall take prompt action to protect the interests of the United States.  This action invariably shall include:

        (1)  Immediate relief of the officer or employee from further representing the Government in the case.

        (2)  Investigation of the circumstances.

        (3)  Procedures to exonerate or discipline the relieved officer or employee as indicated by the facts elicited from the investigation.

2502.  OFFICER PROMOTIONS

1.  Authority

    a.  The basic authority for the promotion of Marine Corps officers is contained in the statutes of the United States as codified in Title 10, U.S. Code.  The Secretary of the Navy is specifically charged with implementing the provisions of law for the promotion of all officers of the naval service.  In fulfillment of this statutory responsibility and as head of the Department of the Navy, the Secretary establishes the qualifications officers must possess prior to promotion and the procedures to be followed throughout the promotion process.  Marine Corps officers shall be selected and promoted only as directed by the Secretary of the Navy.

    b.  Selection boards to recommend officers for promotion are normally convened once each year by the Secretary of the Navy.  The composition of such boards, their duties, and the names of the officers to be considered for promotion are prescribed by the Secretary.

2.  Withholding Promotions.  Action toward withholding an officer's promotion should be considered only for serious cause.  In such cases commanders should not deliver the promotion, but report the circumstances to the Commandant of the Marine Corps.  Following are examples of serious cause:

    a.  Involvement in an incident which raises doubt as to the officer's moral integrity.

    b.  Conduct which adversely affects the officer's professional ability, including failure to maintain military appearance standards prescribed by the Commandant of the Marine Corps.

    c.  Conduct which results in the officer being recommended for trial by court-martial.

2503.  ENLISTED PROMOTIONS

1.  The enlisted promotion system is designed to provide a procedure for enlisted personnel within each grade and generally within each occupational field to compete for promotion to the next higher grade. The requirements to be utilized in comparing the personnel records of all eligible Marines of the same grade, as well as the procedure to be employed in the comparison, are established by the Commandant of the Marine Corps.

2. Promotion policy and procedures prescribed by the Commandant of the Marine Corps are contained in the Marine Corps Promotion Manual and other directives.

2504. REDUCTION IN GRADE

1. The Commandant of the Marine Corps may reduce enlisted Marines to any grade, when necessary to reduce the total number of Marines by grade, and for incompetence or unacceptable performance of duty.

2. Instructions and procedures pertaining to punitive reductions, reduction for incompetence, and administrative reductions are contained in the Marine Corps Promotion Manual and other directives.

2505. AWARDS

1. Scope. Awards encompass all decorations, medals, ribbons, commendations, battle streamers, miscellaneous badges and insignia, and other forms of public recognition merited by Marines and Marine Corps units.

2. Purpose. Awards are authorized for the purpose of giving public recognition for acts of heroism performed, and outstanding services rendered, which are above and beyond that normally expected, and which distinguish the individual or unit among those performing similar acts or services; to denote participation in a campaign, war, national emergency, or expedition; or to denote service requirements fulfilled in a creditable manner while a member of the naval service.

3. Administration

    a. Awards for Marines and Marine Corps units are administered by the Secretary of the Navy, and by the Commandant of the Marine Corps at the direction of the Secretary of the Navy.

    b. The Commandant of the Marine Corps may make or authorize the making of awards which are not specifically controlled by the Secretary of the Navy. These include certificates of commendation, letters of appreciation and meritorious masts.

4. Awards by Other Military Services. A Marine serving with another military service may accept an award presented by that service provided the individual has not previously received an award for the same act.

5. Foreign Awards

    a. A Marine may participate in a formal presentation ceremony at the invitation of a foreign nation and receive the tender of an award. Such receipt does not constitute an acceptance. This permission does not apply to persons performing duty in connection with the Security Assistance Program unless the award is in recognition of actual combat service or heroism in the saving of human life.

    b. An award tendered to a Marine by a foreign government shall be forwarded by the individual to the Commandant of the Marine Corps with a statement explaining the circumstances of its tender. A Marine may accept an award from a foreign government upon receipt of approval from the Commandant of the Marine Corps.

6. Regulations

    a. Detailed instructions pertaining to the recommending, processing, making, and presenting of awards is contained in the Navy-Marine Corps Awards Manual and Marine Corps directives.

    b. Instructions pertaining to the wearing of awards is contained in the Marine Corps Uniform Regulations. Use, display, and administrative regulations for flags, colors, standards, and streamers, is contained in the Marine Corps Flag Manual.