# EXHIBIT C

## Marine Corps Order
## P1400.32C
## (In Full)



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO P1400.32C
MMPR-2
30 Oct 00

MARINE CORPS ORDER P1400.32C

From:  Commandant of the Marine Corps
To:    Distribution List

Subj:  MARINE CORPS PROMOTION MANUAL, VOLUME 2, ENLISTED PROMOTIONS
       (SHORT TITLE:  MARCORPROMMAN, VOL 2, ENLPROM)

Encl:  (1) LOCATOR SHEET

Reports Required:  List, page v (Report Control Symbol EXEMPT)

1.  <u>Purpose</u>.  To publish regulations and policies concerning enlisted promotions.

2.  <u>Cancellation</u>.  MCO P1400.32B.

3.  <u>Summary of Revision</u>.  This revision contains a substantial number of significant policy changes and should be reviewed in its entirety. Many of the sections have been simplified.  Chapter 6 has been rewritten to simplify its contents and to implement policy changes.

    a.  <u>Paragraph 1200.3</u>.  Specifies that special promotion authority will be granted to field grade officers only, and expands the scope of commands to which this authority can be granted.

    b.  <u>Paragraph 1203.9b</u>.  Clarifies the procedure for requesting promotion consideration before a staff noncommissioned officer (SNCO) selection board in cases of Marines who are required to request retirement or transfer to the Fleet Marine Corps Reserve because they are approaching service limits.

    c.  <u>Paragraph 2400</u>.  Publishes a five-year promotion plan that replaces yearly plans.

    d.  <u>Paragraph 2501 Line 1.</u>  Updates rifle conversion tables for composite score computation.

    e.  <u>Paragraph 2501 Line 2</u>.  Clarifies the requirement to use a score of "0" in computing composite scores throughout the current promotion quarter for Marines who fail the physical fitness test.

    f.  <u>Paragraph 3100.3d</u>.  Specifies that Marines in the Active Reserve program will compete for promotion in the primary military occupational specialty to which they are assigned on the date the selection board convenes.

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is
                           unlimited.

g.  <u>Paragraph 3102.4</u>.  Changes the address for SNCO selection boards.

h.  <u>Paragraph 3103.6</u>.  Reinstates the obligated service requirement or Marines in the grades of gunnery sergeant and above to serve 2 years n their current grade or to service limits, whichever occurs first, before retiring or transferring to the Fleet Marine Corps Reserve.  Marines who refuse to either extend or reenlist to have sufficient obligated service to serve the minimum time in grade will not be promoted.

i.  <u>Paragraph 3602.1</u>.  Restricts eligibility for remedial consideration before the SNCO Remedial Selection Board to Marines who were, or should have been, considered in the above zone or the promotion zone.

j.  <u>Paragraph 3602.4</u>.  Changes the standard for due diligence to 1 year from the date the MARADMIN is published announcing the results of a selection board before which the Marine requesting remedial consideration failed selection.

k.  <u>Paragraph 4101.10</u>.  Adds instructions for meritorious promotions for SNCOs in the operating forces.

l.  <u>Paragraph 4101.11</u>.  Adds instructions for meritorious promotions of SNCOs in the Marine Forces Reserve.

m.  <u>Paragraph 4500</u>.  Delegates authority to frock enlisted Marines who have been selected by a SNCO selection board to Marine commanding generals.

n.  <u>Paragraph 5103.5</u>.  Provides ordering information for certificates of appointment.

o.  <u>Paragraph 5200</u>.  Changes terminology used for undelivered SNCO appointments.

4.  <u>Recommendation</u>.  Recommended changes to this Manual are invited and should be submitted to the Commandant of the Marine Corps (MMPR-2) via the appropriate chain of command for evaluation.

5.  <u>Reserve Applicability</u>.  This Manual is applicable to the Marine Corps Reserve.

6. <u>Certification</u>.  Reviewed and approved this date.


T. P. MURRAY
By direction

DISTRIBUTION:  PCN 10201150200

   Copy to:  7000110 (55)
             7000128 (20)
             7000093/8145005 (2)
             7000099, 144/8145001 (1)

3

LOCATOR SHEET

Subj:  MARINE CORPS PROMOTION MANUAL, VOLUME 2, ENLISTED PROMOTIONS
       (SHORT TITLE:  MARCORPROMMAN, VOL 2, ENLPROM)


Location: _____
          (Indicate the location(s) of copy(ies) of this Manual.)

                                                    ENCLOSURE (1)

RECORD OF CHANGES

Log completed change action as indicated.

| Change Number | Date of of Change | Date Entered | Signature of Person Incorporated Change |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

i

## CONTENTS

CHAPTER

REPORTS REQUIRED

1    GENERAL

2    ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH
     SERGEANT

3    STAFF NONCOMMISSIONED OFFICER PROMOTIONS

4    SPECIAL PROMOTION PROVISIONS

5    EFFECTING PROMOTIONS

6    NONPUNITIVE REDUCTIONS

7    PUNITIVE REDUCTIONS

INDEX

REPORTS REQUIRED

| | REPORT TITLE | REPORT CONTROL SYMBOL | PARAGRAPH |
|---|---|---|---|
| I. | Remedial Consideration for Promotion | EXEMPT | 2600 and 3604 |
| II. | Frocking | EXEMPT | 4500 |
| III. | Issuance of Appointments | EXEMPT | 5100 |
| IV. | Undelivered Appointments | EXEMPT | 5200 |
| V. | Reduction for Incompetence | EXEMPT | 6001 |

CHAPTER 1

GENERAL

|  | PARAGRAPH | PAGE |
|---|---|---|
| **SECTION 1:  DEFINITIONS, GRADE STRUCTURE AND PRECEDENCE** | | |
| DEFINITIONS . . . . . . . . . . . . . . . . . . 1100 | | 1-3 |
| GRADE STRUCTURE . . . . . . . . . . . . . . . . 1101 | | 1-7 |
| PRECEDENCE . . . . . . . . . . . . . . . . . . . 1102 | | 1-7 |
| **SECTION 2:  PROMOTION POLICY AND PROCEDURES** | | |
| GENERAL . . . . . . . . . . . . . . . . . . . . 1200 | | 1-8 |
| PROMOTION SYSTEM . . . . . . . . . . . . . . . . 1201 | | 1-10 |
| MINIMUM TIME IN GRADE (TIG)/TIME IN SERVICE (TIS). . 1202 REQUIREMENTS FOR PROMOTION | | 1-11 |
| PROMOTION POLICIES . . . . . . . . . . . . . . . 1203 | | 1-11 |
| PROMOTION RESTRICTIONS . . . . . . . . . . . . . 1204 | | 1-16 |
| RECORDS DISPOSITION . . . . . . . . . . . . . . 1205 | | 1-19 |

CHAPTER 1

GENERAL

SECTION 1:  DEFINITIONS, GRADE STRUCTURE AND PRECEDENCE

1100.  <u>DEFINITIONS</u>

1.  <u>Above Zone (AZ)</u>.  Sergeants (Sgts) or staff noncommissioned officers (SNCOs) in a Military Occupational Specialty (MOS) or Occupational Field (OccFld) who are eligible for promotion consideration and who have been previously considered in the promotion zone, but not selected.  These Marines will continue to be considered for promotion as long as they remain in the Marine Corps, or until they have been selected for promotion to the next higher grade.

2.  <u>Active Duty Special Works (ADSW)</u>.  Orders which temporarily assign a reserve component Marine to active duty for a specific duration of time to work on a specific project (normally limited to 179 days or less).

3.  <u>Active Duty Training (ADT)</u>.  A tour of active duty used for training a reserve component Marine in those necessary skills and disciplines that support the reserve component mission and provide trained units and qualified personnel to fill the needs of the Marine Corps in time of war or national emergency.

4.  <u>Active Reserve (AR)</u>.  A reserve component Marine on active duty assigned to specific billets for the purpose of organizing, administering, recruiting, supporting, instructing or training the reserve component.

5.  <u>Anniversary Year/Month/Date</u>.  This is the date which Marines began their career in the Marine Corps, normally associated with Reserve Component Marines.

6.  <u>Armed Forces Active Duty Base Date (AFADBD)</u>.  The AFADBD is used to determine time in service (TIS) and seniority among Marines in the regular component of the Marine Corps and Active Reserves from the reserve component who are in the same grade and have the same date of rank for promotional eligibility.  It is also used to calculate TIS in the computation of composite scores for lance corporals (LCpl) and corporals (Cpl) in the regular component of the Marine Corps and Active Reserves from the reserve component.

7.  <u>Below Zone (BZ)</u>.  Marines possessing at least the minimum time in grade (TIG) necessary to be eligible for promotion to the next higher grade but are not in the promotion zone.  The number of Marines in the below zone is normally an estimate of the promotion zone for the following year's Staff Noncommissioned Officer Selection Board.

8.  <u>Best Qualified</u>.  Those eligible Marines who are determined by a majority vote of a Staff Noncommissioned Officer Selection Board to be the most qualified among their peers for selection.

9. <u>Career Retirement Credit Report (CRCR)</u>.  This document
summarizes etirement credit points shown in the Marine Corps
Total Force System MCTFS) accumulated during a reserve component
Marine's career.  The points are compiled by anniversary year.

10. <u>Commanders</u>.  Commanding generals, commanding officers (major and
above), and officers in charge (major and above).

11. <u>Competitive Selection</u>.  Marines who have been selected for
promotion to the next higher grade by a CMC Selection Board
(Headquarters, U. S.  Marine Corps Selection Board) from among
their contemporaries within their MOS or OccFld.

12. <u>Composite Score</u>.  A mathematical calculation of certain data
elements reported on the unit diary and used as a measuring factor
for Marine Corps wide comparison of Marines within a given grade
and MOS or OccFld (computed quarterly).

13. <u>Cutting Score</u>.  A score announced by the CMC for each MOS or
OccFld to which individual composite scores are compared to control
the number of promotions to the grades of Cpl and Sgt.

14. <u>Date of Rank (DOR)</u>.  The date assigned by the CMC to a Marine
upon advancement to the next grade or accession into the Marine Corps
and used to determine seniority in grade as well as eligibility for
promotion to the next higher grade.

15. <u>Effective Date</u>.  The date which initiates pay in a specific
grade from the unit diary input.

16. <u>Enlisted Career Force Controls</u>.  Manpower policies such as
service limits, promotion by MOS, variable in-zone selection
opportunity, grade shaping, restrictions on prior service accessions,
First-term Alignment Plan, and selective reenlistment bonus program,
which are designed to control the size and composition of the enlisted
career force.

17. <u>Extended Active Duty (EAD)</u>.  A reserve component Marine assigned
to active duty for a specific amount of time, normally associated with
recruiting duty.

18. <u>Failed of Selection</u>.  Not selected for promotion to the next
higher grade.

     a.  <u>Once Passed</u>.  Sgts or SNCOs considered for promotion in
the promotion zone and not selected, failed selection.

     b.  <u>Twice Passed</u>.  Sgts or SNCOs considered twice for promotion
(once in the promotion zone and once in the above zone) and not
selected, failed selection.

19. <u>Fully Qualified</u>.  A Marine that has completed the required
Professional Military Education (PME) for selection to the next
higher grade and is capable of assuming the duties and
responsibilities of that grade.

20. <u>Grade</u>.  A step or degree in a graduated scale of office or
military rank that is established and designated as a grade by
law or regulation.

21.  <u>In Zone (IZ)</u>.  Sgts or SNCOs who have not previously failed selection for the grade to which competing and who satisfy the MOS/OccFld; DOR; and AFADBD/PEBD (if applicable) requirements established for this zone.  Also referred to as promotion zone.

21.  <u>Individual Ready Reserve (IRR)</u>.  Reserve component Marines who are not in the Selected Marine Corps Reserve or Active Reserve.  This consists of Marines who have completed their active duty or Selected Marine Corps Reserve obligation and have time remaining on their Military Service Obligation (MSO), Marines who have completed their MSO and serve in the IRR by choice (or required by paragraph 1203.16) and Marines in the Delayed Entry Program.  They are assigned to the Commanding General, Marine Corps Reserve Support Command, Kansas City, Missouri.

22.  <u>Initial Active Duty for Training (IADT)</u>.  Reserve component Marine on active duty to complete their initial training, i.e., recruit training, Marine Combat Training and MOS training.

23.  <u>Individual Mobilization Augmentee (IMA)</u>.  A reserve component Marine who is a member of the SMCR, is pre-assigned to a mobilization billet on a regular component table of organization requiring continuous training during peacetime.

24.  <u>Minimum TIG</u>.  This requirement ensures that Marines have acquired a minimum amount of experience in grade prior to being considered for advancement to the next higher grade.  Possessing the minimum TIG does not mean that the individual will automatically be promoted.  Marines in the grades of private (Pvt) through sergeant (Sgt) must be otherwise qualified, and SNCOs must meet at least the below zone cutoff to normally be considered for promotion.

25.  <u>Minimum TIS</u>.  This requirement is the minimum time a Marine must be in the service in order to be eligible for promotion to a particular grade.

26.  <u>Noncommissioned Officer (NCO)</u>.  Enlisted Marines serving in the grade of Cpl or Sgt.

27.  <u>Noncompetitive Selection</u>.  Warrant officer selects, participants in the Marine Corps Enlisted Commissioning Education Program (MECEP), personnel missing in action, and prisoners of war may be selected for advancement based on their individual merits from the above zone and in zone or from the below zone provided their DOR/AFADBD or DOR/PEBD (if applicable) is equal or senior to the junior Marine competitively selected.

28.  <u>Pay Entry Base Date (PEBD)</u>.  An established date at the beginning of a Marine's career, adjusted for time lost/broken time, that determines certain pay entitlements and when a Marine is entitled to increased basic pay.  Also for members of the reserve component (Selected Marine Corps Reserve (SMCR) and Individual Ready Reserve (IRR)), it is used to determine TIS for promotion eligibility among Marines within the same grade, OccFld and DOR.  For LCpls and Cpls in the Marine Corps Reserve (SMCR), the PEBD is used to calculate TIS when computing their composite scores.

29.  <u>Permanent Appointments</u>.  All appointments to the next higher grade will be permanent appointments.  Permanent appointments can be terminated only by the promotion, reduction, or discharge of the individual concerned.

30.  <u>Precept</u>.  A formal letter from the CMC to the senior member of the SNCO Selection Board.  This letter provides guidance, direction, and instructions to the members of the selection board.

31.  <u>Rank</u>.  Order of seniority or precedence.

32.  <u>Reserve Qualification Summary (RQS)</u>.  A document summarizing a reserve component Marine's civilian occupation and military background.

33.  <u>Selected Marine Corps Reserve (SMCR)</u>.  A reserve component Marine who performs training and/or duty consisting of a minimum of 48 drills and 2 weeks annual training per year.  These Marines are assigned to a specific command within Marine Forces Reserve or to an Individual Mobilization Augmentation Detachment (IMA Det).

34.  <u>Selection Boards</u>.  The CMC will convene boards consisting of commissioned officers (CWO through Col) and senior enlisted members (SgtMaj through MSgt; enlisted members will be at least one grade senior to those Marines whose records they are considering) to select those Marines best qualified and fully qualified for promotion to all SNCO grades.  All board members must be at least one grade senior to the Marines being considered for promotion.  These boards will be convened annually at Headquarters, U.S. Marine Corps.

35.  <u>Seniority Number</u>.  The number assigned to a SNCO selected for promotion.  The number illustrates the Marine's relative standing or seniority in comparison to other Marines selected to the same pay grade, by a specific board, based on the precedence criteria established in paragraph 1102.

36.  <u>Service Limit</u>.  Maximum amount of time a Marine may remain in the Marine Corps for a given grade, as established by Enlisted Career Force Controls.

37.  <u>Simultaneous Membership Program</u>.  Enlisted Marines who are in various commissioning programs who maintain their enlisted status until they are commissioned, essentially they are holding dual status in the Marine Corps.

38.  <u>Staff Noncommissioned Officer (SNCO)</u>.  Enlisted Marines serving in the grade of Staff Sergeant (SSgt) or above.

1101.  <u>GRADE STRUCTURE</u>.  Enlisted grades in order of seniority are:

| <u>Grade</u> | | <u>Pay Grade</u> |
|------|------|------|
| Sergeant Major | (SgtMaj) | E-9 |
| Master Gunnery Sergeant | (MGySgt) | E-9 |
| First Sergeant | (1stSgt) | E-8 |
| Master Sergeant | (MSgt) | E-8 |
| Gunnery Sergeant | (GySgt) | E-7 |
| Staff Sergeant | (SSgt) | E-6 |
| Sergeant | (Sgt) | E-5 |
| Corporal | (Cpl) | E-4 |
| Lance Corporal | (LCpl) | E-3 |
| Private First Class | (PFC) | E-2 |
| Private | (Pvt) | E-1 |

1102.  <u>PRECEDENCE</u>

1.  SNCOs of the same pay grade take precedence with each other according to the DOR in their current grades, the earliest date taking precedence.

   a.  Regular component and Active Reserve (AR) Marines of the reserve component, in the grades of Pvt through SgtMaj with the same DOR in their current grade, take precedence among themselves according to the AFADBD, the earlier date taking precedence.  Those Marines with the same DOR and AFADBD, take precedence among themselves according to the PEBD, and those with the same DOR, AFADBD, and PEBD then take precedence among themselves alphabetically by last name.

   b.  Reserve component Marines in the SMCR or IRR in the grades of Pvt through SgtMaj with the same DOR in their current grade, take precedence among themselves according to the PEBD, the earlier date taking precedence.  Those Marines with the same DOR and PEBD then take precedence among themselves alphabetically by last name.

2.  Marines, both regular and reserve components, selected for promotion by Headquarters, U.S. Marine Corps selection boards are promoted, as vacancies occur, according to their seniority in their previous grade.  Seniority numbers will be published via selection MARADMINs.

CHAPTER 1

GENERAL

SECTION 2:  PROMOTION POLICY AND PROCEDURES


1200.  <u>GENERAL</u>

1.  <u>Policy</u>.  The promotion of enlisted Marines must positively contribute to the high standards of leadership and proficiency required for continued combat readiness.  Promotion is not a reward for past performance but more importantly it is an expectation of future performance.

2.  <u>Objectives</u>

    a.  To maintain the actual strength in each grade and MOS or OccFld at the maximum readiness for commitment to combat.

    b.  To ensure that all eligible Marines receive full and equitable opportunity to compete for promotion.

    c.  To ensure that only the best and fully qualified Marines are promoted.

3.  <u>Designation of Authority</u>

    a.  Enlisted Marines will be selected and promoted as directed by the CMC per the policies and regulations contained in this Manual and by separate implementing directives.

    b.  The CMC has delegated the authority to promote enlisted Marines to the grades of PFC through Sgt to the commanders designated below.  This authority may not be further delegated but, at their discretion, <u>may be retained by commanders senior in the chain of command</u>.

       (1) Commanders, major and above, having authority to convene special courts-martial per the Uniform Code of Military Justice (UCMJ), Article 23 (10 U.S.C. 823), regardless of whether the exercise of such authority is restricted by superior competent authority.

       (2) Commanders, major and above, of the Marine Corps Security Force companies and Fleet Anti-Terrorism Security Team (FAST) companies.

       (3) Commanders, major and above, of companies of the Marine Security Guard Battalion.

       (4) Commanders, major and above, of Personnel Support Detachments, Marine Aircraft Groups.

       (5) Commanders, major and above, of student companies at formal Marine Corps Schools.

       (6) Commanders, major and above, of Marine Corps Administrative detachments.

(7) Commanders, major and above, of units/detachments of the Marine Corps Reserve having custody of the service records of the personnel under their commands.  (NOTE:  Where there are sites having more than one commander co-located, all such officers will have promotion authority for those Reserve Marines under their command unless that authority has been retained by the senior commander.)

(8) Commanders senior in the administrative chain of command to those specified above.

(9) Commanders holding special written promotion authority from the CMC.  Note:  Requests for special written promotion authority must be forwarded to the CMC (MMPR-2) via the chain of command.  Such requests will provide complete justification, to include the unusual circumstances that require such authority and the estimated duration the authority is required.  Only field grade officers will be granted special promotion authority.

4.  <u>Commanders' Responsibilities</u>

a.  Commanders occupy a position of paramount importance in the enlisted promotion system.  The commander must:

(1) Ensure strict compliance with the policies and regulations contained in this Manual.

(2) Ensure that all enlisted Marines who are to be promoted to the next higher grade meet the Marine Corps standards of professionalism, personal performance and leadership.

(3) Ensure that a Marine is not promoted unless the individual can be expected to assume the responsibilities and perform the duties of that grade in a creditable and satisfactory manner.

(4) Ensure that fully qualified and deserving Marines are expeditiously promoted on the date directed by the CMC.

b.  The decision to promote to the grades of PFC through Sgt rests solely with those commanders designated in paragraph 1200.3b. A Marine will not be promoted if, in the opinion of the commander, the Marine is not capable of performing satisfactorily in the higher grade, even though all other requirements have been met.

(1) When erroneous promotions (promotion restrictions (par 1204.3) or administrative error) to Sgt and below are discovered, the commander without reference to this Headquarters will revoke the promotion and the Marine will be returned to the appropriate grade. Waivers for erroneous promotions to Cpl or Sgt are not authorized.

(2) If determined to be in the best interest of the command and the Marine Corps, commanders may waive an erroneous promotion to the grades of PFC and LCpl for Marines who, through no fault of their own, were promoted prior to attaining the required TIG/TIS.

c.  SNCO promotions effected by the CMC require the certification of the commander.  By this certification, the commander attests that the Marine's advancement is <u>in the best interest</u> of the Marine Corps.

(1) The certificate of appointment (promotion warrant) will not be delivered if, during the command screening of selected Marines' records, the commander suspects significant facts may have been missing from the Marine's OMPF when considered by the selection board.  The commander will notify the CMC (MMPR-2) by naval message detailing the circumstances and request disposition. The CMC (MMPR-2) in conjunction with MMSB will review the OMPF and MBS to determine whether the information was contained in the OMPF at the time of the board's proceedings.

(2) The certificate of appointment will not be delivered if the Marine concerned has failed to maintain the high standards of professional and personal performance which led to selection.  Refer to promotion restrictions contained in paragraph 1204.3.

(3) The certificate of appointment will not be delivered if, in the opinion of the commander, the Marine will not or can not perform creditably in the higher grade.

(4) The certificate of appointment may not be delivered at the commander's discretion.

d.  The commander will immediately report to the CMC (MMPR-2) via naval message those SNCO selects who fail to maintain the high standards of professional and personal performance and whose promotion has not been effected (ceremony held, warrant delivered).  Refer to paragraph 5200 for specific instructions and guidance.

e.  Once a SNCO warrant is delivered at an appropriate ceremony, it may not be revoked.  However, the SNCO may be reduced via appropriate disciplinary or administrative procedures.

5.  Promotion Ceremony.  Commanders as defined by paragraph 1200.3b are responsible for conducting or ensuring appropriate promotion ceremonies are conducted for their enlisted Marines.  Commanders may delegate responsibility for conducting the promotion ceremony to any commissioned officer of the U. S. Armed Forces (to include reserve officers and retired officers) and government civilian employees in grades of GS-11 and above.  Senior enlisted personnel may be delegated responsibility for conducting the ceremony under unusual circumstances.  Delegation of responsibility for the conduct of the ceremony does not absolve the commander of their responsibilities under paragraph 1200.4.

1201.  PROMOTION SYSTEM.  The promotion system provides a process whereby Marines within each grade and MOS/OccFld compete among themselves for promotion to the next grade.  The basic goal of the system is to advance the best qualified Marines to higher grades in order that MOS/OccFld vacancies in the enlisted structure will be continuously occupied by Marines who are fully qualified to perform the duties and to assume the responsibilities of the next higher grade.

1202.  <u>MINIMUM TIME IN GRADE (TIG)/TIME IN SERVICE (TIS) REQUIREMENTS
FOR PROMOTION</u>

1.  <u>Minimum TIG/TIS requirements</u>:

| USMC & USMCR PROMOTION TO | REGULAR PROMOTION | | MERITORIOUS PROMOTION | |
|---|---|---|---|---|
| | TIG | TIS | TIG | TIS |
| SgtMaj/MgySgt | 3 YRS | 10 YRS | – – | – – – |
| 1stSgt | 4 YRS | 8 YRS | – – | – – – |
| MSgt | 4 YRS | 8 YRS | N/A | 8 YRS |
| GySgt | 3 YRS | 6 YRS | N/A | 6 YRS |
| SSgt | 27 MOS | 4 YRS | N/A | 4 YRS |
| Sgt | 12 MOS | 24 MOS | N/A | 18 MOS |
| Cpl | 8 MOS | 12 MOS | N/A | 6 MOS |
| LCpl | 8 MOS | 9 MOS | N/A | NONE |
| PFC | 6 MOS | 6 MOS | N/A | NONE |

2.  The TIG requirements are Marine Corps developed measures of
promotion eligibility.  The TIG requirements may be reduced 6 months
for SNCOs, if the needs of the Marine Corps dictate and as directed
by the CMC.

3.  The TIS requirements are based upon completed years of service
as determined by the AFADBD in the regular component and Active
Reserve category of the reserve component and by the PEBD in the
remaining two categories of the reserve component (SMCR/IRR).  The
TIS requirements for meritorious promotion to GySgt and below are
DoD limitations on promotion eligibility below which no member of
the Armed Forces may be promoted to the corresponding grade.  Service
performed as a temporary officer is credited for this purpose.  <u>There
is no TIS restriction for promotion of members of the Marine Band to
the grades of GySgt and below</u>.

4.  The minimum TIS requirements for promotion in the regular and
reserve components of the Marine Corps to SgtMaj or MGySgt and
1stSgt or MSgt is 10 years and 8 years, respectively, are established
by public law and <u>may not be waived</u>.

1203.  <u>PROMOTION POLICIES</u>

1.  <u>General</u>.  This Manual is the authority for all enlisted promotions
in the Marine Corps.  Promotions effected not in accordance with this
Manual or by implementing directives not referenced in this Manual will
be considered erroneous and immediately revoked.  There are no waivers
to this policy.  All Marine Corps agencies and commands must
coordinate with the CMC (MMPR) to ensure any meritorious or
incentive programs are properly addressed in this Manual.

2.  <u>Meritorious Promotion</u>.  The CMC will promote, by means other than
the regular promotion system, exceptionally well-qualified Marines in
recognition of outstanding leadership and performance per the
provisions outlined in paragraphs 4100 through 4201.

3.  <u>Incentive Promotions.</u>  Incentive promotions for
Marines entering the Marine Corps, whether initial or prior
service, are under the cognizance of

the Commanding General, Marine Corps Recruiting Command.
MCO 1130.80 provides information and instructions for the
administration of the Prior Service Enlistment Program and
MCO 1130.53_ is a comprehensive order detailing all enlistment
incentive programs.  Several programs entitle Marines to
guaranteed appointments to a grade other than private upon
enlistment.  <u>Requests for information and remedial consideration
for promotion or backdates of rank under these programs should be
addressed to the Commanding General, Marine Corps Recruiting
Command</u>.

4.  <u>Medical Qualifications</u>

    a.  The enlisted promotion system has no medical prerequisites
for promotion.  Marines who are otherwise qualified do not lose their
eligibility for promotion consideration or their selection for
promotion due to hospitalization or temporary limited duty as a
result of wounds, injuries, pregnancy, or disease (to include mental
disorders).  Marines who have been selected and are pending a decision
by the Physical Evaluation Board for a fitness for duty determination
will be presented their certificates of appointment, and their
promotions will be effected, if otherwise qualified.  The following
exceptions to this policy apply:

    (1) Marines hospitalized with wounds, injuries, or disease
(to include mental disorders) whose medical condition was caused by
their own misconduct, as determined by a line of duty or JAG Manual
investigation convened by the commander.

    (2) Active component Marines who have been placed in a
Permanent Limited Duty (PLD) status who are retained in order to
attain 20 years of service are not eligible for selection consideration
or promotion unless they were on a select list for promotion prior
to entering the PLD status.

    (3) Reserve component Marines on the active status list who
have been found Not Physically Qualified (NPQ), who have at least
18 but less than 20 years of qualifying service for retirement and
have been retained on the reserve active status list are not eligible
for selection consideration or promotion unless they were on a select
list for promotion prior to entering the NPQ status.

    b.  Commanders who have administrative control of hospitalized
Marines in the grades of Cpl and below will establish and maintain
the necessary monitoring systems to ensure that each hospitalized
Marine within their jurisdiction receives the promotion consideration
to which entitled.

    c.  Reserve component Marines in the SMCR who are in receipt
of a Notice of Eligibility for benefits (medical), who are
temporarily not physically qualified, or who are pending a
medical determination for fitness for retention, do not lose their
eligibility for promotion.

5.  There are no provisions to issue a temporary, honorary or
probationary enlisted appointment.

6.  There are no provisions that allow commanders to waive composite
scores.

7.  There are no CMC-directed Professional Military Education
requirements for promotion to the grades of PFC through Sgt.

8.  Promotions will not be used as rewards for performance of duty for which a personal decoration is appropriate.  This will not be construed as prohibiting a promotion under circumstances for which a personal decoration is recommended, provided that the promotion is based on a demonstrated capacity to discharge the duties and responsibilities of the higher grade.

9.  Marines who are eligible for selection consideration and voluntarily request transfer to the Fleet Marine Corps Reserve (FMCR) or Retired Reserve prior to the adjournment of the appropriate selection board will be removed from the eligible population and will not be considered for selection.

    a.  If the CMC (MMSR) disapproves the Marine's request for transfer to the FMCR or the Retired Reserve, and the eligible Marine was not considered by the appropriate selection board, the Marine may be eligible for remedial promotion consideration.  Requests for remedial consideration will be submitted per paragraphs 3600 through 3604.

    b.  Marines who are twice failed of selection or are approaching service limits, and who are required to request transfer to the FMCR or Retired Reserve to be entitled to retirement benefits, may request via naval message to the CMC (MMSR and MMPR) to be considered by the appropriate selection board if their EAS/ECC is after the scheduled adjournment date of the appropriate selection board.  Marines in this category should submit their request for consideration by a selection board prior to the convening date of the selection board.

    c.  The CMC (MMSR) will provide the Promotion Branch the names of Marines who are retiring and who should be removed from consideration by a selection board.  The CMC (MMSR) also will provide the Promotion Branch with the names of Marines who are retiring, but who have requested selection consideration in conjunction with their retirement request.  These Marines must meet the requirements of paragraph 1203.9b, above, to be considered for promotion.

10.  Marines on the Retired List or in the FMCR are not eligible for promotion or selection consideration except when they are assigned to extended active duty (EAD) with the Regular Establishment in excess of one year.

11.  Marines on the Retired List or in the FMCR are not eligible for promotion or selection consideration except when recalled to temporary active duty in excess of one year during a national emergency.

12.  Marines who request the Voluntary Separation Incentive/Special Separation Benefit (VSI/SSB) are not eligible for promotion.  Marines in this category who are erroneously considered and selected and those Marines who are selected and later request VSI/SSB will be administratively deleted from the selection list.  If the request is disapproved, the Marine may be given remedial consideration. However, Marines who receive VSI/SSB and subsequently enlist in the Marine Corps Reserve within 24 hours of their separation for a period of two or more years are eligible for promotion consideration as a reserve. (Refer to paragraph 1203.18).

13.  Lance corporals and above who are denied further service beyond their current expiration of active service are <u>not eligible</u> for promotion consideration.

14.  The following Marines will not be considered for promotion:

    a.  Marines who have not been recommended for reenlistment
(RE-4/4B).

    b.  Marines who have demonstrated substandard performance
(RE-3C/3P).  Marines assigned RE-3C due to humanitarian reasons
remain eligible for promotion consideration.

    c.  Marines who have refused to execute permanent change of
station (PCS) or Unit Deployment Program (UDP) orders (RE-30)
(career Marines only).

    d.  Marines who have refused to extend or reenlist to obligate
sufficient additional service to carry out PCS or UDP orders (RE-30)
(career Marines only).

    e.  Marines in any of the categories listed above, who have been
erroneously considered and selected for promotion by a SNCO selection
board, will be administratively deleted from the selection list.

15.  Marines who have failed to complete their required Professional
Military Education (PME) and are erroneously selected by a CMC SNCO
Selection Board (Headquarters, U.S. Marine Corps) will be
administratively deleted from the select list.

16.  Marines who have passed the rigid screening process for
assignment, undergone the rigorous training requirements for the
duty, and successfully completed a demanding assignment as a Drill
Instructor, Recruiter, Marine Security Guard or Marine Corps Security
Force member, have indicated possession, to a high degree, of the
qualifications considered necessary for promotion.  Unless there is
evidence to the contrary as a result of other assignments, a Marine
who has successfully completed or is currently serving in an assignment
as a drill instructor, recruiter, Marine Security Guard or Marine Corps
Security Force member will be considered as highly qualified for
promotion.

17.  The following categories of reserve component Marines on active
duty will compete for promotion with personnel of the Selected Marine
Corps Reserve:

    a.  SMCR Marines serving on TAD orders as recruiter aides.

    b.  SMCR Marines serving on TAD for special limited time projects
(ADSW).

    c.  Mobilized members of the IRR.

    d.  Marines serving on EAD from the FMCR list.

    e.  Limited Tour Active Reserve Marines.

18.  Intercomponent/Intercategory Transfers

    a.  Qualified active component SNCOs can request immediate
reenlistment into the SMCR or IRR prior to discharge by contacting
their Career Planner or the USMCR Ready Reserve Liaison Personnel
assigned at local bases and stations.  A request of this nature is
considered a "career" decision and will not penalize those Marines
selected for promotion.

b.  Marines selected for promotion by active component SNCO selection boards who are released from active duty after the approval date of the board, but prior to being promoted, may receive the promotion when their seniority number is reached, under the following conditions:

(1) The Marine must effect an immediate reenlistment (within 24 hours of discharge) into the SMCR/IRR for a minimum of 2 years.

(2) The Marine's active component commanding officer does not insert an entry on the administrative remarks page of the Marine's SRB stating that the Marine is not considered qualified for promotion.

(3) The Marine has not entered into a promotion restriction status.

c.  Marines who effect an intercategory transfer; i.e., from AR to SMCR, AR to IRR, SMCR to AR, SMCR to IRR, IRR to AR and IRR to SMCR, while a Reserve SNCO selection board is in session, will remain eligible for promotion in the category in which they resided on the convening date of the board (refer to paragraph 3200.2).  Marines who transfer from the regular component to the reserve component must do so prior to the convening of the Reserve SNCO Board in order to be considered for promotion in the reserve component (refer to paragraph 3200.2).

d.  Reserve component Marines considered and selected for promotion in any category by the Reserve SNCO selection board who subsequently transfer to another reserve category after the approval date of the board, but prior to being promoted, may still be promoted.  The Marine may be promoted unless on the date of transfer an authenticated entry is made on the administrative remarks page of the SRB by the individual's commanding officer stating that the Marine is not considered qualified for promotion.

e.  Commanders of Marines in the categories addressed in paragraphs 1203.18b, 1203.18c, and 1203.18d, above, should request promotion authority from the CMC (MMPR-2), enclosing a statement or copy of the administrative remarks page of the SRB which states that the Marine is considered qualified for promotion.  The Marine's promotion will be effected when his or her seniority number is reached on the selection list.  The CMC (MMPR-2) will then forward the promotion authority to either the Commander, Marine Forces Reserve (COMMARFORRES) if a member of the SMCR, or the CG, MCRSC, if a member of the IRR.

19.  Reserve component Marines who are administratively reduced as a prerequisite for reenlisting in the regular component, and who subsequently return to the reserve component, will be appointed to the highest grade held prior to entry in the regular component. The DOR for the appointed grade will be the 1st day of the month in which the Marine reenlists in the reserve component, minus the service performed in that grade prior to entry into the regular component.  If promoted while in the regular component and reenlisted in the reserve component, he or she will retain the highest grade held upon release from the regular component.

20.  A Marine who has successfully completed treatment for alcohol abuse or alcoholism will be promoted if otherwise determined qualified by the commander.  Following successful completion of treatment, as determined by the Alcohol Rehabilitation Service or Alcohol Rehabilitation Center, Marines can and should be expected to perform in their present grade and assume

responsibilities and duties of the next higher grade.  Certificates
of appointment will not be withheld solely because of current
participation in an alcohol treatment program, provided the Marine
is otherwise qualified for promotion; however, a certificate of
appointment should not be delivered if the individual's performance,
conduct, or leadership abilities are below acceptable standards (see
paragraph 5200).

21.  Marines who have successfully completed a formal, in-patient,
rehabilitation program for pathological weight disorders, and who
are in compliance with the Marine Corps weight standards, will be
promoted if they are otherwise determined to be qualified for
promotion by the commander.

22.  A Sgt and above who refuses to accept a promotion to the next
higher grade will not be considered for selection by future SNCO
selection boards.  The Marine will be considered passed over (failed
of selection) for this selection board, and all future selection
boards.

23.  Marines who are confined by civil and/or foreign authorities,
on appellate leave, or in an unauthorized absence and/or deserter
status, or who enter such status while the selection board is in
session, are <u>not eligible</u> for promotion consideration.  If the Marine
is subsequently exonerated of any wrongdoing, appropriate remedial
consideration may be granted.

1204.  <u>PROMOTION RESTRICTIONS</u>

1.  The enlisted promotion system prohibits promotion of more than
one grade at a time unless specifically directed by the CMC.

2.  Promotions will not be backdated for the purpose of increasing
pay and allowances.

3.  <u>Marines will not be promoted while in any of the following
categories</u>:

    a.  On the date transferred to a retired status.

    b.  In a retired status.

    c.  On the inactive status list of the Marine Corps Reserve.

    d.  On the date the Marine accepts an appointment to warrant officer.

    e.  On the date the Marine accepts a commission.

    f.  Within 18 months of the date convicted by a general court-martial.
Commanders may partially waive this restriction, in the cases of
exceptionally well-qualified Marines in the grades of PFC and Pvt,
12 months after the date of conviction.

    g.  Within 12 months of the date convicted by a special court-martial.
Commanders may partially waive this restriction, in the cases of
exceptionally well-qualified Marines in the grades of PFC and Pvt,
6 months after the date of conviction if the Marine meets minimum
TIG/TIS requirements.

    h.  Within 6 months of the date convicted by a summary court-martial.

i.  In a probationary status as the result of sentence by a court-martial.

j.  Within 3 months of the date awarded nonjudicial punishment.

k.  In a probationary status as a result of NJP under the authority of the UCMJ, Article 15, where any portion of the punishment is suspended.  Commanders may partially waive this restriction, in the cases of exceptionally well qualified Marines in the grades of PFC and Pvt, 3 months after the date of conviction.

l.  Within 12 months of an administrative reduction to Sgt or higher grade as a result of a Competency Review Board (CRB).

m.  Within 6 months of a punitive or administrative reduction to LCpl or Cpl as a result of a CRB.

n.  Within 3 months of a punitive or administrative reduction to Pvt or PFC as a result of a CRB.

o.  While in a suspended administrative reduction status as a result of a CRB.  Commanders may partially waive this restriction, in the cases of exceptionally well-qualified Marines in the grades of PFC and Pvt, 3 months after the CRB is approved.

p.  Within 18 months of the date confirmed distribution, use or possession of illegal drugs took place.  For purposes of this paragraph, the 18-month period will begin on the date positive confirmation is received from the DoD-certified drug testing laboratory in the case of urinalysis detection, or from the date of the illegal drug incident, or other means of identification resulting in a conviction or finding of guilt.  (NOTE:  This promotion restriction does take precedence over the restrictions contained in paragraphs 1204.3g, 1204.3h, and 1204.3j.)

q.  Within 12 months of conviction by military (to include a military magistrate) or civil authorities of Driving Under the Influence (DUI) or Driving While Intoxicated (DWI).  Commanders may partially waive this restriction in the cases of exceptionally well qualified Marines in the grades of PFC and Pvt to 6 months after the date of conviction.

r.  Within 6 months of conviction by civil authorities (foreign or domestic), or action taken which is tantamount to a finding of guilt; i.e., a plea of no contest, for an offense which is considered a misdemeanor, other than minor traffic violations, in the civil jurisdiction.

s.  Within 18 months of conviction by civil authorities (foreign or domestic), or action taken which is tantamount to a finding of guilt; i.e., a plea of nolo contendere, for an offense, which is, considered a felony in the civil jurisdiction.  Commanders may partially waive this restriction in the cases of exceptionally well-qualified Marines in the grades of PFC and Pvt to 12 months after the date of conviction.

t.  Marines who are confined by civil and/or foreign authorities, on appellate leave, or in an unauthorized absence and/or deserter status will not be promoted.  If a Marine who is under consideration by a SNCO selection board enters into one of the above categories while the board is in session,

the individual will be administratively deleted from the list of
eligibles.  If the Marine is subsequently exonerated of any wrong
doing, appropriate remedial consideration may be granted.

    u.  Marines pending administrative separation for misconduct,
unsatisfactory participation in the reserve component, homosexual
conduct, unsatisfactory performance, alcohol rehabilitation failure,
weight control failure, etc. are not eligible for selection
consideration or promotion.  The loss of promotion eligibility
begins the date the administrative separation package is signed
by the commander for forwarding to the General Court-Martial
Convening Authority for final disposition.  (Note:  This includes
medical separations determined to be not in the line of duty or due
to a member's own misconduct.)

    v.  While serving under a suspended administrative discharge.

    w.  While assigned to the weight control or military appearance
program.

    x.  After failure of the Marine Corps Physical Fitness Test (PFT).
This restriction remains in effect until the Marine passes the PFT.

    y.  While awaiting a pending court-martial or nonjudicial
punishment.

    z.  While pending adjudication of charges by a civil court,
either foreign or domestic.

    aa.  While pending administrative action by a CRB.

    bb.  While awaiting administrative reduction or separation
(excluding non-culpable physical disability).

    cc.  When not recommended for reenlistment.  (Reenlistment Code
(RE) RE-4/4B)

    dd.  When assigned an RE-3C/3P for substandard performance.  The
RE-3C reenlistment code assigned in conjunction with a humanitarian
transfer is not a promotion restriction.

    ee.  After refusing to execute Permanent Change of Station (PCS)
or Unit Deployment Program (UDP) orders (RE-30).

    ff.  After refusing to extend or reenlist to obligate sufficient
additional service to carry out PCS or UDP orders (RE-30).

    gg.  After applying for early separation under an existing or
future early separation program; e.g., VSI (RE-3V)/SSB (RE-3S).
This restriction does not apply to Marines who request early release
to attend school.

4.  No waivers of the promotion restrictions resulting from illegal
drug use/possession will be granted.

5.  The CMC reserves the authority to make final determination for
promotion to the SNCO grades.  Any Marine who is selected by a SNCO
selection board and subsequently enters a promotion restriction status will be
reported to the CMC (MMPR-2) per instructions contained in paragraph 5200.

1205.  <u>RECORDS DISPOSITION</u>.  Correspondence generated per this Manual
will be disposed of per the instructions in paragraph 1400 of
SECNAVINST 5212.5B.

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 1:   ELIGIBILITY REQUIREMENTS PRIVATE FIRST CLASS AND LANCE
CORPORAL

|  | PARAGRAPH | PAGE |
|---|---|---|
| GENERAL . . . . . . . . . . . . . . . . . . . . . | 2100 | 2-3 |
| PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL IN THE ACTIVE COMPONENT . . . . . . . . . . . . . | 2101 | 2-3 |
| PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL IN THE SMCR AND ACTIVE RESERVE. . . . . . . . . | 2102 | 2-6 |
| PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL IN THE INDIVIDUAL READY RESERVE (IRR) . . . . . . | 2103 | 2-10 |

SECTION 2:   PROMOTIONS TO CORPORAL AND SERGEANT

| GENERAL . . . . . . . . . . . . . . . . . . . . . | 2200 | 2-11 |
| PROMOTIONS TO CORPORAL AND SERGEANT IN THE ACTIVE COMPONENT . . . . . . . . . . . . . . . . . . . . | 2201 | 2-11 |
| PROMOTIONS TO CORPORAL AND SERGEANT IN THE SMCR AND ACTIVE RESERVE. . . . . . . . . . . . . . . . | 2202 | 2-15 |
| PROMOTIONS TO CORPORAL AND SERGEANT IN THE INDIVIDUAL READY RESERVE (IRR) . . . . . . . . . . . . . . . | 2203 | 2-18 |

SECTION 3:   SPECIAL PROMOTION PROVISIONS

| GENERAL . . . . . . . . . . . . . . . . . . . . . | 2300 | 2-20 |
| PLATOON LEADERS CLASS (PLC) . . . . . . . . . . . | 2301 | 2-20 |
| MUSICIAN ENLISTMENT OPTION PROGRAM (MEOP) . . . . | 2302 | 2-20 |
| PRIOR SERVICE ENLISTMENT PROGRAM (PSEP) . . . . . | 2303 | 2-21 |
| RESERVE PROMOTION AFFILIATION PROGRAM (RPAP). . . | 2304 | 2-22 |
| MARINE ENLISTED COMMISSIONING EDUCATION PROGRAM (MECEP) . . . . . . . . . . . . . . . . . | 2305 | 2-22 |
| NAVAL RESERVE OFFICERS' TRAINING CORPS (NROTC) AND THE UNITED STATES NAVAL ACADEMY (USNA) . . . . . . . | 2306 | 2-22 |

SECTION 4:   PROMOTION PLAN

| GENERAL . . . . . . . . . . . . . . . . . . . . . | 2400 | 2-25 |

SECTION 5:  COMPOSITE SCORES

| | PARAGRAPH | PAGE |
|---|---|---|
| GENERAL . . . . . . . . . . . . . . . . . . . | 2500 | 2-27 |
| COMPUTATION (USMC/USMCR). . . . . . . . . . . | 2501 | 2-28 |

SECTION 6:  REMEDIAL CONSIDERATION FOR PROMOTION

| | PARAGRAPH | PAGE |
|---|---|---|
| GENERAL . . . . . . . . . . . . . . . . . . . | 2600 | 2-39 |
| PFC (USMC/USMCR) . . . . . . . . . . . . . . | 2601 | 2-39 |
| LCPL (USMC/USMCR) . . . . . . . . . . . . . . | 2602 | 2-40 |
| CPL AND SGT (USMC/USMCR) . . . . . . . . . . . | 2603 | 2-41 |
| PROCESSING OF REMEDIAL PROMOTION REQUESTS . . . . | 2604 | 2-42 |

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 1:  ELIGIBILITY REQUIREMENTS PRIVATE FIRST CLASS AND LANCE CORPORAL

2100.  <u>GENERAL</u>.  Marines in the grades of PFC and LCpl are required to exercise an ever-increasing degree of maturity, leadership, and professionalism.  No Marine shall be promoted to PFC or LCpl who has not demonstrated these traits and the desire to assume positions of higher responsibility.

2101.  <u>PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL IN THE ACTIVE COMPONENT</u>

1.  <u>Private First Class.</u>  Marines who have served for 6 months on active duty in the grade of Pvt <u>will be</u> promoted to PFC, if the Marine's service has been satisfactory (as determined by the commanding officer).  TIG will be computed from the 1st day of he month of entry on active duty.  For example, a Pvt who entered active duty on 27 May 2000 will be promoted to PFC on 1 November 2000.  If the Marine's service has been satisfactory, the TIG and TIS are computed as if the Pvt entered active duty on the 1st day of May.  Time spent in the delayed entry program will not be used to compute TIG or TIS for promotion to PFC.  Pvts who are hospitalized for periods that preclude normal completion of recruit training will be promoted to PFC while in recruit training, if recommended and not in a promotion restriction status (paragraph 1204 applies), upon attaining 6 months TIG.  Although the Marine will be in a paid status as a PFC, the enlistee is not authorized to wear the PFC insignia until completion of recruit training.

    a.  To eliminate the requirement for commanders to manually determine the eligibility of Pvts by TIG, and to reduce the number of late promotions because of administrative oversight, the Marine Corps Total Force System (MCTFS) will automatically identify the eligible personnel.  A select grade of E2 will post to the unit's Diary Feedback Report (DFR) the month prior to the promotion month for all Pvts who meet the TIG requirement.  The select grade will not post if the commander reports a "NOT REC PROM" (not recommended for promotion) entry on the unit diary by the 15th of the month prior to the effective date of promotion.

        (1) When a Pvt has a select grade in the MCTFS, the promotion will be effected with a date of rank and effective date of the 1st day of the selected month.  This applies to those Marines who are in a transit or leave status on the 1st day of the month.  In these instances, or any other circumstances when the promotion is not effected on the 1st day of the month and the Marine is recommended, the command will effect the promotion on the unit diary with the date of rank and effective date of the 1st day of the month reflected in the select grade.  The certificate of appointment will reflect the same dates as input on the unit diary.

        (2) Pvts who are in a promotion restriction status, per paragraph 1204, will not be promoted.  However, Commanders may waive certain restrictions for deserving Pvts (see paragraph 1204).

        (3) A Marine who has been administratively reduced to the
grade of Pvt for incompetence will be given his or her original date
of rank, but may not be promoted to PFC for a period of 3 months
(paragraphs 1204.3n and 6001.2f(1) apply).  After 3 months, the
commander will determine when and if the Marine meets the Marine
Corps standards for promotion.

        (4) A Marine who has been punitively reduced (chapter 7
applies) to the grade of Pvt as a result of NJP or court-martial
must serve a minimum of 6 months, inclusively, from the date of
reduction before becoming eligible for regular promotion to PFC.

        EXAMPLE 1:  A Marine reduced to Pvt on 14 May 2000 by a
general court-martial will have served 6 months TIG on
14 November 2000, but will not have served 18 months as required
by paragraph 1204.3f until 14 November 2001.  Therefore, the
Marine will not be eligible for promotion until 1 December 2001.

        EXAMPLE 2:  A Marine reduced to Pvt on 14 May 2000 by a
special court-martial will have served 6 months TIG on
14 November 2000, but will not have served 12 months as required
by paragraph 1204.3g until 14 May 2001.  Therefore, the Marine
will not be eligible for promotion until 1 June 2001.

        EXAMPLE 3:  A Marine reduced to Pvt on 14 May 2000 by a
summary court-martial will have served both the 6 months TIG and
the 6 months as required by paragraph 1204.3h on 14 November 2000.
Therefore, the Marine will be eligible for promotion on
1 December 2000.

    b.  When a Pvt is not recommended for promotion and the command
did not report a "NOT REC" entry on the unit diary prior to the
select grade posting to the MCTFS, the command will report a "WILL
NOT PROMOTE" entry to remove the select grade for the month concerned.
A select grade will continue to post to the unit's DFR each subsequent
month unless a "NOT REC" entry is reported.  This entry should be
reported NLT the 15th of the month prior to the promotion month.
Marines not recommended for promotion require a page 11 counseling
entry and a monthly unit diary entry, per the current edition of
MCO 1070.12.  This will preclude future commands from requesting
remedial promotion based on TIG.

    c.  Refer to Chapter 4 of this Manual for meritorious promotions
to PFC.

2.  Lance Corporal.  A PFC who has 8 months TIG from the PFC date of
rank and 9 months TIS from the AFADBD and who is otherwise qualified
for promotion, as determined by the commander, may be promoted to the
grade of LCpl.  A partial month is computed as a whole month for both
elements.  For example, a PFC promoted with a date of rank of
1 June 2000 and a PFC meritoriously promoted with a date of rank of
2 June 2000 both meet the 8 months TIG requirement on 1 February 2001.
A Marine who is appointed a PFC upon initial entry on active duty
(contract PFC) with a date of rank of 27 June 2000 meets the 8 months
TIG and 9 months TIS requirement on 1 March 2001.

    a.  To eliminate the requirement for commanders to manually
determine the eligibility of PFCs by TIG and TIS, and to reduce the
number of late promotions because of administrative oversight,
the MCTFS will automatically identify the eligible personnel.
A select grade of E3 will post to the unit's DFR the month prior
to the promotion month for all PFCs who meet the TIG and TIS
requirements.  The select grade will not post if the commander

reports a "NOT REC" entry on the unit diary by the 15th of the month prior to the effective date of promotion.

(1) When a PFC has a select grade in the MCTFS, the promotion will be effected with a date of rank and effective date of the 1st day of the selected month.  This applies to those Marines who are in a transit or leave status on the 1st day of the month.  In these instances, or any other circumstances when the promotion is not effected on the 1st day of the month and the Marine is recommended, the command will effect the promotion on the unit diary with the date of rank and effective date of the 1st day of the month reflected in the select grade.  The certificate of appointment will reflect the same dates as input on the unit diary.

(2) PFCs who are in a promotion restriction status, per paragraph 1204, <u>will not be promoted</u>.  However, commanders may waive certain restrictions for deserving LCpls (see paragraph 1204).

(3) A Marine who has been administratively reduced to the grade of PFC for incompetence will be given his or her original date of rank, but may not be promoted to LCpl for a period of 3 months (paragraphs 1204.3n and 6001.2f(1) apply).  After the 3 months, <u>the commander will determine if the Marine meets the Marine Corps standards for promotion</u>.

(4) A Marine who has been punitively reduced (chapter 7 applies) to the grade of PFC as a result of NJP or court-martial must serve a minimum of 8 months, inclusively, from the date of reduction before becoming eligible for regular promotion to LCpl.

EXAMPLE 1:  A Marine reduced to PFC on 14 May 2000 by a general court-martial, will have served 8 months on 14 January 2001, but will not have served 18 months as required by paragraph 1204.3f until 14 November 2001.  Therefore, the Marine will not be eligible for promotion until 1 December 2001.

EXAMPLE 2:  A Marine reduced to PFC on 14 May 2000 by a special court-martial will have served 8 months on 14 January 2001, but will not have served 12 months as required by paragraph 1204.3g until 14 May 2001.  Therefore, the Marine will not be eligible for promotion until 1 June 2001.

EXAMPLE 3:  A Marine reduced to PFC on 14 May 2000 by a summary court-martial will have served 6 months as required by paragraph 1204.3h on 14 November 2000; however, he or she will not meet the 8 months TIG requirement until 14 January 2001.  Therefore, the Marine will not be eligible for promotion until 1 February 2001.

b.  When a PFC is not recommended for promotion and the command did not report a "NOT REC" entry on the unit diary prior to the select grade posting to the MCTFS, the command will report a "WILL NOT PROMOTE" entry to remove the select grade for the month concerned. A select grade will continue to post on the unit's DFR each subsequent month unless a "NOT REC" entry is reported.  This entry should be reported NLT the 15th of the month prior to the promotion month. <u>Marines not recommended for promotion require a page 11 counseling entry and a monthly unit diary entry, per the current edition of MCO 1070.12</u>.

c.  Refer to Chapter 4 of this Manual for meritorious promotions to LCpl.

     d.  Marines who have returned to active duty after a period of
broken service (USMC or USMCR) in the grade of PFC, and have been
reappointed to the grade of PFC, may be promoted to LCpl after a
<u>minimum period of 30 days observation</u>.  The Marine may only be
promoted if, on the 1st day of the month the promotion will be
effected, the Marine has attained the required TIG/TIS and, in the
opinion of the commander, the Marine is capable of performing in
the higher grade.  If not recommended by the commander, however,
the Marine may be promoted the next month that he or she is
recommended.  <u>Prior service in another branch of the Armed
Forces is not applicable for prior service credit</u>.

     EXAMPLE:  A Marine who reenlists on 24 April 2000 and is
reappointed to the grade of PFC with prior satisfactory service and
given a date of rank of 16 August 1999, will have 30 days service
on 24 May 2000 and could be promoted to LCpl with a date of rank
and effective date of 1 June 2000 (since minimum TIG/TIS are met).

3.  <u>Promotion Waivers</u>.  If determined to be in the best interest of
the command and the Marine Corps, commanders, as defined in paragraph
1200.3b, may waive an erroneous promotion to <u>PFC and LCpl</u> for Marines
who, through no fault of their own, were promoted prior to attaining
the required TIG and/or TIS.

     a.  Commanders may, without reference to this Headquarters,
waive erroneous promotions of Marines in the grades of PFC and LCpl
who were promoted while under the restrictions listed in paragraph
1204.3f through 1204.3o.  However, such waivers should be the
exception rather than the rule.

     b.  Commanders may, without reference to this Headquarters,
rescind erroneous promotions of Marines in the grades of PFC and
LCpl who were promoted while under the restrictions listed in
paragraph 1204.3f through 1204.3o.  A "DELETE AS ERRONEOUS"
(delete promotion as erroneous) unit diary entry will be made
for the promotion entry.

2102.  <u>PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL IN
THE SMCR AND ACTIVE RESERVE</u>

1.  <u>Private First Class</u>.  Pvts in the SMCR/Active Reserve will be
promoted to PFC 6 months after the 1st day of the month of entry
on initial active duty for training (IADT), if their performance
is deemed satisfactory by the commander.  For example, a Pvt who
entered IADT on 28 July will be promoted to PFC on 1 January,
effective 1 January.  Time spent in the delayed entry program
will not be used to compute TIG or TIS for promotion to PFC.
Pvts who are hospitalized for periods that preclude normal
completion of recruit training will be promoted to PFC while
in recruit training, if recommended and not in a promotion
restriction status (paragraph 1204 applies), upon attaining
6 months TIG.  Although the Marine will be in a paid status
as a PFC, the enlistee is not authorized to wear the PFC
insignia until completion of recruit training.

     a.  Pvts in the Category P program who perform satisfactorily
during at least 18 periods of Inactive Duty Training (IDT)
(i.e., 18 drills) within 6 months of enlistment will be promoted
to PFC 6 months after the 1st day of the month of enlistment in
the Category P program (unless the commander declares any drill
periods within the 6 months as unsatisfactory per the

as required by paragraph 1204.3h on 14 November 2000.  Therefore, the Marine will be eligible for promotion on 1 December 2000.

     c.  When a Reserve Pvt is not recommended for promotion and the command did not report a "NOT REC" entry on the unit diary prior to the select grade posting to the MCTFS, the command will report a "WILL NOT PROMOTE" entry to remove the select grade for the month concerned.  A select grade will continue to post to the unit's DFR for each subsequent month unless a "NOT REC" entry is reported.  This entry should be reported NLT the 15th of the month prior to the promotion month.  <u>Marines not recommended for promotion require a page 11 counseling entry and a monthly unit diary entry, per the current edition of MCO 1070.12.</u>  This will preclude future commands from requesting remedial promotion based on TIG.

2.  <u>Lance Corporal</u>.  A PFC in the SMCR/Active Reserve who has 8 months TIG from the PFC date of rank and 9 months TIS from the PEBD/AFADBD (for SMCR TIS is calculated from the PEBD, for AR Marines, TIS is calculated from the AFADBD) and who is qualified for promotion, as determined by the commander, may be promoted to the grade of LCpl.  A partial month is computed as a whole month for both elements.  For example, a Reserve Marine promoted to PFC after attaining 6 months TIG with a date of rank of 1 February 2000 and a Reserve PFC meritoriously promoted with a date of rank of 2 February 2000 both meet the 8 months TIG requirement on 1 October 2000.  A Reserve Marine who is appointed a PFC (contract PFC) and assigned a date of rank of 25 February 2000, the date of entry on initial active duty, will be promoted to LCpl with date of rank of 1 October, effective 1 October.

     a.  To eliminate the requirement for commanders to manually determine the eligibility of PFCs by TIG and TIS, and to reduce the number of late promotions because of administrative oversight, the MCTFS will automatically identify the eligible personnel.  A select grade of E3 will be posted to the unit's DFR for all PFCs who meet the TIG and TIS requirement.  The select grade will not post if the commander reports a "NOT REC" entry on the unit diary by the 15th of the month prior to the effective date of promotion.

          (1) When a Reserve PFC has a select grade in the MCTFS, the promotion will be effected with a date of rank and effective date of the 1st day of the selected month.  This applies to those Reserve Marines who are in a transit or leave status or in an unscheduled IDT status on the 1st day of the month.  The reference to "transit or unscheduled IDT status" refers to Reserve Marines who are: (1) in transit between SMCR units; or (2) en route to/from active duty.  In these instances, or any other circumstances when the promotion is not effected on the 1st day of the month and the Reserve Marine is recommended, the command will effect the promotion on the unit diary with the date of rank and effective date of the 1st day of the month reflected in the select grade.

          (2) Reserve PFCs who are in a promotion restriction status, per paragraph 1204, <u>will not be promoted</u>.  However, commanders may waive certain restrictions for deserving LCpls (see paragraph 1204).

          (3) A Reserve Marine who has been administratively reduced to the grade of PFC for incompetence or unsatisfactory participation/performance

will be given his or her original date of rank, but may not be
promoted to LCpl for a period of 3 months (paragraphs 1204.3n
and 6001.2f(1) apply).  After the 3 months, <u>the commander will
determine if the Marine meets the Marine Corps standards for
promotion</u>.

     (4) A Reserve Marine who has been punitively reduced
(chapter 7 applies) to the grade of PFC as a result of NJP or
a court-martial must serve a minimum of 8 months TIG, inclusively,
from the date of reduction before becoming eligible for regular
promotion to LCpl.

     EXAMPLE 1:  A Reserve Marine reduced to PFC on 14 May 2000
by a general court-martial, will have served 8 months TIG on
14 January 2001, but will not have served 18 months as required
by paragraph 1204.3f until 14 November 2001.  Therefore, the
Marine will not be eligible for promotion until 1 December 2001.

     EXAMPLE 2:  A Reserve Marine reduced to PFC on 14 May 2000
by a special court-martial will have served 8 months TIG on
14 January 2001, but will not have served 12 months as required
by paragraph 1204.3g until 14 May 2001.  Therefore, the Marine will
not be eligible for promotion until 1 June 2001.

     EXAMPLE 3:  A Reserve Marine reduced to PFC on 14 May 2000
by a summary court-martial will have served 6 months as required by
paragraph 1204.3h on 14 November 2000; however, he or she will not
meet the 8 months TIG requirement until 14 January 2001.  Therefore,
the Marine will not be eligible for promotion until 1 February 2001.

     b.  When a Reserve PFC is not recommended for promotion and the
command did not report a "NOT REC" entry on the unit diary prior to
the select grade posting to the MCTFS, the command will report a
"WILL NOT PROMOTE" entry to remove the select grade for the month
concerned.  A select grade will continue to post to the unit's DFR
for each subsequent month unless a "NOT REC" entry is reported.
This entry should be reported NLT the 15th of the month prior to
the promotion month.  <u>Marines not recommended for promotion require
a page 11 counseling entry and a monthly unit diary entry, per the
current edition of MCO 1070.12</u>.

3.  <u>Promotion Waivers</u>.  If determined to be in the best interest of
the command and the Marine Corps, commanders, as defined in paragraph
1200.3b, may waive an erroneous promotions to PFC and LCpl for Reserve
Marines who, through no fault of their own, were promoted prior to
attaining the required TIG and/or TIS.

     a.  Commanders, without reference to this Headquarters, may waive
erroneous promotions of Reserve Marines in the grades of PFC and LCpl
who were promoted while under the restrictions listed in paragraphs
1204.3f through 1204.3o.  However, such waivers should be the
exception rather than the rule.

     b.  Commanders, without reference to this Headquarters,
may rescind erroneous promotions of Reserve Marines in the
grades of PFC and LCpl who were promoted while under
the restrictions listed in paragraphs 1204.3f

through 1204.3o.  A "DELETE AS ERRONEOUS" unit diary entry will
be made for the promotion entry.


2103.  <u>PROMOTIONS TO PRIVATE FIRST CLASS AND LANCE CORPORAL
IN THE INDIVIDUAL READY RESERVE (IRR)</u>

1.  The CG, MCRSC, is delegated authority to promote members of
the IRR, without reference to this Headquarters, to the grades of
PFC and LCpl who have:  the required TIS computed from the PEBD as
of the 1st day of the month in which promotion is effected; the
minimum time in current grade as established in paragraph 1202;
served a minimum of 6 months in the IRR; and earned at least 27
points in the last 12 months.


2.  The Reserve Marine must have demonstrated the <u>leadership,
integrity, and maturity</u> appropriate to the grade to which being
promoted.


3.  Promotions for Pvts and PFCs in the IRR who are joined in
the MCTFS for a period of AD/EAD/ADT/ADSW in excess of 30 days
are under the jurisdiction of the CG, MCRSC.  After
determination has been made as to the Reserve Marine's promotion
eligibility, a letter of notification will be forwarded to the
command to which the Reserve Marine is attached, including a
recommendation to effect the promotion to the next higher grade.


4.  The CG, MCRSC, is further delegated authority to
backdate/remedially promote members of the IRR to the grades of
PFC and LCpl with the appropriate date of rank to which entitled.
The advancement must be effected on the unit diary with the date
of rank and effective date of the 1st day of the month in which
the Reserve Marine was qualified and recommended.  The certificate
of appointment will be prepared with the same dates as input on the
unit diary.


5.  A Reserve Marine in the IRR who has been reduced to Pvt or PFC
because of unsatisfactory participation and assigned to involuntary
EAD, will be given his or her original date of rank, but may not be
promoted to PFC or LCpl for a period of 3 months (paragraphs 1204.3n
and  6001.2f(1) apply).  Prior to the Reserve Marine's transfer to
the active duty unit, the CG, MCRSC, will make an entry on the
administrative remarks page of the SRB concerning the Reserve
Marine's recommendation for promotion.  If a non-recommendation
entry is made, <u>it is incumbent upon the new commander</u> to determine
each advancement.

        EXAMPLE:  A PFC who is reduced to Pvt on 5 August 2000
because of unsatisfactory participation may be promoted to PFC
on 1 December 2000, if recommended for promotion by the CG, MCRSC.

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 2:  PROMOTIONS TO CORPORAL AND SERGEANT

2200.  <u>GENERAL</u>.  Marines in the grades of Cpl and Sgt are required
to exercise an ever-increasing degree of maturity, leadership, and
professionalism.  To a large extent, accomplishment of the ultimate
mission  -- success in battle -- depends on the manner in which
Marines are developed into small unit leaders and their professional
abilities.  Consequently, no Marine should be promoted to Cpl or Sgt
who has not positively demonstrated the potential, motivation, and
maturity to satisfactorily discharge the duties of a small unit leader.
Therefore, it is even more critical to ensure that a commander's
recommendation concerning a Marine's promotion to Cpl or Sgt is a
thoughtful, deliberate decision.  Each Marine recommended must be
worthy of the title "Noncommissioned Officer."  Marines should be
recommended for promotion to Cpl or Sgt only after demonstrating
they are worthy of the next higher grade.

2201.  <u>PROMOTIONS TO CORPORAL AND SERGEANT IN THE ACTIVE COMPONENT</u>

1.  <u>Corporal</u>.  The CMC will control the number of Marines to be
promoted to Cpl through the use of the automated composite score.
Promotions will be authorized on the basis of vacancies existing
throughout the Marine Corps and will be effected by authorized
commanders.  Promotions will be effected monthly by primary MOS
or intended MOS once the monthly promotion authority MARADMIN is
received by the command and the "SELECT GRADE" is reflected on the
unit's DFR.  The command will effect the promotion on the unit
diary and prepare the certificate of appointment.  These promotions
will be based on composite scores (CS) which are automatically
computed quarterly for each eligible LCpl.  The term "eligible"
as it relates to promotion refers to any LCpl who meets the 8 months
TIG and 12 months TIS requirement by the end of the promotion quarter.
The determination of which eligible LCpls will be promoted, subject to
the composite score stipulation, is the sole responsibility of the
commander.

   a.  Since TIG/TIS is computed through the end of the promotion
quarter, Marines who meet the TIG/TIS requirements during any month
during a promotion quarter will have a composite score computed and
will be considered eligible for promotion any month during that
promotion quarter.  Therefore, it is possible for a Marine to
receive a select grade prior to obtaining the required 8 months
TIG.  If the Marine is recommended for promotion by the commander,
he or she should be promoted.

      EXAMPLE 1:  A Marine with a LCpl date of rank of 1 June 2000
will have served 8 months TIG on 1 February 2001 and will have a
composite score computed for the January, February, and March 2001
promotion quarter.  If the Marine meets the required cutting score
for 1 January 2001, the unit will receive a "SELECT GRADE" on the
DFR.

      EXAMPLE 2:  A Marine with a LCpl date of rank
of 1 July 2000 and a Marine meritoriously promoted to
LCpl with a date of rank of 2 July 2000 will

both have served 8 months TIG on 1 March 2001 and will have a
composite score computed for the January, February, and
March 2001 promotion quarter.  If the Marine meets the required
cutting score for January or February, the unit will receive a
"SELECT GRADE" on the DFR.  However, a Marine punitively reduced
(chapter 7 applies) to LCpl with a date of rank of 2 July 2000
must serve 8 months TIG, inclusively, and will not meet the TIG
requirement until 1 April 2001 and, therefore, will not have a
composite score computed for the January, February, and March 2001
promotion quarter.

   b.  LCpls who are in a promotion restriction status, per paragraph
1204, will not be promoted.

      (1) A Marine who has been administratively reduced to the grade
of LCpl for incompetence will be given his or her original date of rank,
but may not be promoted to Cpl for a period of 6 months (paragraphs
1204.3m and 6001.2f(2) apply).

      EXAMPLE:  A Marine administratively reduced to the grade of LCpl
on 15 November 2000 and given his original LCpl date of rank of
1 January 1997 will have served 6 months as required by paragraphs 1204.3m
and 6001.2f(2) on 15 May 2001.  Therefore, the Marine will not be eligible
for promotion to Cpl until 1 June 2001, providing he or she meets the
required cutting score.

      (2) A Marine LCpl who has received nonjudicial punishment
may not be promoted for 3 months from the date of the nonjudicial
punishment.

      EXAMPLE 1:  A Marine LCpl who received nonjudicial punishment
on 14 October 2000 will have served 3 months as required by paragraph
1204.3j on 14 January 2001.  The Marine will not be eligible for
promotion to Cpl until 1 February 2001, providing he or she meets
the required cutting score.

      EXAMPLE 2:  A Marine LCpl who received nonjudicial punishment
on 14 October 2000, was awarded a reduction to PFC (which was
suspended for 6 months) will have served 3 months as required by
paragraph 1204.3j on 14 January 2001; however, he or she will not
have served the 6 months as required by the suspension until
14 April 2001.  The Marine will not be eligible for promotion until
1 May 2001, providing he or she meets the required cutting score.

   c.  To be eligible for promotion to corporal, IRR or SMCR Marines
who transfer to the regular component (USMC), and prior service
Marines (does not include Marines who reenlist under the PSEP;
paragraph 2303), must do so by the cutoff date for the promotion
quarter.  Marines who transfer or join the USMC or USMCR after the
cutoff date for the promotion quarter will not be eligible for
promotion until the next promotion quarter.

2.  <u>Sergeant</u>.  The CMC will control the number of Marines to be
promoted to Sgt through the use of the automated composite score
system.  Promotions will be authorized on the basis of vacancies
existing throughout the Marine Corps and will be effected by
authorized commanders.  Promotions will be effected monthly by
primary MOS or intended MOS once the monthly promotion authority
MARADMIN is received by the command and the "SELECT GRADE" is
reflected on the unit's DFR.  The command will effect the promotion
on the unit diary and prepare the certificate of appointment.  These
promotions will be based on composite scores (CS) automatically
computed quarterly for each eligible Cpl.  The term "eligible" as
it relates to promotion refers to any Cpl who meets

the 12 month TIG and 24 month TIS requirement by the end of the
promotion quarter.  The determination of which eligible Cpls
will be promoted, subject to the composite score stipulation,
is the sole responsibility of the commander.

    a.  Since TIG/TIS is computed through the end of the promotion
quarter, Marines who meet the TIG/TIS requirements during any month
in a promotion quarter will have a composite score computed and will
be considered eligible for promotion any month during that promotion
quarter.  It is possible for a Marine to receive a select grade prior
to obtaining the required 12 months TIG.  If the Marine is otherwise
recommended for promotion, he or she should be promoted.

    EXAMPLE 1:  A Marine with a Cpl date of rank of 1 May 2000
will have served 12 months TIG on 1 May 2001 and will have a composite
score computed for the April, May, and June 2001 promotion quarter.
If the Marine meets the required cutting score for April, the unit
will receive a "SELECT GRADE" on the DFR.

    EXAMPLE 2:  A Marine with a Cpl date of rank of 1 June 2000
and a Marine meritoriously promoted to Cpl with a date of rank of
2 June 2000 will both have served 12 months TIG on 1 June 2001 and
will have a composite score computed for the April, May, and
June 2001 promotion quarter.  If the Marine meets the required
cutting score for April or May, the unit will receive a "SELECT
GRADE" on the DFR.  However, a Marine punitively reduced (chapter 7
applies) to Cpl with a date of rank of 2 June 2000 must serve
12 months TIG, inclusively, and will not meet the TIG requirement
until 1 July 2001, and therefore, will not have a composite score
computed for the April, May, and June 2001 promotion quarter.

    b.  Cpls who are in a promotion restriction status, per
paragraph 1204 will not be promoted.

    (1) A Marine who has been administratively reduced to the
grade of Cpl for incompetence will be given his or her original date
of rank, but may not be promoted to Sgt for a period of 6 months
(paragraphs 1204.3m and 6001.2f(2) apply).

    EXAMPLE:  A Marine administratively reduced to the grade of
Cpl on 15 November 2000 and given his original Cpl date of rank of
1 January 1999 will have served 6 months as required by paragraphs
1204.3m and 6001.2f(2) on 15 May 2001.  The Marine will not be
eligible for promotion to Sgt until 1 June 2001, providing he or
she meets the required cutting score.

    (2) A Marine Cpl who has received nonjudicial punishment
may not be promoted for 3 months from the date of the nonjudicial
punishment.

    EXAMPLE 1:  A Marine Cpl who received nonjudicial punishment
on 14 October 2000 will have served 3 months as required by paragraph
1204.3j on 14 January 2001.  The Marine will not be eligible for
promotion to Sgt until 1 February 2001, providing he or she meets
the required cutting score.

    EXAMPLE 2:  A Marine Cpl who received nonjudicial punishment
on 14 October 2000, awarded a reduction to LCpl (which was suspended
for 6 months), will have served 3 months as required by paragraph
1204.3j on 14 January

2001; however, he or she will not have served the 6 months as
required by the suspension until 14 April 2001.  Therefore,
the Marine will not be eligible for promotion until 1 May 2001,
providing he or she meets the required cutting score.

    c.  To be eligible for promotion to sergeant, IRR or SMCR
Marines who transfer to the regular component (USMC), and prior
service Marines (does not include Marines who reenlist under the
PSEP; paragraph 2303), must do so by the cutoff date for the
promotion quarter.  Marines who transfer or join the USMC or
USMCR after the cutoff date for the promotion quarter will
not be eligible for promotion until the next promotion quarter.

3.  The below schedule indicates the cutoff date for input of
data elements, the approximate date that composite scores will
be computed, and the months the composite scores for each
quarter are reflected on the unit's DFR for each regular
promotion quarter:

| PROMOTION QUARTER | MCTFS CS DATA ELEMENTS CUTOFF | CS COMPUTED* | MONTHS CS IS ON UNIT DFR |
|---|---|---|---|
| Jan, Feb, Mar | 20 November | 30 November | Dec, Jan, Feb |
| Apr, May, Jun | 20 February | 28 February | Mar, Apr, May |
| Jul, Aug, Sep | 20 May | 31 May | Jun, Jul, Aug |
| Oct, Nov, Dec | 20 August | 31 August | Sep, Oct, Nov |

* Composite scores for each regular and reserve promotion quarter are
computed approximately 5-10 days after the "MCTFS CS DATA ELEMENTS
CUTOFF."

4.  A Marine is not promoted until the commander <u>issues a promotion
certificate</u> to the Marine.  Many errors occur in which a Marine is
not promoted by issuance of a promotion certificate because of
administrative oversight by the command; i.e., failure to promote
on the 1st of the month or erroneously entering "not recommended
for promotion" in the MCTFS.  When a Marine has a "SEL GRADE" in
the MCTFS and the promotion is not effected because of an
administrative error by the command, or because of a Marine's
transient/leave status, the command will effect the promotion
on the unit diary with a date of rank and effective date of the
1st day of the selected month.  The certificate must reflect the
same dates as input on the unit diary.  The following situations
are examples of delayed promotions:

    a.  If a Marine is <u>actually</u> promoted by a previous commander
but the previous command fails to input the promotion in MCTFS,
the receiving command will administratively promote the Marine
in the MCTFS with a date of rank and effective date of the 1st
of the month, as reflected on the promotion certificate.

    b.  If the 1st of the month occurs on a weekend or holiday,
the date of rank and effective date for both the promotion
certificate and unit diary entry should reflect the 1st of the
month, and the Marine should be promoted on the next working day.

5.  <u>Intended MOS Promotions</u>.  LCpls and Cpls in formal schools,
training/retraining assignments (including MOS conversions), or
who have reenlisted and had a lateral move approved in
conjunction with their reenlistment and are serving with a
basic primary MOS (e.g., 0200) are considered for promotion in
their intended MOS, provided the intended MOS was effective on

or prior to the date of the monthly promotion authority MARADMIN.
Marines who are promoted under their intended MOS, and later fail
to complete the qualifications for that MOS, will be
administratively reduced (paragraph 6002.1 applies).  <u>A LCpl or
Cpl who reenlists and makes a lateral move is no longer eligible
to be promoted in his former primary MOS.</u>

        EXAMPLE 1:  A Marine with a primary MOS of 0151 reenlists
on 29 March 2001 and is approved for a lateral move to MOS 0241
effective 29 March 2001.  The promotion authority MARADMIN for
1 April 2001 is published on 25 March 2001.  The Marine meets
the required cutting score for his intended MOS of 0241; however,
since the date of reenlistment is after the date the MARADMIN
was published, he or she is not eligible for promotion on
1 April 2001.

        EXAMPLE 2:  A Marine with a primary MOS of 0151 reenlists
on 14 March 2001 and makes a lateral move to MOS 0241.  The promotion
MARADMIN for 1 April 2001 is published on 25 March 2001.  The
Marine meets the required cutting score for his intended MOS of 0241 and, if
recommended, should be promoted on 1 April 2001.  If the Marine's
intended MOS is not reflected in the MCTFS, a "SELECT GRADE" will not
be generated.  This will require submission of a remedial promotion
request (section 6 of this chapter applies).

6.  <u>Promotion Waivers</u>.  There will be <u>no waivers</u> of erroneous
promotions to the grades of Cpl or Sgt for Marines who were promoted
prior to attaining the required TIG and/or TIS,  prior to attaining
the required composite score, or promoted while in a promotion
restriction status per paragraph 1204.3.  The commander will remove
the promotion entry from the MCTFS and restore the Marine's
appropriate grade.

2202.  PROMOTIONS TO CORPORAL AND SERGEANT IN THE SMCR AND ACTIVE
RESERVE

1.  Drilling Reserve Marines include:

    a.  Personnel who are performing periods of IDT.

    b.  Personnel from the SMCR serving on EAD/TAD in the recruiting
service.

    c.  Individual Mobilization Augmentee (IMA) personnel.

2.  <u>Corporal</u>.  The CMC will control the number of Reserve Marines to
be promoted to Cpl through the use of the automated composite score.
Promotions of SMCR Marines and AR Marines in the above categories
will be authorized based on vacancies existing throughout the Marine
Corps Reserve.  These promotions will be based on composite scores (CS)
automatically computed quarterly for each eligible Reserve LCpl.  The
term "eligible" as it relates to promotion refers to any LCpl who meets
the 8 months TIG and 12 months TIS requirements.  The reserve promotion
months will be January, April, July, and October.  SMCR promotions will
be effected quarterly by OccFld and Active Reserve promotions will be
effected quarterly by OccFld and/or PMOS, once the quarterly promotion
authority MARADMIN is received by the command and the "SELECT GRADE" is
reflected on the unit's DFR.  The command will effect the promotion on
the unit diary and prepare the certificate of appointment.

3.  <u>Sergeant</u>.  The CMC will control the number of Reserve Marines
to be promoted to Sgt through the use of the automated composite
score.  Promotions of SMCR Marines and AR Marines in the above
categories will be authorized
based on vacancies existing throughout the Marine Corps Reserve.
These promotions will be based on composite scores (CS) automatically
computed quarterly for each eligible Reserve Cpl.  The term "eligible"
as it relates to promotion refers to any Cpl who meets the 12 months
TIG and 24 months TIS requirements.  The reserve promotion months
will be January, April, July, and October.  SMCR promotions will be
effected quarterly by OccFld and Active Reserve promotions will be
effected quarterly by OccFld and/or PMOS, once the quarterly promotion
authority MARADMIN is received by the command and the "SELECT GRADE"
is reflected on the unit's DFR.  The command will effect the promotion
on the unit diary and prepare the certificate of appointment.

4.  The below schedule indicates the cutoff date for input of data
elements, the approximate* date that composite scores will be
computed, and the months composite scores for each quarter are
reflected on the unit's DFR for each Reserve promotion quarter:

| PROMOTION PERIOD | MCTFS CS DATA ELEMENTS CUTOFF | CS COMPUTED* | MONTHS CS IS ON UNIT'S DFR |
|---|---|---|---|
| January | 20 November | 30 November | Dec, Jan, Feb |
| April | 20 February | 28 February | Mar, Apr, May |
| July | 20 May | 31 May | Jun, Jul, Aug |
| October | 20 August | 31 August | Sep, Oct, Nov |

* Composite scores for each regular and reserve promotion quarter are
computed approximately 5-10 days after the "MCTFS CS DATA ELEMENTS
CUTOFF."

5.  A Marine is not promoted until the commander <u>issues a promotion
certificate</u> to the Marine.  Many errors occur in which a Marine is not
promoted by issuance of a promotion certificate because of
administrative oversight by the command; i.e., failure to promote
on the 1st of the month or erroneously entering "not recommended for
promotion" in the MCTFS.  When a Marine has a "Sel Grade" in the
MCTFS and the promotion is not effected because of an administrative
error by the command, or because of a Marine's transient/leave status,
the command will effect the promotion on the unit diary with a date
of rank and effective date of the 1st day of the selected month.  The
certificate must reflect the same dates as input on the unit diary.
The following situations are examples of delayed promotions:

    a.  If a Marine is <u>actually</u> promoted by a previous commander, but
the previous command fails to input the promotion in MCTFS, the
receiving command will administratively promote the Marine in the
system with a date of rank and effective date of the 1st of the month,
as reflected on the promotion certificate.

    b.  If the 1st of the month occurs on a weekend or holiday, the
date of rank and effective date for both the promotion certificate
and unit diary entry should reflect the 1st of the month, and the
Marine should be promoted on the <u>next</u> working day.

5.  <u>Intended MOS Promotions</u>.  Reserve LCpls and Cpls in formal
schools, training/retraining assignments (including MOS
conversions), or who have reenlisted and had a lateral
move approved in conjunction with their

reenlistment, and are serving with a basic primary MOS
(e.g., 0200), are considered for promotion in their intended MOS,
provided the intended MOS was effective on or prior to the date of
the quarterly promotion authority MARADMIN.  Marines who are
promoted under their intended MOS, and later fail to complete
the qualifications for that MOS, will be administratively reduced
(paragraph 6002.1 applies).  <u>A LCpl or Cpl who reenlists and makes
a lateral move is no longer eligible to be promoted in his or her
former primary MOS</u>.

   EXAMPLE 1:  A Marine with a primary MOS of 0151 reenlists on
29 March 2001 and is approved for a lateral move to MOS 0241
effective 29 March 2001.  The promotion authority MARADMIN for
1 April 2001 is published on 25 March 2001.  The Marine meets
the required cutting score for his intended MOS of 0241; however,
since the date of reenlistment is after the date the MARADMIN was
published, he or she is not eligible for promotion on 1 April 2001.

   EXAMPLE 2:  A Marine with a primary MOS of 0151 reenlists on
14 March 2001 and makes a lateral move to MOS 0241.  The promotion
MARADMIN for 1 April 2001 is published on 25 March 2001.  The
Marine meets the required cutting score for his intended MOS of
0241, and if recommended should be promoted on 1 April 2001.  If
the Marine's intended MOS is not reflected in the MCTFS, a "SELECT
GRADE" will not be generated.  This will require submission of a
remedial promotion request (section 6 of this chapter applies).

7.  <u>Promotion Waivers</u>.  There will be <u>no waivers</u> of erroneous
promotions to the grades of Cpl or Sgt for Reserve Marines who
were promoted prior to attaining the required TIG and/or TIS,
prior to attaining the required composite score, or promoted while
in a promotion restriction status per paragraph 1204.3.  The
commander will remove the promotion entry from the MCTFS and
restore the Marine's appropriate grade.

8.  To be eligible for promotion to corporal or sergeant, IRR
Marines who transfer to the SMCR or the AR must do so by the
cutoff date for the promotion month.  Marines who transfer to
the SMCR or the AR after the cutoff date will not be eligible
for promotion until the next Reserve promotion month.

9.  For promotion purposes, members of the SMCR on active duty
must meet the SMCR cutting score published in the promotion
authority MARADMIN.  The Active Reserve cutting score published
in the promotion authority MARADMIN applies only to Active Reserve
Marines (component codes B1, B2, B3, or B4).

10.  Reserve LCpls and Cpls who are in a promotion restriction
status, per paragraph 1204, <u>will not be promoted</u>.

   a.  A Reserve Marine who has been administratively reduced
to the grade of LCpl for incompetence will be given his or her
original date of rank, but may not be promoted to Cpl for a
period of 6 months (paragraphs 1204.3m and 6001.2f(2) apply).

      EXAMPLE:  A Marine administratively reduced to the grade
of LCpl on 15 November 2000 and given his original LCpl date of
rank of 1 January 1999 will have served 6 months as required by
paragraphs 1204.3m and 6001.2f(2) on 15 May 2001.  The Marine will
not be eligible for promotion to Cpl until 1 June 2001, providing
he or she meets the required cutting score.

   b.  A Reserve Marine Cpl who has received nonjudicial punishment
may not be promoted for 3 months from the date of the nonjudicial
punishment.

EXAMPLE 1:  A Reserve Marine Cpl who received nonjudicial punishment on 14 October 2000 will have served 3 months as required by paragraph 1204.3j on 14 January 2001.  The Marine will not be eligible for promotion to Sgt until 1 February 2001, providing he or she meets the required cutting score.  (Note:  Since this Marine is a reservist, he or she cannot be promoted until 1 April 2001 when the next cutting scores will be published.)

EXAMPLE 2:  A Reserve Marine Cpl who received nonjudicial punishment on 14 October 2000, awarded a reduction to LCpl (which was suspended for 6 months), will have served 3 months as required by paragraph 1204.3j on 14 January 2001; however, he or she will not have served the 6 months as required by the suspension until 14 April 2001.  Therefore, the Marine will not be eligible for promotion until 1 May 2001, providing he or she meets the required cutting score.  (Note:  Since this Marine is a reservist, he or she cannot be promoted until 1 July 2001 when the next cutting scores will be published.)


2203.  <u>PROMOTIONS TO CORPORAL AND SERGEANT IN THE INDIVIDUAL READY RESERVE (IRR)</u>

1.  The CG, MCRSC, is delegated authority to promote members of the IRR, as allocated by CMC (RAP), without reference to this Headquarters, to the grades of Cpl and Sgt who have:  the required TIS computed rom the PEBD as of the 1st day of the month in which promotion is effected; the minimum time in current grade as established in paragraph 1202; served a minimum of 6 months in the IRR; and earned at least 27 points in their last full anniversary year.

2.  Composite scores have no application for promotions to Cpl and Sgt in the IRR.  The promotion of LCpls and Cpls in the IRR who are joined in the MCTFS for a period of EAD/ADT/ADSW in excess of 30 days remain under the jurisdiction of the CG, MCRSC.  After a determination has been made concerning the Marine's promotion eligibility, a letter of notification will be forwarded to the command to which the Reserve Marine is attached, including a recommendation to effect the promotion to the next higher grade.  Failure to maintain appropriate professional and personal standards of performance as determined by the Commanding General, Marine Corps Reserve Support Command <u>will preclude the Marine's promotion</u>.

3.  A Reserve Marine in the IRR who has been reduced to LCpl or Cpl because of unsatisfactory participation by Commanding General, Marine Corps Reserve Support Command, and assigned to involuntary EAD, will be given his or her original date of rank, but may not be promoted to Cpl or Sgt for a period of 6 months (paragraphs 1204.3n and 6001.2f(2) apply).  Prior to the Reserve Marine's transfer to the active duty unit, the CG, MCRSC, will make an entry on the administrative remarks page of the SRB concerning the Reserve Marine's recommendation for promotion.  If a non-recommendation entry is made, it is <u>incumbent upon the new commander to determine each advancement</u>.

EXAMPLE:  A Cpl is reduced to LCpl on 5 August 2000 because of unsatisfactory participation and given his original LCpl date of rank of 1 March 2000.  He or she will be eligible for promotion to Cpl on 1 March 2001, if recommended for promotion by the CG, MCRSC.  (Note: Since this Marine is a reservist, he or she cannot be promoted until 1 April 2001 when the next cutting scores will be published.)

4.  The CG, MCRSC is further delegated the authority to backdate/remedially promote members of the IRR with the appropriate date of rank and effective date of the 1st day of the month in which the Marine was eligible and recommended.  The certificate of appointment will be prepared with the same dates as input on the unit diary.

CHAPTER 2

ENLISTED PROMOTIONS PRIVATE FIRST CLASS THROUGH SERGEAN

SECTION 3: SPECIAL PROMOTION PROVISIONS

2300. <u>GENERAL</u>. Promotions for Marines in the following programs will vary from the regular promotions contained in the other sections in this chapter. These promotions may be effected as indicated if the Marine is recommended by the commander; however, Marines in a promotion restriction status, per paragraph 1204 will not be promoted.

2301. <u>Platoon Leaders Class (PLC)</u>. Marines enrolled in the PLC program are designated "officer candidates" while in the program. Officer candidates are not eligible for promotion under the enlisted promotion system unless the Marine is enlisted in the SMCR and accepted in the Simultaneous Membership Program. PLCs in the SMCR, who are allowed to continue to perform IDT with their SMCR units, remain eligible for promotion; however, they may not have a composite score computed in the MCTFS due to being paid as a Sgt while attending the PLC. In these instances, manual computation of the Marine's composite score will be required to determine if a remedial promotion request is necessary.

2302. <u>Musician Enlistment Option Program (MEOP)</u>. Guaranteed promotions for MEOP Marines are outlined in paragraph 7 of MCO 1130.53N.

1. If a Marine with a MEOP guarantee enlists on any day other than the 1st of the month, his or her guaranteed promotion will be effected on the 1st of the month following the Marine's anniversary date. If the Marine enlisted on the 1st of the month, promotions will be effected on the first of the same month as the anniversary month. Upon receipt of a request from the Marine's command, the CMC (MMPR-2) will input a "SELECT GRADE" for all MEOP promotions to Cpl and Sgt. Promotions to Cpl and Sgt will not post to MCTFS without a "SELECT GRADE." The guaranteed promotions described below are dependent upon the Marine being otherwise qualified for promotion (see paragraph 1204).

    a. Promotion to PFC will be awarded on the Armed Forces Active Duty Base Date (AFADBD). The PFC grade insignia will not be worn until the completion of recruit training.

    b. Promotion to LCpl is awarded the first day of the month after completion of 6 months.

        EXAMPLE 1: A Marine who enters active duty on 10 January 1999 as a PFC may be promoted to LCpl on 1 August 1999.

        EXAMPLE 2: A Marine who enters active duty on 1 January 1999 as a PFC may be promoted to LCpl on 1 July 1999.

    c. Promotion to Cpl is awarded the first day of the month after completion of 24 months time in service. If a LCpl is selected for a regular TIG/TIS promotion to Cpl based on composite score prior to completion of 24 months TIS, he or she may be promoted, if otherwise qualified.

EXAMPLE 1:  A Marine who enters active duty on 10 January 1997 under the MEOP may be promoted to Cpl on 1 February 1999.

EXAMPLE 2:  A Marine who enters active duty on 1 January 1997 under the MEOP may be promoted to Cpl on 1 January 1999.

d.  Promotion to Sgt is awarded the first day of the month after completion of 36 months (this only applies to Marines with a baccalaureate degree or higher).  If a Cpl is selected for a regular TIG/TIS promotion to Sgt based on composite score prior to completion of 36 months TIS, he or she may be promoted.

EXAMPLE 1:  A Marine who enters active duty on 10 January 1997 under the MEOP may be promoted to Sgt on 1 February 2000.

EXAMPLE 2:  A Marine who enters active duty on 1 January 1997 under the MEOP may be promoted to Sgt on 1 January 2000.

2.  Guaranteed promotion under the MEOP may be delayed if the Band Officer (or Enlisted Bandleader in absence of a Band Officer) determines that the evaluated Marine has not made sufficient progress in his or her MOS proficiency (as outlined in the current edition of MCO P1200.7_, chapter 3).  The delay must be supported by an appropriate page 11 entry as explained in MCO 1130.53N.  Sufficient progress is defined as an MOS proficiency that is within .05 of the next higher grade.  These proficiency scores are based on a 4.0 scale and will be rounded to the nearest 100th (i.e., 2.732=2.73, 2.737=2.74).

EXAMPLE:  A LCpl scoring 2.75 or higher is qualified for promotion based on MOS proficiency.  A LCpl scoring 2.74 or lower is not qualified for promotion based on MOS proficiency.

3.  The MOS proficiency evaluation process listed in the above paragraph is also applicable to MEOP Marines in OccFld 5500 being considered for regular or meritorious promotion.

2303.  Prior Service Enlistment Program (PSEP).  The PSEP was implemented in January 1995 to give qualified prior service Marines the opportunity to reenter the first term force.  The program was also designed to assist the Marine Corps Recruiting Command (MCRC) in fulfilling its annual accession requirement.  Detailed instructions for the administration of the PSEP may be found in the current edition of MCO 1130.80.

1.  Based on notification from the CG MCRC (RE), CMC (MMPR-2) will input select grades to Cpl in the MCTFS for those PSEP Marines who reenlisted as LCpls with a guaranteed promotion to Cpl the 1st of the month following completion of 6 months.

a.  Once the "SELECT GRADE" has posted to the unit's DFR, if otherwise qualified for promotion (see paragraph 1204), the Marine may be promoted.  Select grades for PSEP Marines are not posted to the MCTFS at the same time as the select grades for Marines selected based on cutting score.  They may not post to the MCTFS until 2-3 days after the 1st of each month.

   b.  If a PSEP Marine is not recommended for promotion, the command must input a "WILL NOT PROMOTE" entry on the unit diary to remove the "SELECT GRADE" and notify CG, MCRC (RE).  Once the Marine is again recommended for promotion, the command must notify CG, MCRC (RE), so the "SELECT GRADE" may be input in the MCTFS.

2.  CMC (MMPR-2) may take appropriate unit diary action to correct the MCTFS when it is noted that a PSEP Marine's grade, date of rank, and/or effective date are incorrect.  To avoid pay problems, Commanders of PSEP Marines should ensure the correct grade, date of rank, and effective date are resident in the MCTFS.  Any questions concerning a PSEP Marine's correct grade, date of rank, and/or effective date should be directed to CG, MCRC (RE).

3.  PSEP Marines who are promoted to Cpl after completion of 6 months (paragraph 2501) may count their TIG as a Cpl from their previous enlistment towards promotion to Sgt.  They must be eligible for promotion to Sgt based on their current Cpl date of rank, then their Cpl TIG from their previous enlistment may be computed and manually added to their composite scores.  If the Marine then meets the required cutting score for promotion to Sgt in his or her MOS, a request for remedial promotion may be submitted.

2304.  <u>Reserve Promotion Affiliation Program (RPAP).</u>  The RPAP is a retention incentive designed for members of the Marine Corps Reserve and former active duty (regular component or active reserve) Marines, in the grades of lance corporal and corporal, who join or remain affiliated with an SMCR unit in accordance with the policy contained in an annual MCBul (1400).  Based on notification from the CMC (RAP), CMC (MMPR-2) will input the select grades to Cpl and Sgt in the MCTFS.  Questions concerning this program should be directed to the CMC (RAP).

2305.  <u>Marine Enlisted Commissioning Education Program (MECEP)</u>.  Consideration for promotion to the grades of Cpl and Sgt is noncompetitive for those LCpls and Cpls satisfactorily participating in this program as determined by the Commanding General, Marine Corps Recruiting Command.  The Commanding General, Marine Corps Recruiting Command may disenroll unsatisfactory participants from the program.  Promotions to Cpl and Sgt are effected once the minimum TIG/TIS established in paragraph 1202 are met.  The promotion month will be subsequent to the month of class commencement at the college or university.

1.  Requests must be forwarded to the CMC (MMPR-2) in the format contained in the example on the next page.  If approved, the CMC (MMPR-2) will input the promotion on the unit diary with the date of rank and effective date of the 1st day of the month in which eligible.  The promotion will be reflected on the unit's DFR, at which time the command will prepare the certificate with the same dates as input on the unit diary.  <u>The promotion will appear on the DFR, no written response will be provided</u>.

2.  Marines participating in the MECEP <u>are not eligible</u> for meritorious promotion consideration.

2306.  <u>Naval Reserve Officers' Training Corps (NROTC), and United States Naval Academy (USNA)</u>.  Enlisted Marines who participate in these programs are

appointed to the grade of midshipman (officer).  In these instances,
the Marines are no longer carried in an enlisted status.  The
computation of TIG for promotion purposes is credited only while
the individual is enlisted.

(letterhead)

                                              1400
                                              Code
                                              (Date)


From:  (Command)
To:    Commandant of the Marine Corps (MMPR-2), Headquarters, U.S.
       Marine Corps, Harry Lee Hall, 17 Lejeune Road, Quantico,
       VA  22134

Subj:  NONCOMPETITIVE CONSIDERATION FOR PROMOTION; CASE OF CORPORAL
       JOHN J. DOE 123 45 6789/1234 USMC

Ref:   (a) MCO P1400.32C, par. 2305


1.  Request that Corporal Doe be promoted to sergeant for the _____
promotion period per the provisions of the reference.


2.  The following information is furnished:

       Line A.  (Current grade)
       Line B.  (Current DOR)
       Line C.  (Current primary MOS)
       Line D.  (Date of prep school completion)
       Line E.  (Date of class commencement at university)
       Line F.  (Promotion period for which recommended)
       Line G.  (Recommendation of CO/OIC)

                                   SIGNATURE
                                   By direction


       EXAMPLE:  Request for Noncompetitive Promotion Consideration

                              2-24

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 4:  PROMOTION PLAN

2400.  <u>GENERAL</u>.  The promotion plan below identifies the eligibility requirements for promotion to Cpl and Sgt, Regular and Reserve, for the next 5 calendar years (CY) beginning with 2001, and will replace the annual promotion plan MARADMIN.  A MARADMIN will be published only if it becomes necessary to update and/or provide additional information.

1.  The below columns are described as:

      QTR: is the CY promotion quarter

      LCPL DOR:  is the date of rank required for LCpls to be eligible for promotion to Cpl during the quarter

      LCPL AFADBD:  is the Armed Forces Active Duty Base Date required for regular LCpls to be eligible for promotion to Cpl during the quarter

      LCPL PEBD/AFADBD:  is the Pay Entry Base Date (drilling reserve) and Armed Forces Active Duty Base Date (active reserve) required for reserve LCpls to be eligible for promotion during the quarter

      CPL DOR:  is the date of rank required for Cpls to be eligible for promotion to Sgt during the quarter

      CPL AFADBD:  is the Armed Forces Active Duty Base Date required for regular Cpls to be eligible for promotion to Sgt during the quarter

      CPL PEBD/AFADBD:  is the Pay Entry Base Date (drilling reserve) and Armed Forces Active Duty Base Date (active reserve) required for reserve Cpls to be eligible for promotion during the quarter

      TIG/TIS:  is the cutoff date for computing time in grade and time in service for Marines eligible for promotion in the quarter. For regular Marines, TIG/TIS are computed through the end of the promotion quarter; paragraphs 2201.1 and 2201.2 apply.  For SMCR and AR Marines, TIG/TIS are computed to the last day of the month prior to the promotion month.

      MCTFS CUTOFF:  is the cutoff date for input of composite score data elements into the MCTFS (this cutoff applies to data elements only, the "NOT REC" for promotion entry must be input into MCTFS NLT the 15th of the month prior to the promotion month).

2-25

2400                    MARCORPROMMAN, VOL 2, ENLPROM

a.  Eligibility requirements for regular promotions to Cpl and Sgt:

| QTR | LCPL DOR | LCPL AFADBD | CPL DOR | CPL AFADBD | TIG/TIS | MCTFS CUTOFF |
|---|---|---|---|---|---|---|
| Jan,Feb,Mar 2001 | 2 Jul 00 | 2 Mar 00 | 2 Mar 00 | 2 Mar 99 | 31 Mar 01 | 20 Nov 00 |
| Apr,May,Jun 2001 | 2 Oct 00 | 2 Jun 00 | 2 Jun 00 | 2 Jun 99 | 30 Jun 01 | 20 Feb 01 |
| Jul,Aug,Sep 2001 | 2 Jan 01 | 2 Sep 00 | 2 Sep 00 | 2 Sep 99 | 30 Sep 01 | 20 May 01 |
| Oct,Nov,Dec 2001 | 2 Apr 01 | 2 Dec 00 | 2 Dec 00 | 2 Dec 99 | 31 Dec 01 | 20 Aug 01 |
| Jan,Feb,Mar 2002 | 2 Jul 01 | 2 Mar 01 | 2 Mar 01 | 2 Mar 00 | 31 Mar 02 | 20 Nov 01 |
| Apr,May,Jun 2002 | 2 Oct 01 | 2 Jun 01 | 2 Jun 01 | 2 Jun 00 | 30 Jun 02 | 20 Feb 02 |
| Jul,Aug,Sep 2002 | 2 Jan 02 | 2 Sep 01 | 2 Sep 01 | 2 Sep 00 | 30 Sep 02 | 20 May 02 |
| Oct,Nov,Dec 2002 | 2 Apr 02 | 2 Dec 01 | 2 Dec 01 | 2 Dec 00 | 31 Dec 02 | 20 Aug 02 |
| Jan,Feb,Mar 2003 | 2 Jul 02 | 2 Mar 02 | 2 Mar 02 | 2 Mar 01 | 31 Mar 03 | 20 Nov 02 |
| Apr,May,Jun 2003 | 2 Oct 02 | 2 Jun 02 | 2 Jun 02 | 2 Jun 01 | 30 Jun 03 | 20 Feb 03 |
| Jul,Aug,Sep 2003 | 2 Jan 03 | 2 Sep 02 | 2 Sep 02 | 2 Sep 01 | 30.Sep 03 | 20 May 03 |
| Oct,Nov,Dec 2003 | 2 Apr 03 | 2 Dec 02 | 2 Dec 02 | 2 Dec 01 | 31 Dec 03 | 20 Aug 03 |
| Jan,Feb,Mar 2004 | 2 Jul 03 | 2 Mar 03 | 2 Mar 03 | 2 Mar 02 | 31 Mar 04 | 20 Nov 03 |
| Apr,May,Jun 2004 | 2 Oct 03 | 2 Jun 03 | 2 Jun 03 | 2 Jun 02 | 30 Jun 04 | 20 Feb 04 |
| Jul,Aug,Sep 2004 | 2 Jan 04 | 2 Sep 03 | 2 Sep 03 | 2 Sep 02 | 30 Sep 04 | 20 May 04 |
| Oct,Nov,Dec 2004 | 2 Apr 04 | 2 Dec 03 | 2 Dec 03 | 2 Dec 02 | 31 Dec 04 | 20 Aug 04 |
| Jan,Feb,Mar 2005 | 2 Jul 04 | 2 Mar 04 | 2 Mar 04 | 2 Mar 03 | 31 Mar 05 | 20 Nov 04 |
| Apr,May,Jun 2005 | 2 Oct 04 | 2 Jun 04 | 2 Jun 04 | 2 Jun 03 | 30 Jun 05 | 20 Feb 05 |
| Jul,Aug,Sep 2005 | 2 Jan 05 | 2 Sep 04 | 2 Sep 04 | 2 Sep 03 | 30 Sep 05 | 20 May 05 |
| Oct,Nov,Dec 2005 | 2 Apr 05 | 2 Dec 04 | 2 Dec 04 | 2 Dec 03 | 31 Dec 05 | 20 Aug 05 |

b.  Eligibility requirements for SMCR and Active Reserve Cpl and Sgt promotions:

| QTR | LCPL DOR | LCPL PEBD/AFADBD | CPL DOR | CPL PEBD/AFADBD | TIG/TIS | MCTFS CUTOFF |
|---|---|---|---|---|---|---|
| Jan 2001 | 2 May 00 | 2 Jan 00 | 2 Jan 00 | 2 Jan 99 | 31 Dec 00 | 20 Nov 00 |
| Apr 2001 | 2 Aug 00 | 2 Apr 00 | 2 Apr 00 | 2 Apr 99 | 31 Mar 01 | 20 Feb 01 |
| Jul 2001 | 2 Nov 00 | 2 Jul 00 | 2 Jul 00 | 2 Jul 99 | 30 Jun 01 | 20 May 01 |
| Oct 2001 | 2 Feb 01 | 2 Oct 00 | 2 Oct 00 | 2 Oct 99 | 30 Sep 01 | 20 Aug 01 |
| Jan 2002 | 2 May 01 | 2 Jan 01 | 2 Jan 01 | 2 Jan 00 | 31 Dec 01 | 20 Nov 01 |
| Apr 2002 | 2 Aug 01 | 2 Apr 01 | 2 Apr 01 | 2 Apr 00 | 31 Mar 02 | 20 Feb 02 |
| Jul 2002 | 2 Nov 01 | 2 Jul 01 | 2 Jul 01 | 2 Jul 00 | 30 Jun 02 | 20 May 02 |
| Oct 2002 | 2 Feb 02 | 2 Oct 01 | 2 Oct 01 | 2 Oct 00 | 30 Sep 02 | 20 Aug 02 |
| Jan 2003 | 2 May 02 | 2 Jan 02 | 2 Jan 02 | 2 Jan 01 | 31 Dec 02 | 20 Nov 02 |
| Apr 2003 | 2 Aug 02 | 2 Apr 02 | 2 Apr 02 | 2 Apr 01 | 31 Mar 03 | 20 Feb 03 |
| Jul 2003 | 2 Nov 02 | 2 Jul 02 | 2 Jul 02 | 2 Jul 01 | 30 Jun 03 | 20 May 03 |
| Oct 2003 | 2 Feb 03 | 2 Oct 02 | 2 Oct 02 | 2 Oct 01 | 30 Sep 03 | 20 Aug 03 |
| Jan 2004 | 2 May 03 | 2 Jan 03 | 2 Jan 03 | 2 Jan 02 | 31 Dec 03 | 20 Nov 03 |
| Apr 2004 | 2 Aug 03 | 2 Apr 03 | 2 Apr 03 | 2 Apr 02 | 31 Mar 04 | 20 Feb 04 |
| Jul 2004 | 2 Nov 03 | 2 Jul 03 | 2 Jul 03 | 2 Jul 02 | 30 Jun 04 | 20 May 04 |
| Oct 2004 | 2 Feb 04 | 2 Oct 03 | 2 Oct 03 | 2 Oct 02 | 30 Sep 04 | 20 Aug 04 |
| Jan 2005 | 2 May 04 | 2 Jan 04 | 2 Jan 04 | 2 Jan 03 | 31 Dec 04 | 20 Nov 04 |
| Apr 2005 | 2 Aug 04 | 2 Apr 04 | 2 Apr 04 | 2 Apr 03 | 31 Mar 05 | 20 Feb 05 |
| Jul 2005 | 2 Nov 03 | 2 Jul 04 | 2 Jul 04 | 2 Jul 03 | 30 Jun 05 | 20 May 05 |
| Oct 2005 | 2 Feb 04 | 2 Oct 04 | 2 Oct 04 | 2 Oct 03 | 30 Sep 05 | 20 Aug 05 |

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 5: COMPOSITE SCORES

2500.  <u>GENERAL</u>.  The CMC will control the number of Marines to be promoted to Sgt and Cpl through the use of the automated composite score system.  The determination of which eligible Marines will be promoted, subject to the composite score stipulation, <u>is the sole responsibility of the commander</u>.  The term "eligible" as it relates to promotion refers to any Marine who meets the required TIG/TIS requirements in paragraph 1202.1.

1.  Composite score elements will be reported by unit diary entry for regular and reserve Marines by the cutoff date shown in the promotion plan in section 4 of this chapter.  Composite score elements will also be reported for all hospitalized Marines (paragraph 1203.4 applies).  A list of all unit diary entries relevant to the automatic computation of CSs is contained in MCO P1080.40.

2.  The unit will be informed via the DFR of the quarterly automated composite score for each eligible Marine assigned to the unit approximately 30 days prior to the promotion month.  If a composite score is not computed because of missing or invalid information, the Marine will receive a "0000" score on the DFR.  The DFR will give the reason why a composite score was not computed.  <u>Composite scores generated by this system are ONLY as accurate as the information resident in the MCTFS</u>.  It is imperative that commands enter accurate and complete information in a timely manner.  Units will report missing/corrected elements on the diary and manually compute the score.  If the manually computed composite score meets the cutting score announced, remedial consideration should be requested.

3.  Once a regular Marine's composite score (CS) is computed, that composite score is applied for each month of the promotion quarter and is reflected on the unit's DFR for three months, unless the Marine is selected and the promotion is effected.  Reserve Marines are promoted the first month of each promotion quarter.  Their composite scores are computed only for the first month of each promotion quarter.

    EXAMPLE 1:  A regular Marine with an MOS of 0411 has a composite score of 1648 computed on 31 May and reflected on the DFR in June, July, August.  Cutting scores are then published for each of the three months of the promotion quarter; July, August, and September.  In July, the cutting score is 1655, the Marine is not selected for promotion.  In August, the cutting score is 1649 and the Marine is not selected for promotion.  In September, the cutting score is 1640 and the Marine will be selected for promotion.

    EXAMPLE 2:  A Reserve Marine with an MOS of 0411 has a composite score of 1652 computed on 31 May and reflected on the DFR in June, July, August.  Cutting scores are then published for the reserve promotion period of July.  In July, the cutting score is 1642, the Marine is selected for promotion.

EXAMPLE 3:  A Reserve Marine with an MOS of 0411 has a
composite score of 1652 computed on 31 May and reflected on the
DFR in June, July, August.  Cutting scores are then published for
the reserve promotion period of July.  In July, the cutting score
is 1660, the Marine is not selected for promotion.  Approximately
31 August, the Marine will have a composite score computed for the
October Reserve promotion quarter.  If the Marine meets the required
cutting score published in the MARADMIN, and is recommended, he or
she will be selected.

4.  Commanding officers will ensure that Marines whose composite
scores are  automatically computed by virtue of satisfying TIG/TIS
eligibility requirements (paragraphs 2201.1 and 2201.2 apply) are
recommended for promotion.  Marines in the grades of LCpl and Cpl
who are eligible for promotion by TIG/TIS, but are not recommended
for promotion, must have their status entered in the MCTFS.  This
will prevent their composite scores from being used in the
determination of cutting scores for their MOS or Occfld.  The "NOT
REC FOR PROM" entry should be reported on the unit diary between the
1st and 15th of the month prior to the month for which the Marine
is not recommended for promotion during that quarter.  In accordance
with the current edition of the IRAM (MCO P1070.12) and concurrent
with the unit diary entry, an appropriate page 11 entry must be made
in the Marine's service record book for each month the Marine is not
recommended for promotion.

5.  If the "NOT REC" unit diary entry is not reported by the 15th,
a "WILL NOT PROMOTE" entry will be reported on the unit diary.  This
entry will erase the "SEL GRADE" entry for the month concerned, but
will not penalize the Marine for the following month.  Again, an
appropriate page 11 entry must be made in the Marine's service
record book in accordance with the current edition of the IRAM
(MCO P1070.12).

6.  If a selected Marine is to be transferred prior to receipt of
the promotion authority and the Marine is not recommended for
promotion, an appropriate entry concerning the Commander's
non-recommendation will be made on the administrative remarks page
of the SRB.

2501.  <u>COMPUTATION (USMC/USMCR)</u>.  The following format is used in
the computation of composite scores for LCpl and Cpls.  It is also
used to manually compute the composite score prior to the submission
of a remedial promotion request for any LCpl or Cpl (USMC or USMCR).

<u>Line No.</u>                                <u>Rating</u>


1.  Rifle Marksmanship Score      =                (Date of qual YYMMDD)
                          <u>SCORE</u>

2.  PFT                           =                (Date of test YYMMDD)
         <u>SCORE</u>

3.  Subtotal  (line 1 + 2)        =

4.  GMP Score (line 3 divided by 2) =                Score

5.  GMP Score (from line 4)        x  100      =

6.  Average Duty Proficiency       x  100      =

7.  Average Conduct               x  100          =

8.  TIG (months)                  x  5            =

9.  TIS (months)          _____  x  2            =
    (computed from AFADBD for USMC and Active Reserve;
    and from PEBD for Drilling Reserve)

10. DI/Recruiter/MSG Bonus        x  1            =

11. Self-Education Bonus: (a maximum of 75 points)

    a.  MCI/Extension School _____ x 1.5         = _____

    b.  College/CLEP/Vocational    x 1.0          =

12. Command Recruiting Bonus         x  20        =
    (a maximum of 100 points may be earned)

13. <u>Composite Score (sum of lines 5 through 12)</u>    = _____

<u>Line 1</u>:  <u>Rifle Marksmanship</u>.  Use the recorded score achieved on
the "KD" or "B-modified" course of fire during the current
qualification period per MCO 3574.2_ regardless of the grade held.
 Failed initial attempts at qualification/requalification will not
be reported unless the commander determines that the failure was the
result of a lack of effort or negligence on the part of the Marine.
 Commanders will ensure that deserving Marines are given the
opportunity to requalify.  If successful at a subsequent remedial
attempt to qualify, enter the score of 190 regardless of the score
actually achieved.  If the individual has not yet fired for
requalification during the current fiscal year prior to the cutoff
date of the specific promotion quarter, use the <u>most recent</u> rifle
qualification score.  Marines who fail to qualify after subsequent
remedial attempts will have an entry of "unqualified" (be assigned
a "0") entered into the MCTFS, which will remain for composite score
purposes until the Marine fires again in the next fiscal year (USMC)
or rifle qualification period (USMCR).  Beginning 1 October 1997, all
active duty and Reserve Marines will have a rifle qualification score
included as part of their composite score computation, whether they
are required to qualify that fiscal year or not.  Marines serving in
billets with rifle requalification waivers will have their most recent
rifle qualification score used in the computation of their composite
scores.

     NOTE:  It is the responsibility of the command to ensure
     that Marines who are recently joined by reason of Permanent
     Change of Station Orders, reenlistees with broken service,
     or who have executed an inter-component transfer (USMCR to
     USMC) are afforded the opportunity to requalify with the
     service rifle as soon as possible, unless a valid rifle
     requalification score can be obtained from either the
     MCTFS record or training record for the previous fiscal
     year or rifle qualification period.  This prevents those
     eligible Marines from receiving "0000" composite scores.

RIFLE CONVERSION TABLE

REQUALIFICATION/
SUSTAINMENT COURSE                                    ENTRY LEVEL COURSE

            EX      40                                          220
            SS      35                                          210
            MM      25                                          190
Conversion for Scores

   65 = 250    52 = 234    39 = 218    26 = 192    13 = 106
   64 = 248    51 = 233    38 = 216    25 = 190    12 =  99
   63 = 247    50 = 232    37 = 214    24 = 183    11 =  92
   62 = 246    49 = 230    36 = 212    23 = 176    10 =  85
   61 = 245    48 = 229    35 = 210    22 = 169     9 =  78
   60 = 244    47 = 228    34 = 208    21 = 162     8 =  71
   59 = 242    46 = 227    33 = 206    20 = 155     7 =  64
   58 = 241    45 = 226    32 = 204    19 = 148     6 =  57
   57 = 240    44 = 224    31 = 202    18 = 141     5 =  50
   56 = 239    43 = 223    30 = 200    17 = 134     4 =  43
   55 = 238    42 = 222    29 = 198    16 = 127     3 =  36
   54 = 236    41 = 221    28 = 196    15 = 120     2 =  29
   53 = 235    40 = 220    27 = 194    14 = 113     1 =  22

CONVERSION TABLE (Rifle Marksmanship Score to Rating)

| Score | Rating |
|-------|--------|
| 240-250 | 5.0 |
| 235-239 | 4.9 |
| 230-234 | 4.8 |
| 225-229 | 4.7 |
| 220-224 | 4.6 |
| 215-219 | 4.4 |
| 210-214 | 4.2 |
| 205-209 | 3.8 |
| 200-204 | 3.6 |
| 195-199 | 3.4 |
| 190-194 | 3.0 |
| 000-189 | 0.0 |

Line 2:  Physical Fitness Test.  Enter the PFT score achieved
during the current testing period.  If the Marine fails the PFT,
assign a "0", which will stand for composite score purposes during
the current promotion quarter.  Remedial PFT scores will not
subsequently replace failing scores in the composite score
calculations.  The first regularly scheduled PFT taken after the
failure will be counted in the composite score calculations,
providing it is prior to the cutoff date for the promotion quarter.
If the individual has not yet been administered the PFT during the
current period, enter the score attained during the preceding
testing period regardless of the grade held.  PFT scores for Marines
with a medical excusal from any or all PFT events will be computed
by adding the most recent scores for each of the three events.  In
the case of a Marine excused from the run, for example, the most recent

score earned on the run before the excusal should be added to the points earned on the partial PFT.  If the previous run time is not available, the minimum score may be assigned.  A case of medical excusal where, through no fault of the Marine concerned, previous scores are not available, should be treated as if the PFT had been waived for the individual.  Convert the score to a PFT rating from the conversion table below and enter the rating under the Rating column.

> NOTE:  It is the responsibility of the command to ensure that Marines who are recently joined by reason of Permanent Change of Station Orders, reenlistees with broken service, or who have executed an inter-component transfer (USMCR to USMC) are administered the PFT as soon as possible, unless a valid PFT score can be obtained from either the MCTFS record or training record for the previous year.  This prevents those eligible Marines from receiving "0000" composite scores.

<u>CONVERSION TABLE (PFT Score to Rating)</u>

COMBINED (17-26)                    COMBINED (27 AND OLDER)

| CLASS | SCORE | RATING |
|-------|-------|--------|
| 1st | 280-300 | 5.0 |
|  | 270-279 | 4.9 |
|  | 260-269 | 4.8 |
|  | 250-259 | 4.7 |
|  | 240-249 | 4.6 |
|  | 225-239 | 4.5 |
| 2nd | 215-224 | 4.4 |
|  | 205-214 | 4.3 |
|  | 195-204 | 4.2 |
|  | 185-194 | 4.1 |
|  | 175-184 | 4.0 |
| 3rd | 170-174 | 3.9 |
|  | 160-169 | 3.8 |
|  | 150-159 | 3.7 |
|  | 140-149 | 3.6 |
|  | 135-139 | 3.5 |
|  | 0-134 | 0 |

| CLASS | SCORE | RATING |
|-------|-------|--------|
| 1st | 280-300 | 5.0 |
|  | 270-279 | 4.9 |
|  | 260-269 | 4.8 |
|  | 250-259 | 4.7 |
|  | 240-249 | 4.6 |
|  | 225-239 | 4.5 |
|  | 215-224 | 4.4 |
|  | 205-214 | 4.3 |
|  | 200-204 | 4.2 |
| 2nd | 195-199 | 4.1 |
|  | 185-194 | 4.0 |
|  | 175-184 | 3.9 |
|  | 170-174 | 3.8 |
|  | 160-169 | 3.7 |
|  | 150-159. | 3.6 |
| 3rd | 140-149 | 3.5 |
|  | 135-139 | 3.4 |
|  | 110-134 | 3.0 |
| Unequal | 0-109 | 0 |

<u>Line 3</u>:  <u>Subtotal</u>.  Add figures entered on lines 1 and 2 under the "Rating" column.  Enter subtotal.

<u>Line 4</u>:  <u>Divide the subtotal on line 3 by 2</u>.  Enter this number in the space provided on line 4.  The result of this division will represent an average rating for those lines considered.  The average will be rounded off to the nearest 10th (4.44 would be 4.4; 4.45 would be 4.5).  Enter the results of the division under the "Rating" column on line 4.

<u>Line 5</u>:  <u>GMP Score</u>.  Enter on line 5 the score shown in the "Rating" column on line 4 and multiply by 100.  Enter result under the "Score" column.

Line 6:  <u>Average Duty Proficiency Marks</u>.  The mark to be used is the
average of all duty proficiency marks assigned since the date of last
promotion, reduction, or reenlistment (after a complete break in
service of 24 hours or more), whichever is most recent and prior to
the cutoff date designated in either paragraph 2201.3 or 2202.4.  In
the absence of such marks, an anticipated or projected duty proficiency
mark will be assigned by the commander for use in the composite score.
A duty proficiency mark assigned solely for use in the composite score
will be made per the standards for duty proficiency marking contained
in MCO P1070.12 and will be determined through interview, observation,
proficiency marks received in lower grades, or any combination of these
methods.  Marks assigned to hospitalized Marines will be determined in
recognition of the limitations imposed by the Marine's medical condition.
Proficiency marks received by Marines in the Marine Corps Reserve will
be included when determining the average proficiency marking.  The
average of duty proficiency marks will be rounded off to the nearest
10th (4.44 would be 4.4; 4.45 would be 4.5).  Multiply the average
marks by 100 and enter the result on line 6 under the "Score" column.

Line 7:  <u>Average Conduct Marks</u>.  The mark to be used is the average of
all duty conduct marks assigned since the date of last promotion,
reduction, or reenlistment (after a complete break in service of
24 hours or more), whichever is most recent and prior to the cutoff
date designated in either paragraph 2201.3 or 2202.4.  In the absence
of such marks, an anticipated or projected duty conduct mark will be
assigned by the commander for use in the composite score.  A duty
conduct mark assigned solely for use in the composite score will be
made per the standards for duty conduct marking contained in
MCO P1070.12 and will be determined through interview, observation,
conduct marks received in lower grades, or any combination of these
methods.  Marks assigned to hospitalized Marines will be determined
in recognition of the limitations imposed by the Marine's medical
condition.  Conduct marks received by Marines in the Marine Corps
Reserve will be included when determining the average conduct
marking.  The average of duty conduct marks will be rounded off to
the nearest 10th (4.44 would be 4.4 or 4.45 would be 4.5).  Multiply
the average marks by 100 and enter the result on line 6 under the
"Score" column.

Line 8:  <u>Time in Grade</u>.  The computation of the total months in grade
includes the number of months in the present grade on the current
enlistment to the designated cutoff date and the TIG in the current
or higher grade from a previous enlistment (USMC or USMCR [SMCR or
IRR]), if the service was satisfactorily performed.  To receive credit
for TIG in the IRR from a previous enlistment, Marines must have earned
a minimum of 27 points during their anniversary year.  <u>TIG from prior
service in another branch of the Armed Forces will not be included</u>.
TIG from which a punitive (chapter 7 applies) or an incompetency
reduction (chapter 6 applies) or unsatisfactory participation or
performance reduction (USMCR) has been effected, is not satisfactory
service in that grade and <u>will not</u> be included.  Marines who are
punitively reduced (chapter 7 applies) to the grades of LCpl or Cpl
should serve 8 or 12 months, inclusively, from the date of reduction
before becoming eligible for promotion to the grades of Cpl and Sgt
again.  Marines must also serve the required months as indicated in
paragraph 1204.  In the computation of time in grade and time in
service only, a fraction of a month of 16 days or more will be
counted as 1 month; less than 16 days will be disregarded.

EXAMPLE 1:  A Marine had prior service in the USMC; reenlisted in USMC on 14 July 1997 as a LCpl with date of rank as date of reenlistment (PSEP), paragraph 2303 applies.  Promotion to Cpl will be the 1st of the month following the 6th month of active duty, 1 February 1998.  SNM will be eligible to count his prior service time as a Cpl beginning with the January, February, and March 1999 promotion quarter (the first prom qtr the TIG/TIS requirements are met from his new Cpl DOR).  From the previous enlistment, SNM was discharged on 18 February 1996 as a Cpl with a date of rank of 1 March 1995.  To calculate the total months in grade in this case use the following procedures:

|              CURRENT TIG              |         PREVIOUS ENLM TIG          |
| ------------------------------------- | ---------------------------------- |
| 99-03-31 (TIG/TIS cutoff date)        | 96-02-18 (date of disch)           |
| 98-02-01 (new Cpl DOR)                | 95-03-01 (previous Cpl DOR         |
| 01-01-30 = 14 months current TIG      | 00-11-17 = 12 months TIG           |
|         +1   (for inclusive date)     |         +1   (for inclusive        |
|                                       |                   date)            |
| 01-01-31                              | 00-11-18                           |

A total of 26 TIG months would be entered on line 8 to be multiplied by 5, resulting in 130 entered in the "Score" column.

EXAMPLE 2:  A Marine has prior service in the USMC; discharged on 18 July 1996 in the grade of Cpl with a date of rank of 2 June 1995; reenlisted in USMC on 2 March 1997 and reappointed to Cpl with a date of rank of 17 January 1996.  SNM is eligible for promotion consideration to Sgt for the April, May, and June 1997 promotion quarter.  To calculate the total months in grade in this case, use the following procedures:

|              CURRENT TIG              |         PREVIOUS ENLM TIG          |
| ------------------------------------- | ---------------------------------- |
| 97-06-30 (TIG/TIS cutoff date)        | 96-07-18 (date of                  |
|                                       |            discharge)              |
| 97-03-02 (date of reenlistment)       | 95-06-02 (orig DOR)                |
| 03 28 = 4 months TIG cur enlm         | 01-01-16 = 14 months               |
|                                       |            TIG fr                  |
|    +1 (for inclusive date)            |            previous enlm           |
| 03 29                                 |       +1 (for inclusive            |
|                                       |              date)                 |
|                                       | 01-01-17                           |

A total of 18 months TIG would be entered on line 8 to be multiplied by 5, resulting in 90 entered in the "Score" column.

Line 9:  Time in Service.  The number to be used is the total months in service (U.S. Armed Forces (active and Reserve)) accrued from the AFADBD for members of the USMC and Active Reserve, from the PEBD for members of the USMCR (Drilling Reserve) to the designated cutoff date for the specific promotion quarter.  Enter the total months in service and multiply by 2, then enter the result on line 9 under the "Score" column.

Line 10:  DI/Recruiter/MSG Bonus.  Bonus points will be awarded and added to the composite score of LCpls and Cpls who are in one of the following categories and will remain in effect for the periods indicated, provided the Marine completes the assignment in a satisfactory manner.  On the occasion of the award, an entry will be made on the administrative remarks page of the SRB.  Once bonus points are used in a composite score and the Marine is

promoted, those points may not be applied for subsequent consideration for promotion.

a.  Commanding Generals, Marine Corps Recruit Depots, Parris Island and San Diego, and Marine Corps Combat Development Command, are authorized to add 100 points to the composite score of those drill instructors (DI) in the grade of Cpl who have graduated DI School and are performing satisfactorily on that duty.  The 100-point award will remain valid after successful completion of a tour of duty as a DI, and for 1 year from the date of transfer, subject to continued satisfactory performance.

b.  Commanders are authorized to add 100 points to the composite score of those Cpls who have graduated recruiter school and are assigned as recruiters.  The 100-point award will remain valid after successful completion of a tour of duty as a recruiter, and for 1 year from the date of transfer, subject to continued satisfactory performance.  Per the current edition of MCO 1130.62_, SMCR Marines serving as recruiter aides are not eligible to receive the 100 recruiter bonus points.

c.  The Commanding Officer, Marine Security Guard Battalion, is authorized to add 100 points to the composite score of Marine security guards (MSG) in the grades of LCpl and Cpl who have successfully completed MSG school and who are performing satisfactorily on that duty.

d.  MSG Marines whose composite score exceeds his or her MOSs cutting scores for their MOS by 100 or more points at the time of promotion to corporal can send a request to the Commanding Officer, Marine Security Guard Battalion, to have the 100 bonus points continued.  The bonus points will then be used towards promotion to sergeant.  The responsibility for ensuring such action is taken rests with the individual Marine.  The combined effective period for the special duty bonus points will not exceed 1 year after transfer from the special duty assignment.

e.  The 100-point bonus will be revoked in the case of Marines who fail to perform duty successfully or complete their assigned tour of duty.  An appropriate entry of such revocation will be made on the administrative remarks page of the SRB.

f.  Cpls assigned by billet as recruiters are not eligible for the Command Recruiting Program or its incentives.

Line 11:  Self-Education Bonus Points.  Bonus points will be awarded to Marines who have completed courses substantiated by appropriate documentation of completion (i.e., certificate.)  Only bonus points completed since promotion, reduction, or reappointment upon reenlistment to the current grade will be utilized.  The exception will be for those Marines who are returned to active duty from the temporary disability retired list.  Their bonus points will be used, since they will continue the service for which they were previously contracted.  Completion of a formal resident school (e.g., NCO leadership or MOS qualifying school) does not count for points toward the composite score because these schools are not completed through self-education efforts.  Determine the number of bonus points for each course completed and enter the total on line 11a and/or 11b (a maximum of 75 points may be awarded between MCI and college courses combined).  A course may only be used one time, regardless of how many times the Marine has actually taken

it.  Multiply the number on each line by either 1.5 and/or 1.0 and enter the results under the "Score" column.

Following is a list of approved courses with the assigned bonus points for each:

| Course | Bonus Points |
|---|---|
| MCI Course or other military service correspondence course (to include subcourses) | 1.5 |
| CLEP Test (Each Portion) | 1.0 |
| College Course (Semester or Quarter) | 1.0 |
| Vocational School Course (Semester) | 1.0 |

Notes:

1.  No points will be awarded for high school-related courses or for courses taken <u>prior to promotion, reduction or reappointment to the current grade.</u>

2.  For command-directed enrollment in the Marine NCO or Personal Finance MCI course, the commander will credit Marines with 1.5 bonus points for successful completion of such courses.

3.  U.S. Navy Ratings Courses are equivalent to completion of MCI correspondence courses.  The commander will credit Marines with 1.5 bonus points for successful completion of such courses.  The grade sheet will be used as documentation of completion.

4.  For Marines who have been disenrolled from the Naval Reserve Officers Training Corps (NROTC) program, MCI courses completed while in the NROTC program will not be applied to the computation of the composite score.  These Marines have returned to an enlisted status, and only courses completed in the current grade prior to enrollment and subsequent to disenrollment will be counted.

5.  Where MCI has a program which is comprised of two or more courses, points will be awarded for each course completion for LCpls and Cpls only.  Each course completion must be annotated on the  education page of the service record book.

6.  Enlisted Marines who participate in the BOOST program are considered for promotion under the composite score system; however, courses completed while enrolled in this program are not considered as self-education and bonus points are not applicable.

7.  No points will be awarded for PADI certification or any other type of SCUBA course of instruction.

8.  No points will be awarded for the Navy Alcohol and Drug Safety Action Program (NADSAP), regardless if attendance was not mandatory.

9.  Contact the CMC (MMPR-2) concerning other type correspondence courses.

<u>Line 12</u>:  <u>Command Recruiting Bonus Points</u>.  Enter the bonus points
awarded for participation in the Command Recruiting Program.  For
each individual referred while in the current grade, enter 20 points.
Bonus points are to be awarded when the individual referred enlists
(This can be in the DEP or SMCR awaiting IADT, or directly into the
USMC or USMCR.).  A <u>maximum</u> of 100 bonus points may be awarded.

<u>Line 13</u>:  <u>Composite Score</u>.  Add the value under the "Score" column
for lines 5 through 12.  The total is the Marine's composite score.

EXAMPLE OF A COMPLETED COMPOSITE SCORE WORKSHEET
FOR A LANCE CORPORAL IN THE USMC

The manual computation is for the January, February, and March 1998
promotion quarter.  The Marine is a 19 year old LCpl in MOS 3051 who
has S57 rifle score; a PFT score of 260; average PRO/CON Marks -
4.7/4.8, respectively; DOR is 970701; AFADBD is 960518; 100 Command
Recruiting bonus points; 3 MCI courses and 3 college courses
completed.   Per ALMAR 348/97, the following information applies:
DOR for LCpls is 2 July 1997 (TIG is computed to the end of the
promotion quarter.  A Marine who meets the TIG requirement at any
time during the promotion quarter is eligible for that quarter.),
AFADBD for LCpls is 2 March 1997, TIG/TIS cutoff for LCpl is
31 March 1998, MCTFS Data Elements cutoff is 15 November 1997.

<u>Line No</u>.                        <u>Rating</u>

1.  Rifle Marksmanship   S57        = 5.0      970825 (YYMMDD of qual)
                         Score

2.  PFT   260                       = 4.8_     970718 (YYMMDD of test)
          Score

3.  Subtotal (Line 1 + 2)           = 9.8

4.  GMP Score (line 3 divided by  2 )  = 4.9           Score

5.  GMP Score (from line 4)      4.9 x  100        =  490

6.  Average Duty Proficiency     4.7 x  100        =  470

7.  Average Conduct              4.8 x  100        =  480

8.  TIG (months)                  9  x   5         =   45

9.  TIS (months)                 22  x   2         =   44
    (computed from AFADBD for USMC)

10.  DI/Recruiter/MSG Bonus           x   1        =     (YYMMDD
                                                       Compl Date)

11.  Self-Education Bonus (maximum of 75 points between MCI & College):

     a.  MCI/Extension School     3  x  1.5        =  4.5 (YYMMDD
                                                         Compl Date)

    b.  College/CLEP/Vocational   3  x 1.0      =  3.0 (YYMMDD
                                                        Compl Date)

12.  Command Recruiting Bonus     100          = 100  (YYMMDD
                                                        Compl Date)

(maximum of 100 points, 20 points per recruit, with a completion date
of the date the recruit enlists)

13.  Composite Score (sum of lines 5 through 12)          1704

                EXAMPLE OF A COMPLETED COMPOSITE SCORE WORKSHEET
                      FOR A CORPORAL IN THE USMCR

The manual computation is for the April 1998 reserve promotion quarter.
The Marine is a 21 year old Cpl in MOS 3051 who has S43 rifle score;
a PFT score of 260; average PRO/CON Marks - 4.7/4.8, respectively; DOR
is 970101; PEBD is 960518; 100 Command Recruiting bonus points; 3 MCI
courses and 3 college courses completed.   Per ALMAR 053/98, the
following information applies:  DOR for Cpls is 2 April 1997, PEBD
(Drilling Reserve SMCR on active duty) and AFADBD (Active Reserve
Marines only) for Cpls is 2 April 1996, TIG/TIS cutoff is
31 March 1998, MCTFS Data Elements Cutoff is 15 February 1998.

Line No.                          Rating

1.  Rifle Marksmanship  S43   = 4.6          970825 (YYMMDD of qual)
                        Score

2.  PFT   260                 = 4.8_         971027 (YYMMDD of test)
        Score

3.  Subtotal (Line 1 + 2)     = 9.4

4.  GMP Score (line 3 divided by  2 ) =  4.7

5.  GMP Score (from line 4)    4.7 x  100          =  470

6.  Average Duty Proficiency   4.7 x  100          =  470

7.  Average Conduct            4.8 x  100          =  480

8.  TIG (months)               15 x  5            =   75

9.  TIS (months)               22 x  2            =   44
     (computed from PEBD for SMCR, AFADBD for Active Reserve)

10.  DI/Recruiter/MSG Bonus        x  1          =      (YYMMDD
                                                        Compl Date)

11.  Self-Education Bonus (maximum of 75 points between MCI & College):

     a.  MCI/Extension School   3  x 1.5      =  4.5 (YYMMDD
                                                        Compl Date)

     b.  College/CLEP/Vocational  3  x 1.0    =  3.0 (YYMMDD
                                                        Compl Date)

12.  Command Recruiting Bonus     100                    =  100   (YYMMDD
                                                                  Compl Date)
(maximum of 100 points, 20 points per recruit, with a completion date
of the date the recruit enlists)

13.  Composite Score (sum of lines 5 through 12)          1714

CHAPTER 2

ENLISTED PROMOTIONS TO PRIVATE FIRST CLASS THROUGH SERGEANT

SECTION 6:  REMEDIAL CONSIDERATION FOR PROMOTION


2600.  <u>GENERAL</u>.  Remedial consideration is afforded to the grades of
PFC through Sgt for administrative errors which delayed or prevented
a Marine from being promoted.  All requests for remedial
consideration will be submitted by the command, to the CMC (MMPR-2)
for approval (except as noted in paragraph 2604.5).  No request for
remedial promotion should be submitted directly to the Board for
Correction of Naval Records (BCNR).  Due diligence requires that
requests for remedial consideration must be submitted within 1 year
from the date of error or injustice.  The CMC (MMPR-2) may, in the
interest of fairness and under unusual circumstances, grant remedial
consideration for requests which fall outside the 1 year limit.
Requests submitted by a Marine directly to the CMC (MMPR-2) will
be returned without action.  The Marine Corps is authorized, within
13 months of the date the promotion should have been effected, to
backdate the date of rank and effective date for pay and allowances
due the Marine.  Remedial requests approved by the CMC (MMPR-2) later
than 13 months after the date the promotion should have been effected
will require the Marine to subsequently petition the BCNR for pay and
allowances.  Upon approval of such requests by the CMC (MMPR-2),
administrative instructions will be issued for the correct procedure
to petition the BCNR.

2601.  <u>PFC (USMC/USMCR)</u>

1.  Commanders of Pvts who meet the TIG requirement, but did not
receive a select grade in the MCTFS for the appropriate month, may
input the promotion on the unit diary without reference to the CMC
(MMPR-2).  Pvts who are in a promotion restriction status, per
paragraph 1204, <u>will not be promoted</u>.  If the Pvt was punitively
reduced (chapter 7 applies), ensure the appropriate TIG has been
served per paragraph 2101.1a(4)(USMC) or paragraph 2102.1b(4) (USMCR).
The date of rank and effective date will be the 1st of the month,
unless the Marine received a meritorious promotion.  If the
promotion entry does not post to the MCTFS, a message requesting
promotion to PFC for the appropriate month may be sent to the CMC
(MMPR-2).

2.  Commanders of PFCs who have been promoted late with an erroneous
date of rank and effective date will submit a request for remedial
promotion to the CMC (MMPR-2).  The request may be submitted by letter
or message and will contain the incorrect date of rank the Marine was
given and what the correct date of rank should be.  No written
response will be provided.  The date of rank correction will post
to the command's DFR with the following instructions:

    a.  For date of rank corrections less than 13 months old, an
advisory contained with the diary entry will instruct the command
to "submit a NAVMC 11116 to DISBO for pay adjustment."

    b.  For date of rank corrections older than 13 months, an
advisory contained with the diary entry will instruct the command
to "submit a CTC

[certified true copy] this advisory w/compl DDFORM 149 to the BCNR for backpay."

3. If any BCNR action is required based on the above actions, the command will be notified by the CMC (MMPR-2). No request should be submitted directly to the BCNR by the Marine or the Marine's command. Any request submitted directly to the BCNR will be returned with instructions for the command to submit a request to the CMC (MMPR-2).

2602. LCPL (USMC/USMCR)

1. Commanders of PFCs who meet the TIG/TIS requirement, but did not receive a select grade in the MCTFS for the appropriate month, may input the promotion on the unit diary without reference to the CMC (MMPR-2). LCpls who are in a promotion restriction status, per paragraph 1204, will not be promoted. If the PFC was punitively reduced (chapter 7 applies) ensure the appropriate TIG has been served per paragraph 2101.2a(4)(USMC) or paragraph 2102.2a(4)(USMCR). The date of rank and effective date will be the 1st of the month, unless the Marine received a meritorious promotion. If the promotion entry does not post to the MCTFS, then a message requesting promotion to LCpl for the appropriate month may be sent to the CMC (MMPR-2).

2. Commanders of LCpls who have been promoted late with an erroneous date of rank and effective date will submit a request for remedial promotion to the CMC (MMPR-2). The request may be submitted by letter or message and will contain the incorrect date of rank the Marine was given and what the correct date of rank should be. No written response will be provided. The date of rank correction will post to the command's DFR with the following instructions:

    a. For date of rank corrections less than 13 months old, an advisory contained with the diary entry will instruct the command to "submit a NAVMC 11116 to DISBO for pay adjustment."

    b. For date of rank corrections older than 13 months, an advisory contained with the diary entry will instruct the command to "submit a CTC [certified true copy] this advisory w/compl DDFORM 149 to the BCNR for backpay."

3. Commanders of LCpls who have been promoted late with an erroneous date of rank and effective date to the grade of PFC and LCpl will submit a request for remedial promotion to the CMC (MMPR-2). The request may be submitted by letter or message and will contain the incorrect date of rank the Marine was given and what the correct date of rank should be for both grades. Since the CMC (MMPR-2) does not have authority to correct a Marine's date of rank in the MCTFS for a previous grade, a letter will be sent to the Marine's command. The letter will give authority to correct the Marine's SRB and will contain instructions for submission of the DD Form 149 to the BCNR for backpay in the grade of PFC. The LCpl date of rank will be corrected in the MCTFS and the date of rank correction will post to the command's DFR with the following instructions:

    a. For date of rank corrections less than 13 months old, an advisory contained with the diary entry will instruct the command to "submit a NAVMC 11116 to DISBO for pay adjustment."

     b.  For date of rank corrections older than 13 months, an
advisory contained with the diary entry will instruct the command
to "submit a CTC [certified true copy] this advisory w/compl DDFORM
149 to the BCNR for backpay."

4.  If any BCNR action is required based on any of the above actions,
the command will be notified by the CMC (MMPR-2).  No request should
be submitted directly to the BCNR by the Marine or the Marine's
command.  Any request submitted directly to the BCNR will be returned
with instructions for the command to submit a request to the CMC
(MMPR-2).

2603.  CPL AND SGT (USMC/USMCR)

1.  When a command fails to report all essential data elements in
the MCTFS prior to the cutoff date, an incorrect composite score
or a "0000" composite score will be computed.  The command must
then determine which element(s) were not input or input late and
not reflected in the Marine's composite score.  Once the appropriate
data elements have posted to the MCTFS with the correct effective
date, the command may request remedial promotion.

     a.  Two Type Transaction Codes (TTC) have been created that
will be used to request a recomputation of a composite score and
remedial consideration for promotion to Corporal and Sergeant via
the unit diary.  If a Marine's composite score for the current
promotion quarter is incorrect due to the late entry of a data
element (i.e., rifle, MCI), once the missing data element has
posted to the MCTFS with the correct effective date, the unit may
request a recomputation of the composite score.  Once the
recomputation has posted to the MCTFS, the unit may request
remedial consideration for promotion if the recomputed composite
score exceeds the required cutting score for the current month.
See software release notice 2-99 and/or the current changes to
MCO P1080.40_ for detailed instructions.

     (1) TTC 287-002.  This transaction may only be used to
recompute data for the current promotion quarter and will calculate
data elements that were entered late and not included in the
Marine's composite score (a rifle score, PFT score, special duty
points, recruiting bonus points, off duty education bonus points,
including MCI and college).  Once composite scores for the next
promotion quarter have posted to the MCTFS, this TTC may only be
used to recompute composite scores for that promotion quarter.

     (2) TTC 287-003.  This transaction will allow a unit to
request a remedial consideration for promotion for the current
promotion month only and will generate a select grade if the
Marine's recomputed composite score exceeds the cutting score
for the current promotion month.

     b.  If the manual computation of the Marine's composite score
meets the required cutting score for a promotion quarter other
than the current quarter, a request must be submitted to the CMC
(MMPR-2).  Requests for remedial promotion due to incorrect PMOS,
IMOS, erroneous "NOT REC" or "WILL NOT PROMOTE" entries may be
submitted without the composite score worksheet, provided the
Marine's composite score in the MCTFS is correct.  All other
remedial requests must be submitted in the appropriate format
contained at the end of this section.  No written response
will be provided.  If approved, the CMC (MMPR-2) will input the
promotion on the unit diary with a date of rank and effective
date of the 1st day of the month for which the Marine was

qualified.  The promotion will be reflected on the unit's DFR, at which time the command will prepare the certificate and promote the Marine.

c.  Commanders of Cpls and Sgts who have been promoted late with an erroneous date of rank and effective date will submit a request for remedial promotion to the CMC (MMPR-2).  The same procedures as stated in the above paragraph will apply.  No written response will be provided unless the date of rank correction is in a previous grade.  The date of rank correction will post to the command's DFR with the following instructions:

(1) For date of rank corrections less than 13 months old, an advisory contained with the diary entry will instruct the command to "submit a NAVMC 1116 to DISBO for pay adjustment."

(2) For date of rank corrections older than 13 months, an advisory contained with the diary entry will instruct the command to "submit a CTC [certified true copy] this advisory w/compl DDFORM 149 to the BCNR for backpay."

d.  Only Commanders of SMCR or Active Reserve Marines may submit remedial promotion requests to the CMC (MMPR-2).  ALL remedial promotion requests for IRR Marines and IRR Marines on active duty must be submitted to the CG, MCRSC.


2604.  PROCESSING OF REMEDIAL PROMOTION REQUESTS

1.  <u>General</u>.  Each remedial promotion request is logged in a data base and is worked in the order it is received.  Much time is spent on the phone, calling commands due to errors or missing information on their requests and/or answering calls checking on the status of a request.  Commands can help reduce the processing time of remedial promotion requests by reducing the number of phone calls made to the CMC (MMPR-2) and by auditing requests prior to their submission. Commands with internet access may check the status of their remedial promotion requests by logging on the Enlisted Promotion Section web page and entering the unit RUC and MCC.  This will bring up all the remedial promotion requests that have been received from that RUC and MCC.  There are 2 categories:  received and completed.  Completed will have a unit diary number and a date, but commands must check whether the diary is an approval or disapproval history statement.

2.  A large number of remedial promotion requests are submitted with incomplete and/or incorrect information.  This causes delay in the processing of the Marine's promotion.  Commands must ensure that missing data elements are posted to the MCTFS with the correct effective date, prior to submission of a remedial promotion request. Each remedial promotion request should be audited for the following most common errors:

a.  Incorrect social security number.

b.  Lack of completion dates (YYMMDD) for all data elements and unit diary input dates for correction of erroneous or missing data elements.

c.  Missing data elements not posted to the MCTFS (prior to submission of the request, all data elements should be posted to the MCTFS with the correct effective date).

    d.  Inconsistent promotion months listed throughout the request (e.g.,  subject line has February 1999; line A has March 1999).

    e.  Incorrect addition.

    f.  Using incorrect data elements and/or data elements completed after the cutoff date.

    g.  Incorrect computation of TIG/TIS (ensure the appropriate cutoff date as published in the MARADMIN and/or listed in section 4 of this chapter is used).

3.  If a remedial promotion request is disapproved or more information is needed to process the request, an advisory notice will be run on the unit diary and posted to the unit's DFR.  This advisory notice will explain the reason for the disapproval and/or will identify the information needed to process the request.  The missing information may be faxed to the CMC (MMPR-2) at DSN 278-9882 or commercial (703) 784-9882.

4.  By submission of a request for remedial consideration for promotion, the commander attests to the qualifications of the Marine for the period for which the request is made.  Poor performance, disciplinary action, or entry into a promotion restriction status subsequent to the date the Marine meets the cutting score can be cited as a basis for not promoting the Marine.  A command is not required to submit a request for remedial consideration under those circumstances or can request cancellation of a previously submitted (and approved) request if the promotion has not yet been effected (ceremony held, warrant delivered).

5.  Requests for remedial consideration for promotion under the special incentive programs contained in the current edition of MCO 1130.53N should be addressed to the CG, Marine Corps Recruiting Command, 3280 Russell Road, Quantico, VA  22134-5103. If approved by the CG MCRC, the request will be forwarded to the CMC (MMPR-2) for action.

REMEDIAL REQUESTS FOR USMC AND USMCR LCPLS AND CPLS

      FROM:

       TO:  CMC WASHINGTON DC//MMPR-2//

       INFO:  (APPROPRIATE CHAIN OF COMMAND)

MSGID/GENADMIN/     //

SUBJ/REQUEST FOR REMEDIAL CONSIDERATION FOR PROMOTION TO CPL OR SGT
FOR THE/JANUARY 1999 PROMOTION PERIOD//

REF/A/GENADMIN/CMC WASH DC/260234ZSEP9_//

AMPN/THE REF ANNOUNCED CUTTING SCORES FOR THE JANUARY 1999 PROMOTION
PERIOD//

RMKS/1.  REQUEST REMEDIAL CONSIDERATION BE APPROVED FOR THE LISTED
MARINE WHO IS ELIGIBLE AND RECOMMENDED FOR PROMOTION BY THE
COMMANDING OFFICER.
LINE A.  PROMOTION PERIOD/PRESENT GRADE

LINE B.  LAST NAME, INITIALS; SSN/PMOS OR IMOS

LINE C.  DOR; AFADBD

LINE D.  COMPOSITE SCORE RECEIVED ON DIARY FEEDBACK REPORT (FOR PROMOTION
        PERIOD REQUESTED IN LINE A)

LINE E.  MANUALLY COMPUTED COMPOSITE SCORE

LINE F.  DETAILED REASON FOR SUBMISSION OF REMEDIAL REQUEST

LINE G.  TOTAL EDUCATION BONUS POINTS

LINE H.  SUMMARY OF EDUCATION COURSES TAKEN IN FOLLOWING FORMAT:
        COURSE; DATE COMPLETED; DATE ORIGINALLY ENTERED IN THE MCTFS

LINE I.  COMPLETED MANUAL WORKSHEET

LINE NO.                                    RATING

1 RIFLE MARKSMANSHIP  _____      =  _____      _____
                            SCORE       DATE OF QUAL YYMMDD

2 PFT _____                      =  _____      _____
                            SCORE       DATE OF TEST YYMMDD

3 SUBTOTAL (LINE 1 + 2)            =  _____

4 GMP SCORE (LINE 3 DIVIDED BY 2)    =  _____

5 GMP SCORE (FROM LINE 4)                  x  100 =

6 AVERAGE DUTY PROFICIENCY                 x  100 =   _

7 AVERAGE CONDUCT                          x  100 = _____

```
8  TIG (MONTHS)                              x  5   =   _

9  TIS (MONTHS)                    _____  x  2   = _____
   (COMPUTE FROM AFADBD FOR USMC & AR, PEBD FOR SMCR)

10  DI/RECRUITER/MSG BONUS (COMPL. DATE)   _____  x  1   = _____

11  SELF-EDUCATION BONUS (MAY NOT EXCEED 75 PTS)

    A.  MCI/EXTENSION SCHOOL _____ x 1.5        = _____

    B.  COLLEGE/CLEP/VOCATIONAL _____ x 1.0     =   _

12  COMMAND RECRUITING BONUS      x 1            = _____

13  COMPOSITE SCORE (SUM OF LINES 5 THROUGH 12)  = _____
```

LINE J.  REMARKS

LINE K.  POC AND UNIT DSN AND COMMERCIAL PHONE NUMBER

NOTES:  1.  LINE H must include all courses completed in the current
        Grade and applied to the computation in LINE I.

        2.  LINE I must be completed for amplification of LINE F.

        3.  When the reason for remedial action is based on the
        absence of or erroneous training data, LINE J must identify:
        the erroneous data contained in the MCTFS, the missing data,
        completion date(s), date(s) entered in the MCTFS with the unit
        diary number.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 1:  SELECTION BOARDS

|  | PARAGRAPH | PAGE |
|---|---|---|
| GENERAL . . . . . . . . . . . . . . . . . | 3100 | 3-3 |
| COMPOSITION OF SELECTION BOARDS . . . . . . | 3101 | 3-4 |
| CORRESPONDENCE TO SELECTION BOARDS . . . . | 3102 | 3-4 |
| PREPARATION FOR SELECTION BOARDS    . . . . | 3103 | 3-5 |
| PROCEDURES  . . . . . . . . . . . . . . . . | 3104 | 3-9 |
| SELECTIONS  . . . . . . . . . . . . . . . . | 3105 | 3-10 |
| APPROVAL OF SELECTION BOARD PROCEEDINGS . . | 3106 | 3-10 |
| COMMAND SCREENING OF SELECTED MARINES' RECORDS  . | 3107 | 3-11 |

SECTION 2:  ELIGIBILITY REQUIREMENTS

| GENERAL . . . . . . . . . . . . . . . . . . . | 3200 | 3-13 |
|---|---|---|
| PRIOR SERVICE IN THE SAME OR HIGHER GRADE . . | 3201 | 3-16 |
| REQUESTS FOR TRANSFER TO THE FMCR OR RETIRED RESERVE | 3202 | 3-17 |
| MEMBERS OF THE MARINE BAND  . . . . . . . . . | 3203 | 3-17 |

SECTION 3:  PROFESSIONAL MILITARY EDUCATION

| GENERAL . . . . . . . . . . . . . . . . . . | 3300 | 3-18 |
|---|---|---|

SECTION 4:  ACCELERATED PROMOTIONS

| GENERAL . . . . . . . . . . . . . . . . . . | 3400 | 3-20 |
|---|---|---|

SECTION 5:  NONCOMPETITIVE CONSIDERATION

| GENERAL . . . . . . . . . . . . . . . . . . | 3500 | 3-21 |
|---|---|---|
| PROMOTION OF MARINES IN A MISSING IN ACTION (MIA) OR PRISONER OF WAR (POW) STATUS . . . . . . | 3501 | 3-21 |
| WARRANT OFFICER SELECTS . . . . . . . . . . | 3502 | 3-22 |
| MARINE ENLISTED COMMISSIONING EDUCATION PROGRAM (MECEP) . . . . . . . . . . . . . . . . . | 3503 | 3-22 |

SECTION 6:  REMEDIAL CONSIDERATION FOR PROMOTION

                                                   <u>PARAGRAPH</u>     PAGE

GENERAL . . . . . . . . . . . . . . . . . . .   3600        3-23

ENLISTED REMEDIAL SELECTION BOARD . . . . . . . . . .3601    3-23

ELIGIBILITY . . . . . . . . . . . . . . . . . . .3602        3-23

GUIDANCE  . . . . . . . . . . . . . . . . . . .3603         3-26

PROCEDURES  . . . . . . . . . . . . . . . . . .3604         3-26

FIGURES

3-1    SAMPLE LETTER FROM AN ELIGIBLE MARINE
       REQUESTING NOT TO BE SELECTED FOR PROMOTION  .      3-8

3-2    SAMPLE LETTER OF INTENT TO ACCEPT ASSIGNMENT
       AS A FIRST SERGEANT  . . . . . . . . . . . . .      3-28

3-3    REGULAR AND RESERVE COMPONENT SNCO PRIOR
       SERVICE INFORMATION SHEET  . . . . . . . . . .      3-29

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 1:  SELECTION BOARDS

3100.  <u>GENERAL</u>

1.  The CMC will convene selection boards each calendar year to
examine the qualifications of Marines in the grades of Sgt, SSgt,
GySgt, MSgt and 1stSgt for the purpose of recommending those "best
and fully qualified" for promotion to the next higher grade.  The
eligible Marine's entire military career is viewed and a
determination of the "best and fully qualified" is based on
the "whole Marine" concept.  In the course of their evaluations,
selection boards consider demonstrated performance/achievement,
leadership, professional and technical knowledge, experience (type
and level), growth potential, motivation, military proficiency,
physical fitness, personal appearance, conduct, moral character,
and maturity.

2.  Records that provide a substantially accurate, complete and
fair portrayal of the Marine's career are especially important when
the Marine is being considered for selection to the next higher grade.
With this in mind, the Marine must bear the individual responsibility
for ensuring the accuracy of his or her Official Military Personnel
File (OMPF) and the data contained in the MCTFS regarding service
history.  The Marine must actively pursue, and bring to the attention
of the command, any discrepancies noted for corrective action prior to
the convening of a regularly scheduled selection board before which
the Marine is eligible for consideration.  The command bears the
responsibility for assisting the Marine in obtaining, reviewing
and correcting discrepancies in the Marine's OMPF and/or the data
contained in the MCTFS.

3.  General Procedures.  Selection boards will be provided with the
number of allocations for each intended MOS for active duty Marines
and Marines in the Active Reserve (AR) Program and in each OccFld for
all other reserve component Marines.  The selection board will also
be provided with the records of Marines eligible to compete within
each zone.

    a.  MARADMINs will be published prior to each selection board
per the guidance listed in paragraph 3103.1.

    b.  The Official Military Personnel File (OMPF) maintained at
Headquarters, U.S. Marine Corps, is the primary record used by the
selection board.  The OMPF includes closed-out service record books
and/or a duplication of SRB pages from prior enlistments, copies of
all correspondence pertaining to the Marine (to include favorable
and unfavorable material which reflects on the Marine's moral
character, integrity, or reliability), and fitness reports which
provide a record of the Marine's performance of duty.

    c.  From a comparative review of the records of all Marines
competing for promotion to the next higher grade in a particular
MOS or OccFld, boards select those "best and fully qualified" for
promotion.  The selection boards will submit a report of the names
of the Marines recommended for promotion to the CMC or his
designated representative.  Members of these boards are directed
by precept and bound by oath to evaluate each Marine impartially
and to not divulge the details of deliberations concerning
individual Marines unless directed by the CMC.

    d.  Active duty Marines and Marines in the AR program will
compete within the primary MOS assigned on the date the selection
board convenes.

    e.  Reserve component Marines in the SMCR and IRR will compete
in the OccFld to which assigned on the convening date of the
selection board.

    f.  Eligible Marines in formal schools or in training/
etraining assignments who are serving with a basic MOS will be
considered for promotion in the MOS/OccFld for which they are
training/retraining on the convening date of the selection
board.  Marines who have lateral move requests approved will
also be considered in the MOS/OccFld for which the lateral move
has been approved, provided they have been assigned a new basic
MOS/OccFld (in MCTFS) on or before the convening date of the board.

    g.  Marines who have laterally moved and whose TIG and TIS place
them in the above zone published in the selection board
announcement MARADMIN (MCBul 1430), who have not previously
been considered in the promotion zone, will be considered in the
promotion zone.

3101.  <u>COMPOSITION OF SELECTION BOARDS</u>

1.  Marine Corps Bulletin 5420 provides guidance concerning the
composition and schedule of regularly convened selection boards.
The board membership will consist of both officers and senior SNCOs,
and voting and non-voting members (recorders).

2.  The board membership will be reviewed and approved by CMC (MM)
prior to assignment.

3102.  <u>CORRESPONDENCE TO SELECTION BOARDS</u>

1.  Enlisted Marines are entitled to correspond directly with
the President of the selection board considering their case for
promotion.

2.  Personal correspondence may include, but is not limited to,
letters to the President, copies of award certificates, school
completion certificates, MCI's, photographs, third party
correspondence (letters of recommendation or explanation),
etc.

3.  <u>All correspondence must be received by HQMC (MMPR-2) prior
to the convening date of the selection board.</u>  Correspondence
received after the convening date of the board (except photos
and certificates showing completion of required PME) will not
be forwarded to the board.  All fitness reports  provided to
the board must be certified by MMSB-32.

4.  Correspondence to SNCO selection boards will be addressed
as follows:

                President (Specific Board)
                Headquarters, U.S. Marine Corps (MMPR-2)
                Harry Lee Hall
                17 LeJeune Road
                Quantico, VA 22134-5104

5.  All correspondence must be under cover letter, signed by the
eligible Marine, listing all material being forwarded to the
selection board as enclosures.  The board will not consider
correspondence not meeting these criteria.  (Note:  Correspondence
sent to the President of a selection board will not be forwarded
to the CMC (MMSB-20) for inclusion in the OMPF following the
adjournment of the board.  If it is intended that the material
should ultimately be included in the OMPF, send a copy via separate
correspondence to the CMC (MMSB-20) at the address listed in the
paragraph below.)

6.  Other individuals may also correspond with selection boards concerning an eligible Marine; however, this correspondence must be forwarded to the individual concerned for his or her approval/endorsement prior to submission to the board. <u>Unsolicited letters (i.e., third party letters, copies of fitness reports, etc.) to selection boards will not be accepted unless endorsed by the Marine concerned.  Correspondence not endorsed by the Marine will not be forwarded to the selection board</u>.

7.  <u>Photographs</u>.  All Marines who are eligible for promotion consideration by a SNCO selection board must take and submit an official photograph during each year of eligibility to the CMC (MMPR-2), per the instructions in MCO P1070.12_.

8.  Commanders must not send original fitness reports to selection boards.  Original fitness reports, or the resubmission of missing fitness reports, should be mailed (with a cover letter stating that the "Marine is being considered by a scheduled selection board") to the following address:

> Commandant of the Marine Corps
> Headquarters, U.S. Marine Corps (MMSB-32)
> 2008 Elliot Road
> Quantico, VA 22134-5030

The Performance Evaluation Section will verify and process the fitness report and forward a copy to the appropriate selection board.

3103.  <u>PREPARATION FOR SELECTION BOARDS</u>

1.  The tentative zones and allocations will be published by MARADMIN (MCBul 1430 series).  It is the responsibility of each commander to ensure that the information contained in the MARADMIN is disseminated and that the administrative instructions are complied with.  Any changes to zones and allocations that occur while a selection board is in session will be published in the MARADMIN announcing the selection board results.

2.  Tentative allocations and zone cutoffs for active duty and AR selection boards for Marines in the above, promotion and below zones for each MOS will be published by MARADMIN (MCBul 1430) approximately 60 days prior to the convening date of each active duty selection board.  Changes to zones and allocations (if any) will be published approximately 30 days prior to the convening date of active duty or AR selection board.

3.  The tentative allocations and zone cutoffs for reserve component Marines in the SMCR or IRR, being considered by the annual Reserve SNCO Selection Board, will be published approximately 90 days prior to the board.  Changes to zones and allocations (if any) will be published approximately 45 days prior to the convening date of the selection board.

4.  Seniority among Marines, both active component (USMC) and reserve component (USMCR), in the grades of Sgt through SgtMaj is determined by DOR.  In cases where Marines have the same DOR, seniority is further established by AFADBD (USMC or USMCR (AR)) or PEBD (all other reserve components).  Therefore, zone cutoffs for the SgtMaj/ MGySgt, 1stSgt/MSgt, GySgt, and SSgt selection boards will be listed by the minimum (junior) eligible DOR and AFADBD required for the respective MOS (USMC and USMCR (AR)) and the minimum (junior eligible) DOR and PEBD required for the respective OccFld (all other reserve components).  When an AFADBD or PEBD is specified, it pertains only to those Marines with the listed DOR. When no AFADBD or PEBD is specified, all Marines with the specified DOR are eligible (see example below).  For active

duty boards, if more than one Marine has the junior DOR and same
AFADBD, the PEBD will be used.  Sample message format:

|       |            | ABOVE ZONE |        | PROMOTION ZONE |        | BELOW ZONE |        |
|-------|------------|------------|--------|----------------|--------|------------|--------|
| PMOS  | ALLOCATION | JR DOR     | AFADBD | JR DOR         | AFADBD | JR DOR     | AFADBD |
| 0161  | 10         | 950401     | 890703 | 970401         | 890501 | 980101     | 910812 |
| 0369  | 50         | 950201     | 910415 | 950501         | 900815 | 950801     | 910108 |
| 3051  | 9          | 960101     | 880829 | 960401         | 890725 | 960502     | NA     |
| 6174  | 11         | 960201     | NA     | 970401         | NA     | 980101     | NA     |

     EXAMPLE 1:  Sgt Doe, PMOS 0161, DOR 950101, AFADBD 870703:
Sgt Doe's DOR is prior to the JR DOR required, and he was considered
but not selected the year prior.  Therefore, he will be considered
in the above zone.  If Sgt Doe was never considered before, even
though his DOR is prior to the JR DOR and AFADBD, he would be
considered in the promotion zone.

     EXAMPLE 2:  Sgt Woods, PMOS 0331/IMOS 0369, DOR 950501, AFADBD
901215:  Sgt Woods's DOR is equal to the JR DOR required to be
considered IZ.  Because of this, his AFADBD is considered; it is
later than the JR AFADBD, therefore, he will be considered in the
below zone.

     EXAMPLE 3:  Sgt Smith, PMOS 3051, DOR 960401, AFADBD 890701:
Sgt Smith's DOR is the same as the JR DOR.  Because his DOR is the
same DOR as the JR DOR, his AFADBD must be before 890725 to be
considered.  Because his DOR is 890701, he is eligible for
consideration in the promotion zone.

     EXAMPLE 4:  Sgt West, PMOS 6174, DOR 980601, AFADBD 900515:
Sgt West's DOR is after the JR DOR listed for below zone eligibility.
Although there is no AFADBD requirement, he does not meet the JR DOR
for the below zone.  Unless there are final zone changes that change
the JR DOR in the below zone to 980601, he will not be considered.

                         ADDITIONAL EXAMPLES

|      |            | ABOVE ZONE |        | PROMOTION ZONE |        | BELOW ZONE |        |
|------|------------|------------|--------|----------------|--------|------------|--------|
| PMOS | ALLOCATION | JR DOR     | AFADBD | JR DOR         | AFADBD | JR DOR     | AFADBD |
| 0369 | 95         | 940201     | 880815 | 950601         | 890520 | 951001     | 891231 |

NAME     DOR   AFADBD    ZONE IN WHICH MARINE WILL BE CONSIDERED

EXAMPLE 1:
SSgt York   930301/880816 = Above Zone; because he was previously
                            considered but not selected in the promotion
                            zone.

EXAMPLE 2:
SSgt North  930301/881012 = Promotion Zone; SSgt Smith has made a lateral
                            move into this MOS.  Although his DOR is senior
                            to the Above Zone DOR, he has never been
                            considered for selection to GySgt before in
                            any MOS.

EXAMPLE 3:
SSgt Knott  950531/890523 = Promotion Zone; although his AFADBD is junior to
                            the AFADBD listed, his DOR is senior to the JR
                            DOR, he is eligible for consideration in the
                            promotion zone.

EXAMPLE 4:
SSgt Owens  950601/890519 = Promotion Zone; his DOR is the equal to
                            the JR DOR cutoff.  When the Marine's DOR
                            equals the JR DOR, the AFADBD must be
                            considered.  The AFADBD is

senior to the AFADBD cutoff.  Therefore, he is
eligible for promotion zone consideration.

EXAMPLE 5:
SSgt East   950601/890601 = Below Zone; although the DOR is the same as
                            the JR DOR cut off for the promotion zone,
                            he fails to meet the second requirement.
                            The AFADBD is Junior to the AFADBD requirement
                            for the promotion zone, however the DOR is
                            senior to the JR DOR for the below zone.

EXAMPLE 6:
SSgt Ward   951001/891229 = Below Zone; because his DOR is equal to the
                            JR DOR for the Below Zone, the AFADBD must
                            be considered.  His AFADBD is senior to the
                            AFADBD cutoff for the below zone.

EXAMPLE 7:
SSgt Jones  951001/900519 = Not Eligible for consideration.  SSgt Jones's
                            DOR is the same as the JR DOR cutoff; however,
                            because his AFADBD is also considered when
                            the DOR and JR DOR are the same, he is not
                            eligible.  His AFADBD is junior to the AFADBD
                            cutoff listed for the below zone.

5.  Marines are required to ensure that their DOR and AFADBD are correct
in the MCTFS through required audits of their records.  Commanders of
eligible Marines who have an erroneous DOR, AFADBD (active duty and AR),
or PEBD (SMCR, IRR) that would cause them to appear ineligible or cause
them to be considered in the wrong zone will immediately notify CMC
(MMPR-2) via message or naval correspondence to preclude erroneous
consideration or nonconsideration of the Marine.

6.  Promotion to SNCO grades in the Marine Corps is an honor with
attendant responsibilities and expectations.  Marines selected for
promotion are expected to serve in the grade to which selected.
Marines in the grades of gunnery sergeant and above, except those who
have served satisfactorily as an officer, must serve 2 years in their
current grade or to service limits, whichever occurs first, prior to
transfer to the FMCR.  Accordingly, prior to accepting an appointment
to gunnery sergeant or above, Marines who have served at least 18 years
but less than 30 years of active military service must agree to serve
2 years or to service limits, whichever occurs first, in the grade
to which promoted.  Before delivering appointments to Marines in
this category, commanders must ensure each Marine has sufficient
obligated service to enable him or her to serve 2 years in the grade
to which promoted.  If a Marine refuses to extend or reenlist to
have sufficient obligated service, the commander should inform the
CMC (MMPR-2) of the Marine's refusal.  The CMC (MMPR-2) will remove
the Marine's name from the appropriate selection list and the Marine
will become ineligible for promotion consideration in the future.

7.  Marines who are eligible for promotion consideration and anticipate
separating or retiring may voluntarily submit a letter to the president
of the selection board requesting that they not be selected by the
board.  This letter will be in the format shown in figure 3-1 and
is required to be endorsed by the Marine's commander to certify
required counseling has taken place.  (Note:  Marines selected by
an active component selection board, who re-enlist in the reserve
component may be promoted in the reserves, see paragraph 3103.9.)

From:  GRADE, NAME, SSN/MOS, USMC
To:    President, CY 2000 Gunnery Sergeant Selection Board
Via:   Commanding Officer

Subj:  REQUEST NOT TO BE SELECTED FOR PROMOTION TO (GRADE)

Ref:   (a) MCO P1400.32C

1.  I request not to be selected by the CY 2000 Gunnery Sergeant
Selection Board.

2.  The reason for this request is (STATE REASON).

3.  I understand this letter is privileged correspondence between
the selection board and myself.  The selection board is not obligated
to honor my request, and I may, in fact, be selected.  I further
understand the selection board is still required to consider me for
selection and, if I am not selected for promotion, I will be
considered as having failed of selection.  If I am subsequently
denied further service and discharged; I am not entitled to separation
pay as a result of submitting this letter.  Finally, I understand if
I later decide to remain in the Marine Corps, I am not entitled to
remedial promotion consideration for this specific selection board
based on this request.

4.  I have been counseled in accordance with the provisions of
paragraph 3103.9 of reference (a) and voluntarily submit this letter.


                    (Signature)<---Remember to sign the letter

     SAMPLE LETTER FROM AN ELIGIBLE MARINE REQUESTING NOT TO BE SELECTED
                          FOR PROMOTION

                          FIGUIRE 3-1

8.  The Marine's submission of any correspondence to a selection board is entirely voluntary and no Marine will in any way be coerced into submitting correspondence to a selection board.

9.  Commanders' Responsibilities.  Upon receipt of the MARADMIN announcing the convening of a regularly scheduled SNCO selection board, commanders will counsel all eligible Marines regarding the following:

    a.  Obligated service requirements per paragraph 7004.5 of MCO P1900.16_.

    b.  Active component Marines selected for promotion but who separate from active duty prior to being promoted may carry their selection into the reserve component.  The below criteria apply:

        (1) The Marine must reenlist within 24 hours of separation into the Marine Corps Reserve (IRR, SMCR, AR), or have obligated service in the reserve component for a period of two years upon release from active duty.

        (2) An administrative remarks entry (page 11) must be made by the Marine's active component command if the Marine is not considered qualified for promotion.

        (3) Once the Marine's active component seniority number is reached, if otherwise qualified, his or her promotion will be effected.

    c.  All eligible Marines, even those who choose to voluntarily submit a letter requesting nonselection, will be considered by the selection board.

    d.  The selection board is not obligated to honor a Marine's request for nonselection and the board may select a Marine even though he or she has requested nonselection.

    e.  An eligible Marine in the above or promotion zone who submits a letter requesting nonselection, and who is not selected, will be considered to have failed of selection.

    f.  An eligible Marine who requests nonselection, and subsequently changes his or her mind after adjournment of the selection board, will not be entitled to remedial selection consideration.

    g.  All eligible Marines who request nonselection will not be eligible for separation pay.

3104.  PROCEDURES

1.  Upon convening, the board receives guidance from the CMC (precept) on policy and procedures to be followed while in session.  Selection boards are obligated to select from the entire eligible population those Marines considered to be "best and fully qualified" to perform the duties and assume the responsibilities of the next higher grade. Selection boards are reminded that a selection from the below zone is, in essence, equivalent to a meritorious promotion and due care should be used in recommending these Marines for promotion to the next higher grade.

2.  There is no requirement for those Marines who are selected to have completely unblemished records, or to have received fitness report markings above any stated level of satisfactory performance. The evaluation will be made based on the board's consideration of each Marine's qualification for selection as measured by the "best and fully qualified" concept.

3. The entire service record may not always be available for the board to determine whether an individual is qualified for promotion. If a Marine's record is not current, board recorders are authorized to obtain the missing information by contacting the Marine's current command. The board is charged with deciding, in each case, whether it has sufficient information from which to make a valid recommendation.

    a. If a selection board determines that a Marine's case is incomplete, but sufficient information is available to make a valid recommendation, the Marine will be considered for selection. Marines in this situation are not entitled to remedial consideration based on the missing material which has been updated subsequent to the adjournment of the selection board (see paragraph 3602).

    b. If the board determines that a valid recommendation cannot be made, the Marine will not be considered and the board will advise the CMC (MMPR-2) of the reason(s) for nonconsideration and the actions necessary to render the Marine's record suitable for consideration. CMC (MMPR-2) will notify the Marine's command on the selection MARADMIN of the Marine's nonconsideration. The command will contact CMC (MMPR-2) regarding reasons for nonconsideration. Once the discrepancies are resolved, and upon the Marine's request, the Marine will be entitled to remedial consideration by the Enlisted Remedial Selection Board (ERSB) per the provisions of section 3600 in this manual.

3105.  <u>SELECTIONS</u>

1. There is no minimum or maximum number of selections that must come from the above and promotion zones, separately or combined.

2. The selection board may select a maximum of five percent of the selections from the below zone, based on the Marine's <u>outstanding ability</u> and <u>career</u> potential that completely justifies selection and advancement ahead of qualified Marines in the promotion zone. A selection from the below zone is based on the criterion that the Marine is so outstanding it would be against the best interests of the Marine Corps to not select the individual at this time.

3. If the selection board cannot find a sufficient number of qualified Marines to fill the allocation from the above zone and promotion zone, it may request that the Commandant permit an extension of the promotion zone, if a below zone exists. Any changes to the zone cutoffs that occurred while the board was in session will be published in the MARADMIN (MCBul 1430) which announces the list of Marines selected. Therefore, Marines in the below zone <u>will take the same measures as those in the promotion zone to ensure their records are accurate and up-to-date prior to the convening of the selection board.</u>

4. If the selection board cannot find sufficient numbers of qualified Marines to fill all available allocations in an MOS/OccFld, the board is not required to select to allocation (i.e., the MOS/OccFld will have a shortage of selections).

3106.  <u>APPROVAL OF SELECTION BOARD PROCEEDINGS</u>

1. The selection board will submit a report of its proceedings, to include an alphabetical, by-name list (to include seniority numbers) of Marines recommended for promotion, an alphabetical, by-name list of Marines not

recommended for promotion, and an alphabetical list of Marines not considered for promotion to the CMC or his duly appointed representative for approval.

2.  Seniority for promotion purposes among Marines selected to the grades of SgtMaj/MGySgt and 1stSgt/MSgt is established by combining the selectees within each pay grade and assigning seniority numbers based on the DOR/AFADBD (USMC/USMCR (AR)) or the DOR/PEBD (IRR/SMCR) in the current grade.  Marines will be promoted as vacancies occur according to seniority.  (Note: There are currently no provisions to promote Marines to the grades of 1stSgt or SgtMaj in the AR Program.)

3.  Marines selected by a selection board who change status/ component prior to being promoted maintain their seniority number and will be promoted in the new status/component, if otherwise qualified, once their seniority number is reached.

4.  Once approved by CMC (MM), the selection list is published as a MARADMIN (MCBul 1430).

3107.  <u>COMMAND SCREENING OF SELECTED MARINES' RECORDS</u>

1.  In order to determine whether significant facts may have been missing from the Marine's OMPF when considered by the selection board, the commanding officer will promptly audit the SRB of the Marines on the select list, and will report within 10 days of receipt of the selection message to the CMC (MMPR-2) via message all instances where the Marine:

    a.  Was/is the subject of completed or pending disciplinary action by military or civilian authorities or other significant adverse action within the current grade (e.g., NJP, DWI/DUI, court-martial, civilian conviction, etc.).  <u>This is required regardless of whether the action occurred prior to the convening of the board, during the board, subsequent to the publication of the selection list, or while the Marine was a member of a previous</u> command.

    b.  Is assigned to the weight control or personal appearance program.

    c.  Has been designated "no further service" for any of the reasons listed in paragraphs 1204.3cc through 1204.3gg.

2.  The CMC (MMPR-2) is responsible for reviewing the OMPF, MBS and other available records to determine whether the information was contained in the OMPF at the time of the board's proceedings.

    a.  Where it is determined that the adverse information was considered by the board, the CMC (MMPR-2) will affirm the selection to the command via message.

    b.  Where the information was not considered, the CMC (MMPR-2) will request a <u>full, detailed report of the circumstances; the commanding officer's recommendation for effecting, withholding, or deleting the promotion; endorsements from the chain of command which must also include a specific recommendation to the CMC; and the Marine's statement</u> (see paragraph 5200). The Marine must be afforded the opportunity to review the recommendation and all information used by the commander to substantiate the recommendation, and must submit either a signed rebuttal statement or a signed statement that the recommendation has been reviewed and the Marine desires not to make a statement.  <u>The statement will conform to the example statement(s) illustrated in paragraph 5200.</u>

c.  <u>Strict compliance with these procedures and notification
within 10 days of receipt of the selection message are required</u>.
Failure to comply may result in overpayment to the Marine and
create an unnecessary hardship.  Final decision on the Marine's
promotion status will be made by the CMC.  The CMC may:

(1) Affirm the selection.

(2) Revoke the selection.

(3) Delay the promotion for a specified period (normally not
to exceed 6 months).

2.  Commanders will be guided by paragraph 1200.4 of this Manual in
their review of the records of Marines selected for promotion.
Commanders are solely responsible for ensuring that all significant
adverse information which may have been omitted from a Marine's record
or was not previously available for consideration by a SNCO selection
board is reported to CMC (MMPR-2) while the board is <u>in session
and/or within ten days of receipt of the MARADMIN</u> notifying the
command of the Marine's selection via naval message.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 2: ELIGIBILITY REQUIREMENTS

3200. <u>GENERAL</u>

1. <u>Active Component SNCO Selection Boards</u>

a. To be eligible for consideration, the Marine must:

(1) Meet the minimum eligibility requirements (i.e., TIG/TIS) and the eligibility requirements as listed on the MARADMIN (MCBul 1430) announcing the convening of the regularly scheduled selection board (i.e., JR DOR, AFADBD requirements).

(2) Be serving <u>on active duty with the active component on the date the appropriate regular selection board convenes; throughout the session of the board; and on the date the board report is approved by CMC</u>. Interruption of active service for periods of less than 24 hours for the purpose of reenlistment will not be considered as an interruption of service for selection board purposes.

b. Selection of Marines not satisfying these conditions will be considered <u>erroneous</u>. Such erroneous selections will be reported by the commander and subsequently deleted from the selection list.

2. <u>Reserve Component Selection Boards</u>

a. A single board will be conducted to examine three separate competitive categories, within the reserve component (SMCR, IRR and AR). Reserve Marines in each category will compete for selection only with Marines in the appropriate category (i.e., SMCR with SMCR, IRR with IRR, and AR with AR, except IRR and SMCR GySgts and 1stSgts compete together for selection to SMCR 1stSgt and SgtMaj, respectively).

b. AR Selection Boards

(1) Meet the minimum eligibility requirements (i.e., TIG/TIS) and the MOS eligibility requirements as listed on the MARADMIN (MCBul 1430) announcing the convening of the Reserve SNCO selection board (i.e., JR DOR, AFADBD requirements).

(2) Be serving on active duty with the AR Program <u>on the date the appropriate selection board convenes</u>. Interruption of service for periods of less than 24 hours for the purpose of reenlistment will not be considered as an interruption of service for selection board purposes.

c. SMCR Selection Boards

(1) Meet the minimum eligibility requirements (i.e., TIG/TIS) and the OccFld eligibility requirements as listed on the MARADMIN MCBul 1430) announcing the convening of the Reserve SNCO selection board (i.e., JR DOR, PEBD requirements).

(2) Be an active participant in the SMCR.

(3) Be serving in the SMCR on the date the appropriate selection board convenes. Interruption of service for periods of less than 24 hours for the

purpose of reenlistment will not be considered as an interruption of service for selection board purposes.

    d.  IRR Selection Boards

       (1) Meet the minimum eligibility requirements (i.e., TIG/TIS) and the OccFld eligibility requirements as listed on the MARADMIN (MCBul 1430) announcing the convening of the Reserve SNCO selection board (i.e., DOR, PEBD requirements).

       (2) Be an active participant in the Individual Ready Marine Corps Reserve and have earned at least 27 Reserve Retirement Credit Points in the anniversary year completed prior to the convening of the selection board.

       (3) Be serving in the IRR on the date the appropriate selection board convenes.  Interruption of service for periods of less than 24 hours for the purpose of reenlistment will not be considered as an interruption of service for selection board purposes.

3. Commanders are required to notify CMC (MMPR-2) of any changes to an eligible Marine's category/component that occur within two months preceding the convening of the Reserve SNCO Selection Board and while the board is in session.  Marines considered in the wrong component will be considered erroneously selected and deleted from the list of Marines selected with the following exceptions.

    a.  Reserve component Marines (AR, SMCR, IRR) who effect a category change to another reserve category during the selection board, will retain their selection and be promoted, if otherwise qualified, when their seniority number is reached.

    b.  Marines who effect a component change after the selection board is adjourned will retain their selection and will be promoted, if otherwise qualified, when their seniority number is reached (USMC or USMCR).

4.  Additional Information Regarding Consideration of Marines in the SMCR and the IRR.

    a.  SMCR Marines ordered to active duty from the Reserve Component (IRR or SMCR) during time of war or national emergency will be considered in the SMCR.  If directly or subsequently augmented to the regular component (USMC), they will then be considered by active component selection boards occurring after the effective date of augmentation.

    b.  Marines assigned to Individual Mobilization Augmentation (IMA) billets, serving on Extended Active Duty (EAD), Active Duty Special Work (ADSW) or in an AR Limited Tour billet will be considered for selection in the SMCR component.

    c.  Commanders of Marines serving in any of the above billets or categories will ensure the appropriate component codes are entered in the MCTFS.  The component code should represent duty type (i.e., C4, B4) and the Reserve component code should represent the Marine's component (IRR, SMCR).

    d.  OccFld allocations for the IRR will be the higher of the following two calculations:

       (1) Ten percent of the corresponding SMCR allocations, or

        (2) The number allocations that were needed within the USMCR
but were not allocated to the SMCR due to eligible population
shortfalls within the SMCR.

5.  SgtsMaj and 1stSgts are the principal enlisted advisors to
their commanders.  The primary and foremost requisite is
outstanding leadership, combined with an exceptionally high
degree of professional competence and the ability to act
independently as the principal enlisted assistant to the commander
in all administrative, technical, and tactical requirements of the
organization.

6.  MGySgts and MSgts are the technical experts in their fields.
 The primary prerequisite is outstanding proficiency in the
assigned MOS/OccFld, combined with an exceptionally high degree
of leadership and supervisory ability and the ability to act
independently as enlisted assistants to the commander in all
administrative, technical, and tactical requirements of their
occupational specialty.

7.  Selection boards are charged with selecting those Marines they
consider "best and fully qualified" to hold each grade.  Therefore,
there will be no redesignation of those Marines selected for
promotion to the grades of first sergeant or master sergeant
from one grade to the other.

8.  Consideration for promotion to First Sergeant

    a.  GySgts are eligible for consideration for selection to
1stSgt based on TIG/TIS.  GySgts, regardless of MOS, who meett
 the minimum TIG and TIS requirements for consideration to 1stSgt
at the time the annual Sergeant Major through Master Sergeant
Selection Board or Reserve SNCO Selection Board, as appropriate,
convenes, will be reviewed to determine if they have indicated a
preference for 1stSgt.  Those GySgts eligible for consideration
for 1stSgt who have indicated a preference for 1stSgt (with an
"F") on the most recent fitness report will compete for 1stSgt.
Those GySgts eligible for consideration for 1stSgt who have
indicated a preference for MSgt (with an "M") on their most recent
fitness report will be considered as not selected for 1stSgt.
(Note:  Marines considered for 1stSgt, but not selected, are
not considered as passed over for promotion.)

    b.  Reserve component Marines serving in the SMCR and IRR
are eligible for consideration to 1stSgt based on TIG/TIS.
Regardless of whether the eligible Marine has indicated a
preference to 1stSgt (with an "F") on the most recent fitness
report, to be "fully qualified" for selection to 1stSgt, the
Marine must be PME qualified and submit a letter of intent to
the president of the Reserve SNCO Selection Board stating his
or her willingness to serve in specific 1stSgt billets, prior
to the convening date of the selection board, in the format
shown in figure 3-2.  CMC (RAP) will announce first sergeant
billet vacancies via MARADMIN prior to the convening date of
the selection board.  Eligible Marines who do not submit a
letter of intent will be considered less than "fully
qualified" for promotion and not selected.

    c.  To be considered competitive for selection to 1stSgt, a
GySgt must generally:

        (1) Exhibit a strong ability to read and interpret
regulations, communicate verbally and in writing, and be able
to research all matters affecting personnel.

        (2) Have exhibited a consistent and exemplary standard
of military appearance, physical fitness, and personal discipline.

      (3) Have demonstrated the ability to function in an
independent environment or have successfully completed a tour
as a drill instructor, recruiter, Marine Security Guard, or in
the Marine Corps Security Force.

      d.  To be fully qualified for selection to 1stSgt, GySgts must
have completed, prior to the convening date of the selection board,
the PME indicated in paragraph 3300.1d.

      e.  GySgts selected for 1stSgt will not be considered for MSgt.

      f.  Nonselection as a 1stSgt is not considered a failure of
selection or a pass over.

      g.  GySgts who indicate a preference for 1stSgt, but are not
selected, will be considered for MSgt (if they meet the published
TIG and TIS requirements in their MOS/OccFld).

9.  <u>Consideration for promotion to Master Sergeant</u>

      a.  GySgts who meet the TIG and TIS requirements for MSgt in
their MOS/OccFld, and have not previously been selected for 1stSgt,
will receive consideration for MSgt regardless of the preference
indicated in their most recent fitness report.

      b.  GySgts must have completed, prior to the convening date
of the selection board, the PME requirements listed in paragraph
3300.1c.

      c.  Failure of selection to MSgt from the promotion or above
zones is considered a failure of selection or pass over.

3201.  <u>PRIOR SERVICE IN THE SAME OR HIGHER GRADE</u>

1.  Marines with satisfactory prior Marine Corps service in the same
or higher grade will be considered in the below zone if their prior
service reconstructed DOR meets or exceeds the below zone cutoff for
their MOS/OccFld.  Commanders of Marines who qualify for consideration
by virtue of prior satisfactory service will ensure that the Marine
understands that consideration will only be in the below zone.  The
Marine will not be considered in the promotion zone until the current
DOR meets the promotion zone requirement.  Requests for prior service
consideration must be forwarded to the CMC (MMPR-2) in the format
provided in figure 3-3.

2.  Eligibility to receive consideration by reason of prior service
in the same or higher grade is determined after receipt of the
selection board convening announcement.  If the Marine's currently
assigned DOR and time in service meet the below zone cutoff
requirements for the MOS/OccFld, the application of prior service
credit is of no benefit.

3.  A request for the application of prior service credit to the
current DOR assigned upon reenlistment may be granted only until
the Marine is promoted to the next higher grade after reenlistment.
The following restrictions apply:

      a.  If the Marine receives the same grade and DOR held on last
discharge from the Marine Corps/Marine Corps Reserve upon
reenlistment, the Marine is not eligible for prior service
credit.

      b.  The service performed in the current grade or
higher grade(s) in the previous enlistment(s) (USMC or
USMCR) was satisfactory.  Unsatisfactory service will not
be included; i.e., if a Marine serves two years as a Sgt and

is punitively reduced to Cpl, the service in the grade of Sgt
is not considered satisfactory service.

4.  If the Marine's currently assigned DOR does not meet either the
below, promotion or above zone cutoff requirements for his or her
MOS/OccFld, computation of a reconstructed DOR is conducted in the
following manner:

    a.  Determine the total period of time during previous
enlistments (USMC or USMCR) that the Marine served satisfactorily
in the same grade, or higher grade, as that to which reappointed.

    b.  Subtract this sum from the date of reenlistment shown on the
current enlistment contract to determine the reconstructed DOR.

    c.  Consideration for prior service in the same or higher grade
may be granted when the resulting reconstructed DOR is at least equal
to or senior to the DOR required for the Marine's MOS (USMC and AR
Marines) or OccFld (IRR and SMCR Marines).  See the example listed
below.

        Original DOR:     940401 as Sgt
        RelAcDu:          950612 USMC
        Discharged:       970813 USMCR
        Reenlisted:       980105 USMC

        97 08 13                        98 01 05
        94 04 01                        03 04 13
         3 04 12                        94 08 22 (reconstructed DOR)
            +1 (inclusive dates)
         3 04 13 TIG (prior service)

5.  The reconstructed DOR is only used for determining promotion
eligibility.  It does not change the DOR assigned in the MCTFS at
the time of the Marine's reenlistment.

6.  Prior service in the same or higher grade is no longer applicable
upon promotion to one grade above or reduction to at least one grade
below, the grade to which appointed at the time of the reenlistment.

7.  Since there are no provisions for determining eligibility for
promotion consideration by reason of prior service in the same or
higher grade in the MCTFS, a request must be submitted each year
for such consideration if the Marine does not meet eligibility
requirements by reason of the currently assigned DOR and TIS.

8.  Requests received too late (after the date specified in the
Marine Corps Bulletin announcing the selection board) will be filed
without action and do not warrant remedial consideration for
promotion.

3202.  <u>REQUESTS FOR TRANSFER TO THE FMCR OR RETIRED RESERVE</u>.  Marines
who initiate requests for transfer to the FMCR or Retired Reserve
(per paragraph 1203) are not eligible for consideration for
promotion unless the provisions under paragraph 1203.9 are met.

3203.  <u>MEMBERS OF THE MARINE BAND</u>.  Based upon recommendations of
the Director, Marine Band, promotion of enlisted members of the
Marine Band (PMOS 9811) will be effected by the CMC (MMPR-2), per
TIG/TIS requirements stipulated in paragraphs 1202.1, 3, and 4.
Due to the unique nature of their duties, PME requirements are
waived for members of the Marine Band.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 3:  PROFESSIONAL MILITARY EDUCATION

3300.  <u>GENERAL</u>.  Professional Military Education (PME) is an integral part of every Marine's professional military development.  Our Corps leaders of tomorrow must be educated and prepared to accept the responsibilities of small unit leaders, as well as command and staff assignments, in joint or combined arms environments.  To maintain a level of military excellence, SNCOs must focus on the importance of, and actively participate in, Professional Military Education.

1.  Participation in and completion of PME appropriate for their grade enhances Marines' qualifications and competitiveness for promotion.  Selection boards will consider Marines who have not completed the appropriate level PME for their grade prior to the convening date of the selection board to be less than fully qualified for selection for promotion.  The following Professional Military Education Requirements apply:

    a.  <u>Staff Sergeant</u>.  To be fully qualified for selection to Staff Sergeant, Sergeants must complete:

        (1) The Marine Noncommissioned Officer (MCI Courses in the 03.3K or earlier series) (Note:  MCI Courses in the 03.3 series issued subsequent to the discontinuation of the Marine Noncommissioned Officer course do not fulfill this requirement.), or

        (2) The Noncommissioned Officer Basic Nonresident Program (MCI Program 7000), or

        (3) The Sergeants Nonresident Program/Sergeants Distance Education Program (MCI Program 8000).

    b.  <u>Gunnery Sergeant</u>.  To be fully qualified for selection to Gunnery Sergeant, Staff Sergeants must complete the SNCO Career Nonresident Program/SNCO Career Distance Education Program (MCI Program 7100).

    c.  <u>Master Sergeant</u>.  To be fully qualified for selection to Master Sergeant, Gunnery Sergeants must complete:

        (1) The SNCO Advanced Nonresident Program/SNCO Advanced Distance Education Program (MCI Program 7200); and

        (2) The Warfighting Skills Program (MCI Program 7400).

    d.  <u>First Sergeant</u>.  To be fully qualified for selection to First Sergeant, Gunnery Sergeants must complete:

        (1) Either the SNCO Career Nonresident Program/SNCO Career Distance Education Program (MCI Program 7100); or The SNCO Resident Course; and

        (2) The SNCO Advanced Nonresident Program/SNCO Advanced Distance Education Program (MCI Program 7200); and

        (3) The Warfighting Skills Program (MCI Program 7400); and

        (4) The Staff Noncommissioned Officer Advanced Resident Course.

2.  Successful completion of Drill Instructor, Recruiter or Marine Security Guard school in the grades of corporal through gunnery sergeant can replace the requirement to complete resident PME courses, including the SNCO Advanced Resident course, provided the Marine has also completed the appropriate nonresident program.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 4: ACCELERATED PROMOTIONS

3400. <u>GENERAL</u>

1. The accelerated promotion program is designed to provide selection opportunity to Sgts and SSgts who do not meet the DOR or AFADBD (USMC and AR) or PEBD (IRR/SMCR) cutoff required for consideration in the below zone. Marines recommended for accelerated promotion will be considered in the below zone with the Marines in their MOS/OccFld who met the established TIG and TIS cutoff for promotion consideration. Accelerated promotion is a form of meritorious promotion and is established to advance deserving Marines based on exceptional, noteworthy, and commendatory performance of duty over a sustained period. The performance should be of the degree which clearly merits promotion over other qualified, senior Marines being considered in the promotion zone and above zone by the selection board.

    a. Only those Marines whose DOR does not make them eligible for consideration by the selection board in their MOS/OccFld as announced in the Marine Corps bulletin are eligible for this program. Reporting officials must submit their recommendations per the instructions contained in MCO P1610.7 during the annual reporting period for the respective grade. Recommendations for accelerated promotion of Sgts and SSgts will be considered by the next appropriate annual selection board in the below zone.

    b. The selection board will consider Marines recommended for accelerated promotion on fitness reports with ending dates any time since the convening date of the last annual selection board and the current selection board's convening date.

    c. No remedial action will be taken on requests when commands fail to comply with the instructions in MCO P1610.7 and the convening MARADMINs.

2. Marines will be considered for accelerated promotion solely on the basis of fitness report input. This recommendation will be strictly reserved for the Marine who is "the one above," and who is eminently capable of immediately assuming the responsibilities of the next senior grade. Rationale for such a recommendation will be fully justified and must strictly adhere to the procedures as outlined in the current edition of MCO P1610.7.

3. Marines who are considered and not selected for accelerated promotion will not be presented to a subsequent selection board for accelerated promotion consideration unless again recommended under this program by their present commanders, or until TIG/TIS requirements are met.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 5: NONCOMPETITIVE CONSIDERATION

3500. <u>GENERAL</u>. Marines in the categories listed in paragraphs 3501, 3502, and 3503 are eligible for noncompetitive consideration by SNCO selection boards. The records of Marines eligible for noncompetitive consideration will be reviewed by the appropriate selection board for promotion. These Marines may be selected for promotion provided there is no adverse material or information which would preclude promotion per paragraph 1203 and, in the absence of reason to doubt the professionalism and moral character of these Marines, they will be noncompetitively selected for promotion. In this light, noncompetitive consideration only means that these Marines will not compete for the available allocations. Noncompetitive consideration is not a guarantee of selection.

1. Marines in the grades of sergeant through master sergeant eligible for noncompetitive promotion consideration will receive consideration along with their contemporaries eligible for competitive consideration for the appropriate selection board convened per paragraph 3100.

2. Marines whose DOR and AFADBD, if applicable, (active duty and AR Marines) or DOR and PEBD, if applicable, (SMCR and IRR) qualify them for consideration in the above or promotion zones, will be selected if the selection board considers them otherwise qualified for promotion. Marines whose DOR and AFADBD (active duty and AR) or DOR and PEBD (SMCR and IRR) qualify them for consideration in the below zone, may be selected for promotion only if they are of equal or greater seniority to the junior Marine selected competitively.

3. Marines will be considered noncompetitively based upon the Primary military occupational specialty held at the time the appropriate SNCO selection board is convened.

4. PME requirements are waived for Marines who are considered for noncompetitive selection.

5. Marines who are considered and noncompetitively selected for promotion do not count against the allocations established for Marines in the competitive category.

6. Marines considered noncompetitively in the above zone or promotion zone and who are not selected for promotion are considered to have failed selection or to have been passed over.

7. Marines noncompetitively selected and promoted per paragraphs 3502 and 3503, and who are ultimately not appointed or commissioned, will be administratively reduced. Marines administratively reduced under the authority of this paragraph are entitled to remedial consideration.

8. Gunnery sergeants will be noncompetitively considered for selection for promotion to the grade of master sergeant only.

3501. PROMOTION OF MARINES IN A MISSING IN ACTION (MIA) OR PRISONER OF WAR (POW) STATUS. Marines in an MIA or POW status are eligible for noncompetitive promotion consideration to each grade, if otherwise qualified by TIG/TIS, as long as they remain in this status. Promotions effected under this paragraph

are valid for all purposes, including pay and allowances, even if
it is determined at a later date that the Marine died before the
date of promotion.

3502.  <u>WARRANT OFFICER SELECTS</u>.  Marines selected for appointment to
warrant officer who have not yet been appointed, and whose enlisted
grade is master sergeant or below, will receive noncompetitive
consideration for promotion.  Noncompetitive consideration will be
afforded by the regularly convened SNCO selection board convened
to consider Marines of the same enlisted grade.

1.  The names of warrant officer selects recommended for advancement
to the next higher enlisted grade will be placed in proper order of
seniority among the enlisted Marines recommended for advancement by
the same SNCO selection board.  Relative seniority in the enlisted
grade will be determined per the instructions contained in paragraph
1102.  If the Marine's seniority number is reached and the Marine
has not yet been appointed to warrant officer, the Marine's promotion
to the next higher enlisted grade will be effected.

2.  A warrant officer select who has been selected for promotion by
a SNCO selection board, who then refuses appointment as a warrant
officer prior to the enlisted advancement occurring, will be considered
to have been erroneously selected in the noncompetitive category and
they will be administratively deleted from the list of those selected.
These Marines may then request remedial selection consideration in
the competitive category.

3.  If both an enlisted advancement to the next higher grade and
appointment to warrant officer fall on the same date, the appointment
to warrant officer will take precedence and the enlisted advancement
will not occur.

4.  If a warrant officer select is appointed to warrant officer prior
to advancement to the next higher enlisted grade, the enlisted
selection will not be effected.

3503.  <u>MARINE ENLISTED COMMISSIONING EDUCATION PROGRAM (MECEP)</u>.
Sergeants and above enrolled in the MECEP, who otherwise meet the
established eligibility requirements (DOR and AFADBD or PEBD [if
applicable]) for their respective military occupational specialty
or occupational field, will be noncompetitively considered for
selection for promotion to the next higher grade by the SNCO
selection board considering Marines of the same grade.

1.  The names of Marines participating in the MECEP Program
recommended for advancement to the next higher enlisted grade will
be placed in proper order of seniority among the enlisted Marines
recommended for advancement by the same enlisted selection board.
Relative seniority in grade will be determined per the instructions
contained in paragraph 1102.  If the Marine's seniority number is
reached and the Marine has not yet been commissioned, the Marine's
promotion to the next higher enlisted grade will be effected.
Marines participating in the MECEP will receive the same type
of appointment issued to other Marines selected by the SNCO
selection board.

2.  A Marine participating in the MECEP who is non-competitively
selected for promotion by a SNCO selection board, and who is
subsequently disenrolled from the MECEP or is not tendered an
appointment as a commissioned officer prior to the date the
enlisted advancement should occur, will be considered to have
been erroneously selected in the noncompetitive category.  The
erroneous selection will be administratively deleted.  These Marines
may then request remedial promotion consideration in the competitive
category for which they would have been eligible.

CHAPTER 3

STAFF NONCOMMISSIONED OFFICER PROMOTIONS

SECTION 6:  REMEDIAL CONSIDERATION FOR PROMOTION

3600.  <u>GENERAL</u>.  Marines are not penalized if not considered by a regularly convened selection board when eligible.  They are remedially considered and, if recommended, assigned the DOR and effective date along with their contemporaries and, if due, receive pay and allowances from the effective date of promotion.  However, the Marine Corps is not authorized to backdate promotions for the purpose of increasing pay and allowances beyond 13 months prior to the date the results the Enlisted Remedial Selection Board (ERSB) are approved.  The remedially selected Marine must petition the Board for Correction of Naval Records (BCNR) for correction of the effective date and payment of back pay and allowances per the provisions of 10 U.S.C. 1552.

3601.  <u>ENLISTED REMEDIAL SELECTION BOARD</u>

1.  The Enlisted Remedial Selection Board (ERSB) is charged with the review of all Marine enlisted records referred to it for the purpose of making recommendations concerning remedial promotion to SNCO grades (USMC and USMCR).

2.  The CMC stipulates that the same criteria and selection procedures that regularly scheduled selection boards are instructed to follow are followed by the ERSB in their deliberations.  However, where regularly scheduled selection boards are tasked with selecting the "best and fully qualified" Marines; remedial boards are tasked with selecting "fully qualified" Marines, as allocation restrictions are not applicable.  The ERSB is guided by the ERSB precept and the precepts used during the regularly convened selection board for which remedial consideration has been granted.  Additionally, the ERSB is prohibited from considering material (i.e., fitness reports, commendatory/ adverse material) regarding events occurring after the regularly convened selection board for which remedial promotion consideration has been granted.

3602.  <u>ELIGIBILITY</u>

1.  Remedial consideration for promotion is granted on a case-by-case basis, with consistency and fairness in mind.  The decision to forward a request for remedial consideration to the ERSB will be made based upon the merits of the individual request and the timeliness of submission.  Only those cases determined to fall within the spirit and intent of the CMC's policies as outlined in this chapter will be forwarded to the ERSB for adjudication.  Additionally, only cases of Marines who were, or should have been, in the above zone or the promotion zone of a regularly scheduled promotion board will be referred to an ERSB.  Below are examples which may warrant remedial consideration:

    a.  The eligible Marine's record is not considered by a regularly scheduled SNCO selection board (paragraph 3104.3).

    b.  The Marine should have been eligible for consideration but was erroneously omitted/deleted from list of eligible Marines.

    c.  The Marine is denied promotion opportunity as a result of action required by paragraph 1203 and is subsequently acquitted or absolved of all responsibility.

    d.  The Marine is erroneously considered in the wrong zone or
PMOS/OccFld.

    e.  The Marine is denied promotion consideration as a result
of omitted or incorrect eligibility criteria (i.e., DOR, AFADBD,
PEBD).

    f.  The Marine would have been eligible for promotion
consideration but was temporarily retired (i.e., TDRL) and
has since returned to active duty.

    g.  The Marine has a court-martial conviction, NJP, or
civil conviction set aside or overturned.

    h.  The Marine has had fitness reports or other material in
his/her official record removed or corrected by the Performance
Evaluation Review Board (PERB) or the BCNR.

        (1) The removed or corrected material must have been adverse.
The decision to remove or correct the material must have been based on
the fact that its inclusion in the Marine's record constituted a clear
injustice.  (Note:  Marines in this situation must ensure all actions
of the PERB or BCNR are complete prior to submitting their request for
remedial promotion consideration (i.e., removal of adverse material
from the official record)).

        (2) Marines must understand that remedial promotion consideration
is not automatic and a separate request must be submitted to the CMC
(MMPR-2) after completion of the PERB or BCNR action in order to
receive remedial promotion consideration.  Marines who have adverse
material removed from their records by PERB or BCNR whose EAS will
carry them beyond the scheduleld adjournment date of the next regularly
scheduled selection board for the grade to which they qualify for
remedial consideration will be placed before that board in the
appropriate zone for remedial consideration by the regularly
scheduled board.  Their cases will not be referred to the ERSB.
If they are selected by the regular board, their DOR will be adjusted
to place them with their peers who were selected by the board for
which they qualified for remedial consideration.  The ERSB will
consider the cases of Marines whose EAS occurs before the
scheduled adjournment date of the next regularly scheduled
selection board.

    i.  The Marine completed all appropriate PME requirements
(section 3300 of this Manual) prior to the convening date of the
selection board, however, the board did not find the Marine's PME
complete during the board proceedings.

2.  The examples listed above reflect the types of cases most commonly
referred by the CMC (MMPR-2) to the ERSB for consideration.  They are
not all-inclusive, and not all such cases will be forwarded to the ERSB.

3.  Due diligence requires that a Marine identify errors, discrepancies
or an injustice in his or her record in a timely manner and initiate
appropriate corrective action.  Accordingly, a Marine's request for
remedial consideration must detail the steps taken to ensure the
completeness and accuracy of his or her official records prior to
the convening of the selection board which considered but did not
select the Marine.  If the error is discovered and corrected following
the adjournment of the board, the Marine must address the reason(s)
why the error was not discovered and corrected prior to the convening
date of the board.  The burden of proof in this regard lies jointly
with the Marine and the command, and is a factor in the decision
process to grant or deny remedial consideration.

4.  The CMC (MMPR-2) will make the final determination of
eligibility for remedial selection consideration.  Due diligence
requires that requests for corrective action and remedial
promotion consideration be initiated within one

year from the date of the notification of nonselection.  The date of the notification of nonselection is considered to be the date the MARADMIN announcing the Marines selected for promotion by the regularly scheduled selection board is published.  Requests made after this period of time normally will be disapproved. The CMC (MMPR-2) may, in the interests of fairness and only under unusual circumstances, forward cases to the ERSB that fall outside the one-year limit.

5.  In view of the above, the following examples will not normally constitute a basis for granting remedial consideration for promotion:

   a.  Material removed from a Marine's record that could not have been seen by a regularly scheduled selection board (i.e., a fitness report removed from the Marine's record that was submitted after the adjournment of the board).

   b.  The Marine's request is based solely upon dissatisfaction with the results of the selection board (i.e., nonselection).

   c.  When the Marine's request is based upon material contained in his or her record which he or she believes is unjust and this material has not been removed by the PERB or BCNR.

   d.  The Marine submitted a nonselection request to the selection board and then changed his mind.

   e.  When a Marine's request is based upon a recent lateral move, change of MOS/OccFld, or periods of time assigned to billets outside his or her MOS/OccFld, and he or she believes nonselection was based upon a lack of MOS/Occfld credibility.

   f.  Missing or late submission of fitness reports.

   g.  Date gaps on the Marine's Master Brief Sheet (MBS) due to missing fitness reports.

   h.  Errors on the Marine's Master Brief Sheet.

   i.  Missing/incorrect information in the OMPF (e.g., awards, certificates, course completions [except required PME]).

   j.  Inaccurate information contained in MCTFS (e.g., erroneous/incorrect PFT, rifle/pistol score).

   k.  Absence of personal correspondence sent to selection board (e.g., photo, letters of recommendation, fitness reports, reserve qualification summary).

   l.  When a Marine fails to demonstrate due diligence in correcting errors, injustices in the record, or in the submission of a request for remedial promotion consideration.

   m.  Marines requesting below zone consideration.

6.  In approved remedial cases, Marines will be granted remedial consideration only for the first board affected by the error or injustice.

7.  Requests for additional remedial consideration under previous versions of this Manual will not be approved unless additional corrective action has been made in a Marine's record.

8.  Marines who have been discharged, transferred to the Fleet Marine
Corps Reserve, transferred to the Retired List, or retired reserve
Marines awaiting payment of retired pay, are not eligible for
consideration by the ERSB, but may petition the BCNR for relief
concerning their case.

3603.  <u>GUIDANCE</u>

1.  Marines who were considered or have been determined to be eligible
for consideration by a regularly convened SNCO selection board who
are granted remedial promotion consideration for that board, will be
considered in the military occupational specialty, component and
category, if applicable, in which they were serving on the convening
date of the selection board for which remedial consideration has been
granted.  This criterion applies even if the Marine has executed a
lateral move to another military occupational specialty or has executed
a component or category change.  If selected by the ERSB, the Marine's
promotion will be effected in the military occupational specialty,
component or category, if applicable, that he or she is serving in
at the time of remedial promotion consideration.  Examples below:

    a.  A Marine is serving in MOS 0369 on the convening date of
the Gunnery Sergeant Selection Board.  The Marine notes a discrepancy
in the AFADBD that placed him in the wrong zone for consideration.
His request for remedial selection consideration is approved.  In
the period between the adjournment of the selection board and approval
of the request, the Marine has effected a lateral move to military
occupational specialty 0231.  He will still receive remedial
consideration in military occupational specialty 0369, the military
occupational specialty he was serving in on the convening date of
the regularly scheduled SNCO selection board.

    b.  An active duty Marine discovers a discrepancy in his record
after being considered by a regularly scheduled SNCO selection board.
The Marine is granted remedial promotion consideration.  In the
interim, the Marine is released from active duty and transferred
to the IRR.  He will receive remedial promotion consideration with
his contemporaries who were on active duty at the time of the
regularly scheduled SNCO selection board.  If selected, the promotion
will be effected in the IRR.

2.  Marines will normally be granted remedial promotion consideration
for all selection boards affected by the error or injustice,
beginning with the first board following the error or injustice,
except where the provisions of paragraph 3602.4 or other
restrictions apply.

3604.  <u>PROCEDURES</u>

1.  Marines who believe they are eligible for remedial selection
consideration under the provisions of this chapter must send a detailed
request, by naval letter or Administrative Action Request Form
(AA Form), via chain of command to the below address:

            Commandant of the Marine Corps
            Headquarters, U.S. Marine Corps (MMPR-2)
            Harry Lee Hall
            17 Lejeune Road
            Quantico, VA  22134-5104

a.  The following documents should be included as enclosures:

(1) All documents to support the Marine's remedial selection consideration request.

(2) Current promotion photo (per provisions of paragraph 3102 of this Manual).

(3) Other personal correspondence per provisions of paragraph 3102 (i.e., third party letters, certificates).

2.  If it is determined that the Marine's case warrants remedial selection consideration, the case will be prepared and presented to the ERSB for remedial selection consideration by the CMC (MMPR-2).  Depending upon the number of requests for remedial selection consideration, adjudication may take up to 3 months.

3.  The Marine or the command will be notified via naval letter or message of the decision in each case.

4.  If the Marine is not selected by the ERSB, a naval letter will be forwarded via the Marine's chain of command notifying the Marine of the ERSB's decision on all selection boards before which the Marine was considered.  Due to the confidentiality of selection board proceedings, the notification will not state any reason for nonselection.  Marines considered and not selected by the ERSB are encouraged to contact the CMC (MMEA-6) for counseling concerning their official military records.

5.  When a Marine is selected for remedial promotion, a naval message will be forwarded to the command.  The CMC (MMPR-2) will effect the promotion with a DOR and effective date of the first day of the month in which the Marine's seniority number is reached, unless the provisions of paragraph 3600 apply.  In cases where the provisions of paragraph 3600 apply, the effective date will be the date the result of the ERSB is approved.  In instances where the Marine's seniority number has not yet been reached, his or her name will be added to the list of those selected and he or she will be promoted based upon seniority among those selected by the regularly convened SNCO selection board.

6.  Where Marines are approved for remedial selection by the ERSB, and only the DOR is adjusted (i.e., they are already serving in the grade to which they were selected), no promotion warrant will be prepared.

SAMPLE LETTER OF INTENT TO ACCEPT ASSIGNMENT AS A FIRST SERGEANT

From:  Grade, Name, SSN/MOS (eligible Marine)
To:    President of the CY ____ Reserve SNCO Selection Board

Subj:  INTENT TO ACCEPT ASSIGNMENT AS A FIRST SERGEANT

Ref:   (a) MCO P1400.32C
       (b) Document announcing 1stSgt Billet Vacancies


1.  Per the references, I request to be considered for selection to
First Sergeant.

2.  I am willing to accept any of the billet assignments indicated
below:

COMMAND                    LOCATION


                    MARINE'S SIGNATURE

                  FIGUIRE 3-2

3-28

REGULAR AND RESERVE COMPONENT SNCO PRIOR SERVICE INFORMATION SHEET

DATE _____

1.  NAME _____

2.  SSN _____    PRESENT PRIMARY MOS/OCCFLD _____

3.  PRESENT GRADE _____    PRESENT DOR _____

4.  ORIGINAL DOR AS (APPROPRIATE GRADE PREVIOUSLY HELD) _____

5.  AUTHORITY FOR PRESENT DOR _____

6.  PEBD _____    AFADBD _____

7.  RELEASED FROM ACTIVE DUTY/DISCHARGE DATE _____

8.  REENLISTMENT DATE _____

9.  UNIT ADDRESS _____

_____

10.  UNIT DSN AND COMMERCIAL PHONE NUMBER_____

11.  OFFICIAL PHOTOGRAPH SUBMITTED ON (DATE)*_____

*The height/weight/general appearance will be annotated by commander's
certification, if the request is submitted by message.

FIGUIRE 3-3

3-29

CHAPTER 4

SPECIAL PROMOTION PROVISIONS

                                           PARAGRAPH    PAGE

              SECTION 1:  MERITORIOUS PROMOTIONS

MERITORIOUS PROMOTIONS . . . . . . . . . . . . . .4100      4-3

MERITORIOUS PROMOTION OF SNCOS . . . . . . . . . 4101      4-5

MERITORIOUS PROMOTION TO CPL AND SGT IN THE ACTIVE
COMPONENT . . . . . . . . . . . . . . . . . . . . 4102      4-8

MERITORIOUS PROMOTION TO CPL AND SGT (ACTIVE RESERVE)4103      4-9

MERITORIOUS PROMOTION TO CPL AND SGT (SMCR/IRR) . . .4104      4-10

MERITORIOUS PROMOTION TO LCPL, ACTIVE AND RESERVE
COMPONENTS . . . . . . . . . . . . . . . . . . . 4105      4-11

MERITORIOUS PROMOTION TO PFC, ACTIVE AND
RESERVE COMPONENTS . . . . . . . . . . . . . . . 4106      4-11

COMMAND RECRUITING PROGRAM (CRP) MERITORIOUS
PROMOTIONS . . . . . . . . . . . . . . . . . . . 4107      4-11

RECRUITER AIDES  . . . . . . . . . . . . . . . . 4108      4-12

        SECTION 2:  SPECIAL MERITORIOUS PROMOTION PROVISIONS

MARINE CORPS RECRUIT DEPOTS  . . . . . . . . . . 4200      4-13

FORMAL SCHOOLS . . . . . . . . . . . . . . . . . 4201      4-13

              SECTION 3:  POSTHUMOUS PROMOTIONS

GENERAL . . . . . . . . . . . . . . . . . . . . . 4300      4-16

SNCOS  . . . . . . . . . . . . . . . . . . . . . 4301      4-16

CPL AND SGT . . . . . . . . . . . . . . . . . . . 4302      4-16

PFC AND LCPL . . . . . . . . . . . . . . . . . . 4303      4-16

SECTION 4:  PROMOTION OF MARINES SEPARATED FOR PHYSICAL DISABILITY

SNCOS  . . . . . . . . . . . . . . . . . . . .  4400      4-18

PFC THROUGH SGT . . . . . . . . . . . . . . . .  4401      4-18

SECTION 5:  FROCKING

GENERAL  . . . . . . . . . . . . . . . . . . .4500      4-19

CHAPTER 4

SPECIAL PROMOTION PROVISIONS

SECTION 1:  SPECIAL PROMOTION PROVISIONS

4100.  <u>MERITORIOUS PROMOTIONS</u>

1.  <u>General</u>.  The CMC will promote, by means other than the regular
promotion system, exceptionally well-qualified Marines in recognition
of outstanding leadership and performance, per the provisions outlined
below.  Meritorious promotions are intended to promote Marines whose
performance is superior to that of their peers, or to promote Marines
for specific actions/superior achievement.  The term "commander" used
in this chapter is defined as those officers delegated promotion
authority per paragraph 1200.3b.

    a.  The CMC, under certain specific circumstances, may delegate
authority to effect meritorious promotions to specific grades, in
addition to the authority already delegated in this section.  Normally,
the CMC will not delegate the authority to effect meritorious or
accelerated promotions to the grades of SSgt and above.

    b.  Meritorious promotions are not authorized above the grade of
MSgt.  Meritorious promotions to MSgt are limited to the Drill
Instructor and Recruiter of the Year Programs.  Meritorious promotion
to 1stSgt is not authorized.

    c.  Minimum TIG requirements are waived in the case of meritorious
promotions.  However, compliance with minimum TIS requirements as shown
in paragraph 1202, is mandatory.

    d.  Determination of eligibility for meritorious promotion will
be based on the performance of the Marine as reported in the commander's
recommendation and on the Marine's military record.

    e.  Meritorious promotions will not be used as rewards or when
a personal commendation/award is appropriate.  A meritorious promotion
must be based on the Marine's demonstrated capability to discharge the
responsibilities and duties of the higher grade in a satisfactory manner.

2.  Combat Meritorious Promotion Program.  Commanding generals may
award combat meritorious promotions to PFC through Sgt in numbers that
do not exceed the quarterly meritorious promotion allocations established
by paragraphs 4102, 4103 and 4104 of this Manual.  In the cases of Sgts
and SSgts, commanding generals will submit, by naval correspondence,
recommendations for combat meritorious promotion based on meritorious
action and performance in combat or performance under combat conditions
to the CMC (MMPR-2).

    a.  Marines recommended for a combat meritorious promotion
must have demonstrated outstanding leadership to a degree
rarely attained by Marines of equal grade.  Such
leadership performance should justify the Marine being

advanced in grade ahead of all other Marines of the same grade, regardless of TIG or TIS.

    b.  Determination of eligibility for promotion will be based on the command's recommendation, combat performance, and past military record.

    c.  The recommendation for a combat meritorious promotion must be submitted within one year of the meritorious action and performance in combat or under combat conditions.

3.  Non-combat Meritorious Promotion Program.  Commanders may submit recommendations for non-combat meritorious promotion based on a single meritorious act to the CMC (MMPR-2) by naval letter.

    a.  Examples of acts that may qualify under the provisions of this paragraph are:

        (1) The winner of a national or higher level marksmanship match (e.g., the National Trophy Individual Rifle Match; the National Services Rifle Championship; the National Pistol Championship.)

        (2) The winner of individual marksmanship matches in the Olympic Games, Pan-American Games, or International Shooting Union Matches.

        (3) The invention of a weapon or device, or the development of a new technique/process which is of Marine Corps-wide significance and produces a substantial savings in time and money on a continuing basis.

        (4) Commanding generals may submit a recommendation for meritorious promotion to the grade of SSgt for the squad leader of the winning annual rifle squad (super squad) competition.

    b.  Nominations for non-combat meritorious promotions that will result in a promotion in the SNCO grades must be submitted to the CMC (MMPR-2).  The recommendation will include a detailed justification and information about the qualifying act, the Marine's performance, and leadership ability/ accomplishments.

4.  Criteria for Meritorious Recommendations.  Commanders, in their determination of qualifications for meritorious promotions, will be guided by, but not limited to, the following:

    a.  Marines must have completed the required PME for the grade to which being recommended.

    b.  The Marine's performance of duty, in comparison with all known Marines of the same grade without regard to MOS/OccFld, must be to a significant degree superior to that of their peers in order to merit promotion over other qualified Marines in that grade, regardless of TIG.

    c.  The level and type of duty performed within the individual's MOS/OccFld, as well as outside the MOS/OccFld, must be clearly superior to that of his or her peers.

    d.  Superior performance on unusual assignments that reflects
favorably upon the Marine Corps.


4101.  <u>MERITORIOUS PROMOTION OF SNCOS</u>

1.  Annual meritorious SSgt and GySgt promotion allocations will be
determined by the CMC (MPP-20) for active component Marines and the
CMC (RAP-3) for reserve component Marines.  The distribution of
allocations and administrative instructions will be published in a
naval message by the CMC (MMPR-2) prior to each meritorious
promotion period.

2.  The Commanding General, Marine Corps Combat Development
Command; Commanding General, Marine Corps Recruiting Command;
Commanding General, Marine Corps Recruit Depot/Eastern Recruiting
Region; Commanding General, Marine Corps Recruit Depot/Western
Recruiting Region; Commanding General, Marine Corps Reserve
Support Command; Commanding Officer, Marine Security Guard Battalion;
and the Commanding Officer, Marine Aviation Training Support Group,
Pensacola will:

    a.  Conduct local selection boards to nominate drill instructors,
recruiters, and Marine security guards for meritorious promotion to
SSgt and GySgt semiannually.

    b.  Ensure each nominee meets the criteria for meritorious
promotion established in paragraph 4100.4, above, and the TIS
criteria set forth in paragraph 1202.

    c.  Submit via naval message the name, SSN, MOS, grade, component
and category of those Marines nominated to the CMC (MMPR-2).  The
message should arrive at the CMC (MMPR-2) not later than 5 December
and 5 June, annually, for the January and July meritorious promotion
months, respectively.

3.  To be eligible for consideration for meritorious promotion while
assigned to a special duty assignment as a Drill Instructor:

    a.  Nominees must have at least 12 months observed performance of
duty in their special duty assignments.  The observation period begins
on the first day the Marine is assigned to a recruit battalion and
continues through the day recommendations are due at the CMC (MMPR-2).

    b.  The nominee(s) from the Officer Candidate School (OCS) must
have accumulated 12 months of observed time in a drill instructor
billet, regardless of grade, at the OCS.

    c.  The commanders of OCS and MATSG, Pensacola, may use their
meritorious allocation(s) in either the January or July promotion
period.

    d.  The nominee(s) must be a member(s) of the command at the
time the recommendation is submitted and must be filling the special
duty assignment on the 2d day of the month in which the promotion
will be effected (either 2 January or 2 July).

    e.  No waivers of these criteria are authorized.

4.  To be eligible for consideration for meritorious promotion while assigned to a recruiter billet:

    a.  Nominees must have at least 12 months observed performance of duty in their special duty assignment.

    b.  The observation period begins the day the Marine completes the probationary period and is placed on production and continues through the day recommendations are due at the CMC (MMPR-2)

    c.  Nominees must be members of the command at the time the recommendation is submitted and must be filling the special duty assignment on the 2d day of the month in which the promotion will be effected (either 2 January or 2 July).

    d.  No waivers of these criteria are authorized.

5.  To be eligible for consideration for meritorious promotion while assigned to a Marine Security Guard billet:

    a.  Nominees must have at least 12 months observed performance of duty in their special duty assignments.

    b.  The observation period begins the date the Marine arrives at the duty station.

    c.  Nominees must be members of the command at the time the recommendation is submitted and must be filling the special duty assignment on the 2d day of the month in which the promotion will be effected (either 2 January or 2 July).

    d.  No waivers of these criteria are authorized.

6.  Upon approval, the CMC will publish a congratulatory MARADMIN authorizing commanders to effect the promotions.  The CMC (MMPR-2) will input the meritorious promotion entries into the MCTFS.

7.  Commandant of the Marine Corps Drill Instructor of the Year Program.  The recipient of this annual award will be identified in early October by the Commanding General, Marine Corps Combat Development Command (CG, MCCDC).  The CG, MCCDC, will forward the recipient's name and SSN to the CMC (MMPR-2) for unit diary action.  The recipient will be meritoriously promoted to the appropriate grade, sergeant through master sergeant, and assigned a date of rank of 2 October.  MCO 1650.39_ refers.

8.  Commandant of the Marine Corps Recruiter of the Year Program. The recipient of this annual award will be identified in early October by the Commanding General, Marine Corps Recruiting Command (CG, MCRC).  The CG, MCRC, will forward the recipient's name and SSN to the CMC (MMPR-2) for unit diary action.  The recipient will be meritoriously promoted to the appropriate grade, sergeant through master sergeant, and assigned a date of rank of 2 October. EAD recruiters may compete with active duty Marines for Recruiter of the Year.  MCO 1650.38_ refers.

9.  Commandant of the Marine Corps Marine Security Guard of the Year Program.  The recipient of this annual award will be identified in early September by

the Commanding Officer, Marine Security Guard Battalion.  The
Commanding Officer will forward the recipient's name and SSN to
the CMC (MMPR-2) for unit diary action, if applicable.  The
recipient will be meritoriously promoted to the appropriate
grade, lance corporal through gunnery sergeant, and assigned
a date of rank of 2 October.  MCO 1650.42_ refers.

10.  Meritorious SNCO promotions in the Operating Forces.
Meritorious SSgt and GySgt promotion allocations will be determined
annually in January for the calendar year by the CMC (MPP-20) for
active duty Marines in the operating forces.  The CMC (MPP-20) will
assign allocations to MEF commanders and the CO, Marine Corps
Security Force Battalion, by annual MARADMIN.  Recommendations
to fill these allocations will be submitted to the CMC (MMPR-2)
for final approval.  Recommendations may be submitted at any time
during the year.  Submit via naval message the name, SSN, MOS, and
grade of each nominee.  Approved  promotions will be effective on
the 2d day of the month in which the Marine was recommended for
promotion.

     a.  In addition to the minimum TIS requirements for meritorious
promotion stipulated in chapter 1 of this Manual, Marines recommended
for meritorious promotion under this paragraph must have performed
their assigned duties to a degree that clearly merits promotion over
other qualified Marines and justifies consideration for advancement
ahead of other Marines in the same grade.

     b.  Marines recommended for meritorious promotion under this
paragraph should be compared to all other Marines of the same grade,
regardless of MOS.  Their duty performance should reflect favorably
on the Marine Corps.

11.  Meritorious SNCO promotions in the Marine Forces Reserve.
Meritorious SSgt and GySgt promotion allocations will be determined
annually in January for the calendar year by the CMC (RAP) for
reserve component Marines in recognition of their superior performance
of duty and contributions to the Marine Corps Reserve.  Allocations
will be provided to the Commander, Marine Forces Reserve who will
forward nominees to the CMC (MMPR-2) for final approval.
Recommendations may be submitted at any time during the year.
Submit via naval message the name, SSN, MOS, and grade of each
nominee.  Approved promotions will be effective on the 2d day
of the month in which the Marine was recommended for promotion.

     a.  In addition to the minimum TIS requirements for
meritorious promotion stipulated in chapter 1 of this Manual,
Marines recommended for meritorious promotion under this paragraph
must have performed their assigned duties to a degree that clearly
merits promotion over other qualified Marines and justifies
consideration for advancement ahead of other Marines in the
same grade.

     b.  Marines recommended for meritorious promotion under this
paragraph should be compared to all other Marines of the same grade,
regardless of MOS.  Their duty performance should reflect favorably
on the Marine Corps Reserve.

12.  There are no provisions for withholding certificates of
appointment for those Marines who have been approved for meritorious
promotion.  If, on the effective date of a meritorious promotion, a
commander cannot attest to the Marine's continued exceptional
leadership and performance which led to the nomination and
subsequent selection for meritorious promotion, the commander

will forward a request to rescind the meritorious promotion
authority to the CMC (MMPR-2).

4102.  MERITORIOUS PROMOTION TO CPL AND SGT IN THE ACTIVE
COMPONENT

1.  Commanding generals of the Regular and Reserve establishments,
the Commanding Officers, Marine Helicopter Squadron One; Marine
Barracks 8th and I; Headquarters Battalion, Headquarters, U.S.
Marine Corps; Marine Aviation Training Support Groups; Expeditionary
Warfare Training Groups; Marine Corps Support Activity; Marine
Security Guard Battalion; Marine Aviation Detachment, Patuxent River;
Fort Leonard Wood; and Marine Support Battalion are delegated the
authority to effect meritorious promotions to Sgt and Cpl based upon
total onboard strengths of permanent personnel in the grades of Cpl
and LCpl, respectively.  SMCR/AR onboard strength will not be
combined with Active component onboard strength, and AR onboard
strength will not be combined with SMCR onboard strength in any
computations for the respective components.  On the 1st day of each
fiscal quarter (October, January, April, and July), commands will
tally their onboard strength of Cpls and LCpls to establish the
base figure for computing quarterly meritorious promotions.

    a.  Commanding generals of major FMF commands, with units
or individuals attached to Marine Expeditionary Units (MEUs)
which are deployed, may re-delegate a portion of their
meritorious promotion authority to the respective MEU
commanders.  The promotion quotas allocated as a result
of re-delegation will be deducted from the total meritorious
promotions of the parent command.

    b.  Commanders of recruiting stations and district headquarters
will receive quotas for meritorious promotion to Cpl and Sgt from
the commanding generals of the recruit depots/recruiting regions.

2.  Not more than 1/4 of one percent of the Cpls, and 1 percent of
the LCpls, on board on the 1st day of the fiscal quarter (October,
January, April and July) may be meritoriously promoted to the next
higher grade.  Excess fractions will not be carried over if one or
more promotions result from the quarterly computation.

3.  Those commands in which the onboard strength of Cpls and LCpls
does not yield at least one promotion from these percentages will
carry over the fraction each quarter until the accumulation of
fractions results in at least one promotion for each grade.

4.  Should the accumulation of quarterly fractions still result
in less than one promotion for the entire fiscal year after the
computation in July, commanders may then effect one promotion to
the grade of Sgt in August and one promotion to the grade of Cpl
in September, if applicable.

    EXAMPLE:  A command with 1,580 Cpls and 2,860 LCpls on
1 October will rate 3.95 promotions to Sgt on 2 November and
28.6 to Cpl on 2 December, regardless of fluctuations in onboard
strength in the last 2 months of the quarter.  The command may
promote 3 Cpls to Sgt in November and 28 LCpls to Cpl in December.

5.  The months in which quarterly meritorious promotions are to
be effected for Sgt and Cpl, per the provisions of paragraphs
4102.1 through 4 above, are as follows:

    a.  Sgt:  November, February, May, and August

    b.  Cpl:  December, March, June, and September

6.  The Commanding General, Marine Corps Recruit Depot/Eastern
Recruiting Region and the Commanding General, Marine Corps Recruit
Depot/Western Recruiting Region, are delegated the authority to
meritoriously promote, semiannually, effective 2 January and
2 July, 12.5 percent of the onboard strength of Cpls who have
satisfactorily served as DIs or recruiters for 6 months as of
2 January and 2 July, respectively.  Commanders will effect the
promotions on the unit diary and prepare the certificates of
appointment.

7.  Commanding generals are delegated the authority, without reference
to Headquarters, U.S. Marine Corps, to meritoriously promote winners
of their annual rifle squad competition to the grade of Sgt and below.
These promotions will count against their command allocations for the
quarter in which they are effected.  The DOR and effective date will
be the 2d of the month following the competition.

8.  Commanders, in the regular establishment, not under the command
of a general officer (remote location or geographic separation from
the general officer does not qualify under this paragraph), or
commanders not identified in paragraph 4102.1, above, may submit
recommendations by letter to the CMC (MMPR-2) for quarterly
meritorious promotions from LCpl to Cpl and from Cpl to Sgt.
For purposes of this paragraph, the terms "commander" and "command"
do not include Navy or other-service commands to which Marines are
operationally attached.  If the unit or organization is ADCON to a
local Marine command, meritorious requests will be submitted via
that chain of command and not to the CMC (MMPR-2).

9.  There are no provisions for the reallocation of unused quotas
between commands.

10.  There are no provisions for commanders to carry unused quotas
from one quarter to another.  Once the quarter expires, so do any
unused meritorious promotion quotas.

11.  The commanders identified in paragraph 4102 are authorized to
retain meritorious promotion quotas and use them as spot promotions.
However, this promotion counts against the total command authorization
for that promotion quarter.

4103.  <u>MERITORIOUS PROMOTION TO CPL AND SGT (ACTIVE RESERVE)</u>

1.  Meritorious promotions for AR Marines will be authorized annually
vice quarterly.  Annual meritorious promotions will be effected in
August for promotion to sergeant and in September for promotion to
corporal.

    a.  Commanding officers of AR personnel who fall under the
command of a reserve major subordinate command (MSC) commanding
general (i.e., Marine Forces Reserve, 4th Marine Aircraft Wing,
4th Marine Division, and 4th Force Service Support Group),
regardless of the unit's geographical location, must

submit their nominations for meritorious promotion by letter to
their respective MSC commander in accordance with the procedures
established by their respective MSC commander for meritorious
promotion of AR Marines to corporal and sergeant.  Allocations
for meritorious promotions for each MSCs will be determined by
using the formula of not more than 1/4 of one percent of the
Cpls or 1, whichever is more, and 1 percent of the LCpls or 1,
whichever is more, on board on the 1st day of July may be
meritoriously promoted to the next higher grade on 2 August
and 2 September, respectively.  Excess fractions will not be
carried over to the next year.

   b.  Commanding officers of AR personnel in all other commands,
(to include Headquarters, U.S. Marine Corps, EWTGLANT, MARFORLANT,
MARFORPAC, I MACE, II MACE, MCSA Kansas City, EAP, Twentynine Palms
and all Reserve Support Units) must submit meritorious promotion
nominations by letter to the CMC (RA) for the annual meritorious
promotion of AR personnel to sergeant and corporal, based on
guidance published in an annual Marine Corps Bulletin in the
1430 series published by the CMC (RA).

4104.  <u>MERITORIOUS PROMOTION TO CPL AND SGT (SMCR/IRR)</u>

1.  <u>SMCR</u>

   a.  SMCR Marines will compete for meritorious promotion within
their MSC.  The CG, MCRSC, will coordinate all IMA detachment
meritorious promotions.

   b.  Allocations for meritorious promotions will be determined
using the formula prescribed in paragraph 4102.

   c.  Commanding officers who have SMCR Marines attached to
them in an active duty status must submit nominations for
meritorious promotion by letter to the commanding general of
the MSC to which the Marine is permanently assigned/joined.

2.  <u>IRR</u>

   a.  Commanding officers who have IRR Marines attached to them
in an active duty status must submit nominations for meritorious
promotion by letter to the CMC(RA) via the Commanding General,
MCRSC.  IRR Marines in this category include the following.

      (1) EAD with the SMCR (not recruiter aides).

      (2) ADSW (with Active or Reserve component orders).

      (3) Exercise Support orders.

      (4) Reserve Counterpart Training Orders.

   b.  There are no regularly scheduled IRR meritorious promotions
other than for EAD Recruiters.

3.  <u>EAD Recruiters</u>.  Meritorious promotion allocations for recruiters
on EAD will be one per region, annually, for the 2 January
promotion period.  Promotions will be effected per paragraph 4102.6.

4105.  <u>MERITORIOUS PROMOTION TO LCPL, ACTIVE AND RESERVE COMPONENTS</u>

1.  Commanders, as defined by paragraph 1200.3 of this manual,
are delegated the authority to effect meritorious promotions to
LCpl based upon onboard strength of permanent personnel in the
grade of PFC.  Each fiscal quarter, not more than 3 percent of
the PFCs onboard on the 1st day of the fiscal quarter (October,
January, April, and July) may be meritoriously promoted.  Excess
fractions will not be carried over if one or more promotions result
from the quarterly computation.  For those commands in which the
onboard strength of PFCs does not yield at least one promotion from
the percentage, the fraction may be carried over and accumulated each
quarter until it results in at least one promotion.  Should the
accumulation of quarterly fractions result in less than one promotion
for the entire fiscal year after the computation in July, commanders
may then effect one promotion in September.

        a.  The months in which quarterly meritorious promotions to
LCpl are to be effected are December, March, June, and September.

        b.  Meritorious promotions awarded for command recruiting
do not count against the quarterly allocation.

2.  Commanding officers who have IRR Marines attached to them in
an active duty status must submit nominations for meritorious promotion
by letter to the CMC(RA) via the Commanding General, MCRSC.
(See paragraph 4104.2)

4106.  <u>MERITORIOUS PROMOTION TO PFC, ACTIVE AND RESERVE COMPONENTS</u>.
Commanders are authorized to meritoriously promote any Pvt,
permanent personnel (non student), to PFC in recognition of
outstanding leadership or performance.  Commanding officers who
have IRR Marines attached to them in an active duty status must
submit nominations for meritorious promotion by letter to the CMC(RA)
via the Commanding General, MCRSC.  (See paragraph 4104.2)

4107.  <u>COMMAND RECRUITING PROGRAM (CRP) MERITORIOUS PROMOTIONS</u>

1.  Commanders of recruiting stations are authorized to meritoriously
promote any Pvt to PFC who, while in a leave/liberty status or assigned
to the Permissive Recruiter Assistance Program (PRASP), or any member
of the SMCR who is not assigned as a recruiter aide, if otherwise
qualified, who is responsible for the enlistment of one or more
qualified applicants.

2.  Commanders of recruiting stations are authorized to
meritoriously promote any PFC to LCpl who, while in a leave/
liberty status or assigned to the Permissive Recruiter Assistance
Program (PRASP), or any member of the SMCR who is not assigned
as a recruiter aide, if otherwise qualified, is

responsible for the enlistment or reenlistment of two or more
qualified applicants.

3.  Commanders of recruiting stations are authorized to
meritoriously promote any Pvt to PFC or PFC to LCpl who is assigned
to the Permissive Temporary Additional Duty Recruiter Assistant
Program (PTAD), if otherwise qualified, who is responsible for
the enlistment or reenlistment of two or more applicants.

4.  Commanders of recruiting stations, prior to meritoriously
promoting any Marine participating in the CRP, will coordinate
with the Marine's parent command to ensure the Marine is
otherwise qualified for meritorious promotion.

5.  Commanders of recruiting stations will issue the appropriate
promotion warrant and then forward to the Marine's command all
documentation pertaining to the promotion for final administrative
processing.  If the Marine has returned to his or her parent unit
before the meritorious promotion is
effected, commanders should send a letter to the Marine's commanding
officer that contains the necessary information to support the
meritorious promotion.  The Marine's commanding officer may then
effect the meritorious promotion.

6.  All dates of rank and the effective dates for pay and allowances
for meritorious promotions effected under this paragraph will be the
2d day of the month following the month in which the required number
of applicants enlisted or reenlisted.

7.  Reserve Marines participating in the Reserve Recruiter Aide
Program are not eligible for meritorious promotion under this
paragraph.

8.  A Marine may be meritoriously promoted only once during an
assignment to PRASP or PTAD.

4108.  <u>RECRUITER AIDES</u>.  A Reserve PFC, LCpl, or Cpl on active duty
at a recruiting station as recruiter aides can only be promoted by
the Marine's parent command.  Meritorious promotion quotas for
these personnel are included in the quotas assigned per paragraphs
4102 and 4103.  Recruiting station commanders may make meritorious
promotion recommendations to the Marine's parent command.

CHAPTER 4

SECTION 2:  SPECIAL MERITORIOUS PROMOTION PROVISIONS

4200.  <u>MARINE CORPS RECRUIT DEPOTS</u>

1.  Commanding Generals of Marine Corps Recruit Depots are delegated
authority to effect, without reference to Headquarters, U.S. Marine
Corps, meritorious promotions to PFC and LCpl, as prescribed below.

    a.  <u>PFC</u>.  Not more than 10 percent of the Pvts graduating from
recruit training may be meritoriously promoted to the next higher
grade.  Fractions will not be carried over if one or more promotion
results from the computation.  When computing 10 percent, do not
count recruits who are contract promotions to PFC per their Statement
of Understanding.  Promotion to PFC (USMC or USMCR) will be effected
on the date of graduation to rank from the 2d day of the graduation
month, or to rank from the 2d day of the previous month if
graduation occurs on the 1st day of the month.

        EXAMPLE 1:  Graduation is 20 November.  Assign DOR of
2 November and effective date of 20 November.

        EXAMPLE 2:  Graduation is 1 December.  Assign DOR of
2 November and effective date of 1 December.

    b.  <u>LCPL</u>.  Those recruits who are under contract to be promoted
upon graduation to PFC, per their Statement of Understanding, and
are graduating as a platoon honor graduate, may be promoted to LCpl
when, in the opinion of the commanding general, they have
demonstrated outstanding leadership potential.  Promotion to
LCpl (USMC or USMCR) will then be effected on the date of graduation
to rank from the 2d day of the graduation month, or to rank from
the 2d day of the previous month if graduation occurs on the 1st
day of the month.

4201.  <u>FORMAL SCHOOLS</u>

1.  Commanders responsible for administration of personnel assigned
to formal schools of 12 weeks or more in duration, regardless of
sponsor, are delegated authority to effect, without reference to
Headquarters, U.S. Marine Corps, the meritorious promotion of
Marines to the following grades, subject to the below criteria:

    a.  <u>PFC</u>.  Five percent the Pvts in each class after the
first month in residence.

    b.  <u>LCPL</u>.  Those PFCs graduating in the top 5 percent of all students,
regardless of USMC component, in the class.

EXAMPLE:  A PFC graduates on 17 December in the top 5 percent of the class.  The Marine is entitled to a meritorious promotion to LCpl.  The promotion will be effected with a DOR of 2 December effective 17 December.

EXAMPLE:  A Private is responsible for recruiting two applicants who enlist in the Marine Corps on 23 November.  The same Marine is graduating on 17 December in the top 5 percent of the class.  He or she is entitled to meritorious promotion to PFC per MCO 1130.53_ and to meritorious promotion to LCpl for graduating in the top 5 percent of all students.  Both promotions cannot be effected with a DOR of 2 December.  The Marine will be promoted to PFC with a DOR of 2 November and effective date of 30 November, and to LCpl with a DOR of 2 December, effective 17 December.

c.  Students in the grades of LCpl and above are not eligible for meritorious promotion as the result of exceptional scholastic achievement while attending these schools.

2.  Commanders of MOS-producing schools responsible for the administration of personnel assigned to formal schools of under 12 weeks duration, regardless of sponsor, are delegated authority to effect, without reference to Headquarters, U.S. Marine Corps, the meritorious promotion of Marines to the following grades, subject to the below criteria:

a.  PFC.  Five percent of the Pvts in each class after the first month in residence, or upon graduation, whichever occurs first.

b.  LCPL.  Those PFCs who finish first in their class, regardless of USMC component.

3.  Commanders responsible for the administration of formal schools conducting entry-level training resulting in the assignment of the initial primary MOS, for which quotas are established by the CMC, are delegated authority to effect, without reference to Headquarters, U.S. Marine Corps, the meritorious promotion of Marines to the following grades, subject to the limitations indicated:

a.  PFC.  Those Pvts in the top 5 percent of all students, regardless of their USMC component, in each class after the 30th training day in residence or upon graduation, whichever occurs first. The promotions will be effected on the date of graduation to rank from the 2d day of the graduation month, or on the 2d day of the previous month if graduation occurs on the 1st day of the month.

EXAMPLE:  A Marine begins training on 12 June; completes 30th day in residence 11 July; finishes in the top 5 percent of Pvts on board; should be meritoriously promoted to PFC with DOR 2 July and effective date of 11 July.

b.  LCPL.  Those PFCs graduating in the top 5 percent of all students, regardless of USMC component, in the class.  The promotions will be effected on the date of graduation to rank from the 2d day of the graduation month, or the 2d day of the previous month if graduation occurs on the 1st day of the month.

    c.  If the 5 percent computation results in less than one
promotion, commanders may effect the meritorious promotion of
the Honor Graduate only.  (the number one graduate of all
students, regardless of USMC component).

    d.  Students in the grade of LCpl or above are not eligible
for meritorious promotion as the result of exceptional scholastic
achievement while attending these schools.

4.  Commanders of Marine Corps administrative activities
conducting aviation technical training, field skills training
(FST), or managed on-the-job training (MOJT), specifically approved
by the CMC for the purposes of providing entry-level training which
results in the assignment of an initial primary MOS, are authorized
to meritoriously promote Marines who have demonstrated outstanding
technical abilities or leadership potential.

    a.  _PFC_.  Five percent of the Pvts in each class after the
30th training day in residence, or upon graduation, whichever
occurs first.  Assign a DOR and effective date as the 2d day
of the month following the month in which the Marine completed
the 30th training day in residence.

    b.  _LCPL_.  Those Marine PFCs graduating in the top 5 percent
of all students, regardless of USMC component, in the class.  The
promotions will be effected on the date of graduation to rank from
the 2d day of the graduation month, or the 2d day of the preceding
month if graduation occurs on the 1st day of the month.  If, during
the same month, a Marine is meritoriously promoted to PFC, and
subsequently graduates in the top 5 percent of the class in which
the total population allows for a meritorious promotion to LCpl,
the Marine is precluded from receiving a second promotion within
the same month.  However, both promotions can be effected if the
DOR and effective date to PFC and the DOR and effective date to
LCpl occur in 2 separate months.

                                                        4-15

CHAPTER 4

SPECIAL PROMOTION PROVISIONS

SECTION 3:  POSTHUMOUS PROMOTIONS

4300.  GENERAL.  A Marine who is selected for promotion but is
unable to accept the promotion because of death may be posthumously
promoted.  The CMC (MMPR-2) may authorize commanders to issue a
posthumous promotion upon receipt of a Personnel Casualty Report
(PCR) involving a death, subject to the guidelines below.

1.  The certificate shall be delivered to the Casualty
Assistance Call Officer for subsequent delivery to the next
of kin.

2.  The beneficiary(ies) will not be entitled to receive any
bonuses, gratuity, or pay and allowances by virtue of the
posthumous promotion.

3.  Posthumous promotions will not be effected if the circumstances
surrounding the death served to bring discredit upon the Marine
Corps.

4301.  <u>SNCOS</u>.  When Sgts and SNCOs are selected for promotion by a
SNCO selection board to the next higher grade, their promotions are
not immediately effected.  Their names are placed on a selection list
in seniority order along with their contemporaries.  If death occurs
prior to their seniority number being reached, they may be
posthumously promoted upon request by the commander and subsequent
approval by the CMC (MMPR-2).  The DOR and effective date will be
the date of death.  If the commander is aware of any restrictions
which would preclude the promotion, the commander should note these
in the PCR.

4302.  <u>CPL AND SGT</u>.  The posthumous promotion procedure is not
normally applicable in the grades of LCpl and Cpl.  Promotions
in these grades are immediately effected once the Marine attains
the required cutting score as evidenced by a "SEL GRADE" entry on
the unit's DFR.  If death occurs on or after the date authorized
for promotion, and the promotion has not yet been effected, the
commander may effect the promotion posthumously without reference
to Headquarters, U.S. Marine Corps.

        EXAMPLE:  A Cpl with PMOS 0311 has composite score of 1720
and the required cutting score for MOS 0311 for the November
promotion period is 1715.  The Marine has a "SEL GRADE" flag on
the DFR, but the Marine is in transit or on leave on the 1st of
November, and death occurs prior to the promotion being effected.
The posthumous promotion may be effected by the commander with a
DOR of 1 November and effective the date of death.

4303.  PFC AND LCPL.  The posthumous promotion procedure is not
normally applicable in the grades of Pvt and PFC.  Promotions in
these grades are immediately effected once the Marine attains the
required TIG as evidenced by a "SEL GRADE" entry on the unit's DFR.
If death occurs on or after the date authorized for promotion, and
the promotion has not yet been effected, the commander may effect
the promotion posthumously without reference to Headquarters, U.S.
Marine Corps.

EXAMPLE:  A Pvt entering active duty 12 June meets the required 6 months TIG for promotion to PFC on 1 December, as indicated by the "SEL GRADE" entry in the MCTFS.  The Marine is in transit or on leave the 1st of December, and death occurs prior to the promotion being effected.  The posthumous promotion may be effected by the commander with a DOR of 1 December and effective the date of death.

4-17

CHAPTER 4

SPECIAL PROMOTION PROVISIONS

SECTION 4:  PROMOTION OF MARINES SEPARATED FOR PHYSICAL DISABILITY

4400.  <u>SNCOS</u>.  Those Marines in the grades of Sgt and above who have been selected for promotion, and who are to be separated from active duty because of physical disability prior to their seniority number being reached, may be promoted with a DOR of the 1st day of the month of discharge/retirement and effective the last day of active duty, provided they are otherwise qualified.

1.  Upon completion of the final physical disability evaluation proceedings by the Secretary of the Navy, the command will forward, via naval message, the exact date of separation to the CMC (MMPR-2) requesting appointment in the selected grade prior to the Marine's scheduled separation date.

2.  When a Marine in the grade of Sgt and above is found fit to return to active duty or Reserve status from the Temporary Disability Retirement List (TDRL) and consents to return, the Marine will be reappointed to the current grade with a DOR and effective date of the date of reenlistment.  These Marines will compete for regular promotion in their PMOS or OccFld once they become eligible; however, they may qualify for earlier consideration by virtue of prior satisfactory service in the same or higher grade.  Refer to paragraph 3201 for additional guidance.

4401.  <u>PFC THROUGH SGT</u>

1.  Promotions of Marines in the grades of Cpl and below are administered by local commands.  The commander of Marines who have been found physically unqualified for further active service because of physical disability will determine their eligibility for promotion.  In determining a composite score for LCpls and Cpls, the cutoff date for TIG and TIS will include the last day of the promotion quarter in which the Marine's Medical Evaluation Board (MEB) is dated.  When a Marine is transferred to another command pending physical disability proceedings and the Marine is not recommended for promotion, an entry will be made on the administrative remarks page of the SRB concerning the commander's non-recommendation for promotion.  Upon receipt of separation authority from the CMC (MMSR-4), those LCpls and Cpls whose composite score meets or exceeds the cutting score requirement for their MOS/OccFld for the most recent promotion period may be promoted.

2.  In cases where a MEB is not referred to a PEB, Marines in the grades of Pvt through Cpl may be promoted under the guidelines above upon receipt of the MEB from the convening authority directing separation.

3.  When a Marine in the grade of Cpl and below is found fit for to return to active duty or Reserve status from the TDRL, and consents to return, the Marine will be reappointed to the current grade with a DOR and effective date of the date of reenlistment.  These Marines will compete for regular promotion once they attain the minimum TIG/TIS.  The TIG in the current grade from a previous enlistment (USMC/USMCR) may be included in the computation of composite scores for lance corporals and corporals.  The TIS is computed from the adjusted AFADBD.  Refer to paragraph 2501 for additional guidance.

CHAPTER 4

SPECIAL PROMOTION PROVISIONS

SECTION 5:  FROCKING

4500.  <u>GENERAL</u>.  Authority to frock enlisted Marines is delegated
to Marine commanding generals.  The following restrictions apply.

1.  Marines may only be frocked if they have been selected for
promotion by a regularly scheduled or remedial staff
noncommissioned officer (SNCO) promotion selection board.

2.  The frocking of SNCOs will be approved only under unusual
circumstances that make it clearly in the best interests of the
Marine Corps.  These circumstances normally include Marines in
one of the following categories:

    a.  Permanently assigned as the principal enlisted assistant
to the commander.

    b.  Permanently serving on a joint staff or similar type duty
where a selected SNCO may be either denied privileges afforded
other service enlisted that are frocked, or could be placed in
a situation of having to work for another service's enlisted person,
who is frocked, but actually junior to the Marine in question.

    c.  Permanently serving in a billet that requires significant
external liaison responsibilities with other services or Government
agencies.

3.  Selected first sergeants/master sergeants/master gunnery
sergeants/sergeants major who receive PCS/PCA orders from the CMC
(MMEA) for assignment to senior leadership positions will have
frocking authority included in their orders.  Additionally,
selected SNCOs slated to serve with joint commands or with sister
services may receive frocking authority with their PCS/PCA orders.
Frocking will occur prior to detaching for new duty station.

4.  Marines who are frocked do not accrue additional pay and
allowances until they are actually promoted.  They are, however,
issued a new identification card in the frocked grade.

5.  Frocking authority should be rescinded in cases where Marines
who are frocked are subject to disciplinary or competency review
proceedings.  Marines should appear before an NJP authority, a
court-martial or a competency review board in their permanent grade,
not in their frocked grade.

6.  Where Marines are assigned to commands that are not ADCON to
a Marine commanding general, requests for frocking should be forwarded
to the CMC (MMPR-2).

7.  Commanding generals who frock enlisted Marines will report
the following information to the CMC (MMPR-2 and MMEA), by naval
message or letter, relative to each Marine who is frocked:  name,
SSN, MOS, select grade, T/O number, line number, T/O grade.

CHAPTER 5

EFFECTING PROMOTIONS

|  | PARAGRAPH | PAGE |
|---|---|---|

SECTION 1:  EFFECTING PROMOTIONS

GENERAL . . . . . . . . . . . . . . . . . . 5100   5-3

APPOINTMENTS . . . . . . . . . . . . . . 5101   5-3

DATE OF RANK . . . . . . . . . . . . . . 5102   5-3

PREPARATION OF CERTIFICATES OF APPOINTMENT . . . 5103   5-4

SECTION 2:  UNDELIVERED SNCO APPOINTMENTS

UNDELIVERED SNCO APPOINTMENTS . . . . . . . . . . 5200   5-5

FIGURES

5-1   NCO MERITORIOUS PROMOTION . . . . . . . . .   5-9

5-2   SGT AND CPL REGULAR PROMOTION . . . . .   5-10

5-3   REGULAR PROMOTION TO LANCE CORPORAL . .   5-11

5-4   REGULAR PROMOTION TO PFC . . . . . . .   5-12

5-5   SSGT AND GYSGT MERITORIOUS PROMOTION . .   5-13

5-6   SGT AND CPL DRILLING RESERVE AND ACTIVE RESERVE
      PROMOTION . . . . . . . . . . . . . . . . .   5-14

5-7   SGT AND CPL REGULAR REMEDIAL PROMOTION . . . . .   5-15

5-8   SGT AND CPL DRILLING RESERVE AND ACTIVE RESERVE
      REMEDIAL PROMOTION . . . . . . . . . . . . .   5-16

5-9   SNCO REMEDIAL PROMOTION . . . . . . . . . . . .   5-17

5-10  REGULAR SNCO PROMOTION . . . . . . . . . . . .   5-18

5-11  SNCO DRILLING RESERVE AND ACTIVE RESERVE
      PROMOTION . . . . . . . . . . . . . . . . . .   5-19

CHAPTER 5

EFFECTING PROMOTIONS

SECTION 1:  EFFECTING PROMOTIONS

5100.  <u>GENERAL</u>.  Even though a select grade is posted in MCTFS or the Marine's name is listed on the monthly SNCO promotion MARADMIN, the Marine is not considered promoted until the warrant is delivered by a commissioned officer during an appropriate ceremony.  The commissioned officer may be any officer the Marine chooses, including retired officers.  However, prior to conducting the ceremony, the Marine's commander must comply with paragraph 1200.4.

1.  Method of Effecting SNCO Promotions.  SNCO promotions are effected monthly to fill vacancies that occur on a Marine Corps-wide basis.  The vacancies are filled by promoting selectees in order of seniority. Certificates of appointment are prepared locally and countersigned by the commander.  The CMC (MMPR-2) publishes monthly MARADMINs authorizing the promotion of SNCOs and providing the projections for promotions for the following month.

2.  An appointment to a higher enlisted grade issued by the CMC is effective for purposes of pay and allowances from the date indicated in the monthly MARADMIN authorizing the promotion, unless subsequently withdrawn per paragraph 5200.

3.  Commanders will effect promotions to the grades of Sgt and below.

4.  An appointment to a higher enlisted grade issued by the commander, as authorized per the provisions of paragraph 3600 (remedial promotion), will be effected on the date specified in the naval message authorizing the promotion.  The promotion will be reported on the unit diary by the CMC (MMPR-2).

5.  The certificate of appointment will be delivered to the Marine concerned upon receipt of the monthly promotion MARADMIN, but not prior to the first day of the month the promotion is to be effected.

5101.  <u>APPOINTMENTS</u>.  All appointments to the next higher grade will be permanent appointments.  Permanent appointments can be terminated only by the promotion, reduction, or discharge of the individual concerned.

5102.  <u>DATE OF RANK</u>.  Upon advancement to a higher enlisted grade, and as directed by the CMC, enlisted Marines will be assigned a DOR. The sole purpose of a DOR is to establish relative seniority within a particular grade.  Unless otherwise directed by the CMC, the DOR assigned upon promotion to the next higher grade through the normal promotion system will be the 1st day of the month in which the promotion is effected.  The DOR assigned upon promotion to the next higher grade through the meritorious promotion system will be the 2d day of the month in which the promotion is effected.

5103.  <u>PREPARATION OF CERTIFICATES OF APPOINTMENT</u>

1.  A certificate of appointment will be prepared for each Marine
promoted to any grade above the grade of Pvt on a date subsequent
to enlistment or reenlistment.

    a.  Certificates of appointment will not be prepared for Marines
who are appointed to a grade above Pvt at the time of enlistment or
reenlistment.  The enlistment contract or application for enlistment
will serve as the appointing certificate.

    b.  Certificates of appointment will not be prepared for Marines
enlisted in the Platoon Leaders Class, Officer Candidate Course, or
Aviation Officer Candidate Course.

2.  Commanders will prepare an original certificate of appointment
for delivery to the individual Marine concerned (script font or
computer font may be used).

3.  Certificates of appointment will be prepared as shown in the
examples in figures 5-1 through 5-11:

    a.  Certificates of appointment prepared for regular promotions
(USMC and USMCR) will reflect the 1st day of the month as the DOR
and effective date of promotion, unless specifically directed otherwise
by the CMC.

    b.  Certificates of appointment prepared for meritorious promotions
will reflect the 2d day of the month for the advanced grade as the DOR
and the effective date of promotion, unless specifically directed
otherwise by this Manual or the CMC.

    c.  Certificates of appointment will not be prepared showing
an effective date as a date prior to the DOR.

4.  Certificates of appointment prepared for reserve component
personnel will have the words "RESERVE OF THE" typed directly above
and centered over "UNITED STATES MARINE CORPS."  (e.g., see figure
5-6, 5-8 and 5-11.)

5.  DSSC servmarts and commanders who are not supplied by a local
servmart are directed to requisition warrants from MCLB, Albany,
through normal supply channels.  Ordering information for the
warrants:

            Form title:  SNCO Promotion Warrants
            Form No:     DD216MC (1 Aug 99), SN:  0000-00-007-1660
            U/L:         25 per package

6.  Place a gold notarial seal, stamped with the Marine Corps seal,
in the bottom left-hand corner of the SNCO promotion warrant.  Place
the seal over the SNCO promotion warrant ordering information and
center it between the edge, the bottom, and the commanding officer
signature block.  Figure 5-10 on page 5-18 reflects the position of
the seal on the warrant.  Ordering information for the seals:

          Form title:  Seal, notarial, paper, gold color, 2 5/16" diameter
          Form No:     NSN 7520 00 995 7481
          U/L:         30 per box

CHAPTER 5

SECTION 2:  UNDELIVERED SNCO APPOINTMENTS

5200.  <u>UNDELIVERED SNCO APPOINTMENTS</u>

1.  When the commanding officer determines that a Marine who has been selected for promotion by a HQMC SNCO selection board is unqualified for promotion, he will immediately notify the CMC (MMPR-2), by naval message, that he intends to recommend delay or revocation of the Marine's certificate of appointment.

2.  Once the initial notification (naval message) is received by this Headquarters, the commanding officer is not authorized to promote the Marine without specific written authority from the CMC (MM).

3.  Within 30 days of submitting the advance notification of intent to withhold or delete the Marine's selection, a full, detailed repor of the circumstances will be forwarded by the commanding officer, via the chain of command, to the CMC (MMPR-2).  The report will contain the commanding officer's specific recommendation for delivering, delaying or revoking the appointment.

    a.  The recommendation must be signed by the commanding officer, officer-in-charge, or officer acting in the respective capacity. "By direction" signatures are not authorized.

    b.  The Marine's statement.  The Marine will be afforded the opportunity to review the commanding officer's recommendation, to include all information used by the commander to substantiate the recommendation.  The Marine MUST, at a minimum, submit a signed copy of one of the following statements (whichever one best fits the circumstances).  The Marine may also provide additional comments in subsequent paragraphs or have someone prepare a statement on his or her behalf.  Any third party statements must be endorsed by the Marine, acknowledging that the statement is submitted with his or her knowledge.  The following formatted sentences will be used as the opening paragraph in the Marine's statement, and should fit most of the cases.  In unusual cases, the opening paragraphs may be modified to fit the circumstances.

        (1) Where the commanding officer recommends delivering the Marine's appointment:

        "I have been informed that my recent (conduct/substandard performance/NJP/DWI/assignment to weight control/military appearance program, etc.) will be reported to the Commandant of the Marine Corps (CMC).  I have reviewed my commanding officer's letter to the CMC with the recommendation that my appointment to (grade) be delivered.  I understand that the CMC may act to deliver, delay, or revoke my appointment.  I do/do not desire to make a statement."

        (2) Where the commanding officer recommends delaying the Marine's appointment:

"I have been informed that my appointment to (grade) is under consideration for delay by the Commandant of the Marine Corps (CMC). I have reviewed my commanding officer's letter to the CMC with the recommendation that my appointment to (grade) be delayed for months. I understand that the CMC may act to deliver, delay, or revoke my appointment, or to delay my appointment for a period longer than recommended. I do/do not desire to make a statement."

(3) Where the commanding officer recommends revoking the Marine's appointment:

"I have been informed that my appointment to (grade) is under consideration for revocation by the Commandant of the Marine Corps (CMC). I have reviewed my commanding officer's letter to the CMC with the recommendation that my promotion be revoked. I understand that the CMC may act to deliver, delay, or revoke my appointment. I do/do not desire to make a statement."

c. If a promotion has been delayed by the CMC, and the commanding officer desires to recommend the Marine for promotion, the commanding officer will submit a request for delivery of the Marine's appointment, via the chain of command. The Marine will be given the opportunity to make a statement. The opening sentences of the Marine's statement should read:

"I have been informed that my commanding officer is requesting my appointment to (grade) be delivered by the CMC. I have reviewed my commanding officer's recommendation that I be promoted. However, I understand that the CMC may act to deliver, delay, or revoke my appointment. I do/do not desire to make a statement."

d. If an appointment has been delayed by the CMC, and the commanding officer desires to recommend the Marine's appointment be revoked, the commanding officer will submit a request for revocation, via the chain of command. The Marine will be given the opportunity to make a statement. The opening sentences of the Marine's statement should read:

"I have been informed that my commanding officer is requesting my appointment be revoked by the CMC. I have reviewed my commanding officer's recommendation that my appointment to (grade) be revoked. I understand that the CMC may act to deliver, delay, or revoke my appointment. I do/do not desire to make a statement."

e. If a Marine refuses to sign a statement acknowledging the commanding officer's recommendation, the commanding officer will attest in the basic correspondence or addendum memorandum that the Marine was counseled concerning the contents of the recommendation and refused to sign.

g. If the Marine is unavailable for signature, forward a copy of the recommendation and documentation substantiating the recommendation to the Marine for review via certified mail. Advise the Marine that the recommendation will be forwarded without a statement if a response is not received within 10 days of the date of notification by certified mail. If a response is not received, the commanding officer will append a memorandum to this effect to the recommendation upon submission via the chain of command (include a photocopy of the certified mail receipt and correspondence to Marine).

4.  The recommendation MUST be submitted via the chain of command.
Endorsements from commanders in the chain of command MUST include
a specific recommendation, not simply be "forwarded" or "forwarded
recommending approval."  Endorsements must be signed by the
commanding general, chief of staff, commander or commanding
officer, officer-in-charge, or officer acting in the respective
capacity.  "By direction" signatures are not authorized.

5.  If a commander in the endorsing chain of command forwards a
recommendation that is less favorable (e.g., revoke instead of delay)
or includes additional adverse information not previously cited, then
the Marine must be afforded an opportunity to review the endorsement.
In such cases, the Marine must be provided an opportunity to provide
an additional statement attesting that he or she has reviewed the
endorsement and/or additional adverse information and been provided
an opportunity to make additional comments.  If subsequent commanders
in the chain of command forward a recommendation that is more favorable
to the Marine, then there is no requirement to return the package to
the Marine for another statement.

6.  Upon receipt of the detailed report, the CMC may:

    a.  Direct the command to immediately deliver the appointment.

    b.  Delay the appointment.  The period of delay will vary, but
normally will not exceed 6 months.  However, once the six month
delay has expired, the commander may request further delay.

    c.  Revoke the appointment and remove the Marine's name from
the appropriate selection list.

7.  Commanders may appeal a promotion decision of the CMC (MM).
A request for reconsideration should be based on the belief that the
CMC may not have been aware of all of the circumstances surrounding
the case, and that an injustice has occurred.  Substantial, detailed
documentation must accompany a request for reconsideration.  Submit
requests for reconsideration, along with the Marine's statement, to
the CMC (MMPR-2), via the chain of command.  Following a review of
the request, a final determination will be made by the CMC.  Only
one request for reconsideration may be submitted to the CMC.  Any
subsequent request for relief or reconsideration following a final
determination by the CMC must be submitted to the BCNR for
adjudication.

8.  If a Marine whose appointment has been delayed by the CMC is
subsequently transferred or discharged during the delay period,
the commanding officer must notify the CMC (MMPR-2) and make an
entry on the administrative remarks page of the SRB regarding the
Marine's qualifications for promotion.  Similarly, if a Marine
whose appointment is pending revocation by the CMC is subsequently
transferred or discharged before the recommendation is adjudicated,
the commanding officer must notify the CMC (MMPR-2) and make an entry
on the administrative remarks page of the SRB regarding the Marine's
qualifications for promotion.  This precludes the receiving commander
from unknowingly effecting the promotion of a Marine whose appointment
has been delayed and precludes the BCNR from erroneously correcting a
Marine's record after separation.

9.  Where an appointment is under consideration for delay or
revocation by the CMC, or has been delayed, and the
commanding officer submits an additional recommendation
containing additional unfavorable information, the

Marine MUST be afforded the opportunity to submit a written comment
on the additional information.  The commander's action to forward
the added information should be accomplished within 10 days of its
receipt by the commander.

10.  After a period of delay, the CMC may direct delivery of the
appointment with a new DOR and effective date at the time the
commander certifies the Marine is qualified for promotion.  The
only instance when the Marine is issued a certificate of appointment
with the originally assigned DOR and effective date is in the case
of delay where the Marine is subsequently exonerated of all
wrongdoing.

11.  A Marine whose name is removed from a promotion list will be
considered to have been passed over by that selection board.  The
Marine will continue to be eligible for consideration for promotion
by subsequently convened selection boards.  However, Marines who
refuse their appointments are not eligible for consideration by
subsequent selection boards.

12.  Marines whose appointments are in a delay status are not
eligible for remedial consideration for any selection board(s)
they would have been eligible for if the appointment had not been
in a delay status.

13.  Marines whose appointments are revoked are not eligible for
remedial consideration for the selection board from which their
appointments are revoked.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of*     JOHN J. DOE 123 45 6789     *, I do appoint this Marine a*    SERGEANT (MERITORIOUSLY)    *in the*

# United States Marine Corps

*to rank as such*   SECOND   *day of*   FEBRUARY   *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto belonging. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at*   Headquarters, 1st Marine Division, FMF *this*   SECOND   *day of*   FEBRUARY   *in the year of our Lord two thousand*

AUTHORITY   MCO P1400.32C par. 4102       /s/ _____

DATE PROMOTION
IS EFFECTIVE FOR PAY   2 February 2000
AND ALLOWANCES _____
This appointment is effective for
pay and allowances on 2 February 2000

                 JOHN SMITH
            Major General, USMC
               Commanding

DD FORM 1 AUG 68 216 MC                   S/N 0109-LF-985-0800

Figure 5-1.--NCO Meritorious Promotion.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* CORPORAL *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* DECEMBER *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto belonging. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters Battalion, 2d Marine Division *this* FIRST *day of* DECEMBER *, in the year of our Lord two thousand*

AUTHORITY MCBul 1430 of 25 November 2000     /s/ _____

DATE PROMOTION
IS EFFECTIVE FOR PAY 1 December 2000
AND ALLOWANCES
This appointment is effective for          JOHN SMITH
pay and allowances on 1 December 2000       Colonel, USMC
                                             Commanding

DD FORM 216 MC                                          S/N 0109-LF-985-0800

Figure 5-2.-Sgt and Cpl Regular Promotion.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* LANCE CORPORAL *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* JANUARY *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters Battalion, 1st Marine Division *this* FIRST *day of* JANUARY *, in the year of our Lord two thousand*

AUTHORITY  MCO P1400.32C par. 2100.2          /s/ _____

DATE PROMOTION
IS EFFECTIVE FOR PAY  1 January 2000
AND ALLOWANCES

This appointment is effective for
pay and allowances on 1 January 2000

                                   JOHN SMITH

                                   Colonel, USMC
                                   Commanding

DD FORM 216 MC 1 AUG        S/N 0109-LF-985-1800

Figure 5-3.-Regular Promotion to LCpl.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* PRIVATE FIRST CLASS *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* FEBRUARY *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters Battalion, 1st Marine Division *this* FIRST *day of* FEBRUARY *, in the year of our Lord two thousand*

AUTHORITY  MCO P1400.32C par. 2100.1          /s/ _____

DATE PROMOTION
IS EFFECTIVE FOR PAY    1 February 2000
AND ALLOWANCES                              JOHN SMITH _____

This appointment is effective for            Colonel, USMC
pay and allowances on 1 February 2000        Commanding

DD FORM 216 MC                                      S/N 0109-LF-985-1800

Figure 5-4.—Regular Promotion to PFC.

5-12

# United States Marine Corps

*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities*

*of* JOHN J. DOE 123 45 6789 *, I do*

*appoint this Marine a* STAFF SERGEANT (MERITORIOUSLY) *in the*

## United States Marine Corps

*to rank as such from the* SECOND *day of* JANUARY *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters United States Marine Corps *this* SECOND *day of* JANUARY *, in the year of our Lord two thousand*

/s/ _____

J. L. Jones
COMMANDANT OF THE MARINE CORPS



(1420)

Figure 5-5.-SSgt and GySgt Meritorious Promotion.

5-13



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* CORPORAL RESERVE OF THE *in the*

# United States Marine Corps

*to rank as such* FIRST *day of* OCTOBER *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto belonging. And I do strictly charge and require all personnel of lesser rank to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters, 1st Battalion, 24th Marines *this* FIRST *day of* OCTOBER *, in the year of our Lord two thousand*

AUTHORITY MCBul 1430 of 25 September 2000 /s/

DATE PROMOTION IS EFFECTIVE FOR PAY AND ALLOWANCES 1 October 2000

This appointment is effective for pay and allowances on 1 October 2000

JOHN SMITH
Lieutenant Colonel, USMCR
Commanding

DD FORM 1 AUG 98 216 MC    S/N 0109-LF-985-6800

Figure 5-6.-Sgt and Cpl Drilling Reserve and Active Reserve Promotion.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* SERGEANT *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* APRIL *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the appointment to which appointed by doing and performing all manner of things thereunto belonging. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters, 1st Marine Division, FMF

*this* FIRST *day of* APRIL *, in the year of our Lord two thousand*

AUTHORITY CMC 250541Z MAR 00

/s/

DATE PROMOTION
IS EFFECTIVE FOR PAY 1 April 2000
AND ALLOWANCES

This appointment is effective for pay and allowances on 1 April 2000

JOHN SMITH

Major General, USMC
Commanding

S/N 0109-LF-985-0800

DD FORM 216 MC

Figure 5-7.-Sgt and Cpl Regular Remedial Promotion.



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOHN J. DOE 123 45 6789 *, I do appoint this Marine a* SERGEANT *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* APRIL *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto belonging. And I do strictly charge and require all personnel of lesser rank to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at* Headquarters, 1st Marine Division, FMF

*this* FIRST *day of* APRIL *, in the year of our Lord two thousand*

AUTHORITY CMC 250541Z MAR 00

/s/

DATE PROMOTION
IS EFFECTIVE FOR PAY 1 April 2000
AND ALLOWANCES

This appointment is effective for
pay and allowances on 1 April 2000

JOHN SMITH

Major General, USMC
Commanding

S/N 0109-LF-985-0800

DD FORM
(AUG 86 216 MC

Figure 5-7.—Sgt and Cpl Regular Remedial Promotion.

# United States Marine Corps

*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities*

*of*      JOHN J. DOE 123 45 6789      *, I do*

*appoint this Marine a*      GUNNERY SERGEANT      *in the*

## United States Marine Corps

*to rank as such from the*    FIRST    *day of*    MARCH    *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at*    *Headquarters United States Marine Corps*

*this*    FIRST    *day of*    MARCH    *, in the year of our Lord two thousand*

/s/ _____

COMMANDANT OF THE MARINE CORPS



(1420)

Figure 5-9.—SNCO Remedial Promotion.

5-17

# United States Marine Corps



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities*

*of*          JOHN J. DOE 123 45 6789          *, I do*

*appoint this Marine a*         GUNNERY SERGEANT         *in the*

## United States Marine Corps

*to rank as such from the*     FIRST     *day of*     MAY     *, two thousand*

     *This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

     *Given under my hand at*    *Headquarters United States Marine Corps*

*this*     FIRST     *day of*     MAY     *, in the year of our Lord two thousand*

/s/ _____

*J. L. Jones*
COMMANDANT OF THE MARINE CORPS

(1420)

Figure 5-10.-Regular SNCO Promotion.

5-18

# United States Marine Corps

*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities*

*of*       JOHN J. DOE 123 45 6789       *, I do*

*appoint this Marine a*    STAFF SERGEANT    *in the*
      RESERVE OF THE

## United States Marine Corps

*to rank as such from the*   FIRST   *day of*   JANUARY   *, two thousand*

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the Armed Forces of the United States of America.*

*Given under my hand at*   Headquarters United States Marine Corps

*this*   FIRST   *day of*   JANUARY   *, in the year of our Lord two thousand*

/s/ _____

*J. L. Jones*
COMMANDANT OF THE MARINE CORPS



(1420)

Figure 5-11.—SNCO Drilling Reserve and Active Reserve Promotion.

CHAPTER 6

NONPUNITIVE REDUCTIONS

|  | PARAGRAPH | PAGE |
|---|---|---|
| REDUCTION . . . . . . . . . . . . . . . . . . . | 6000 | 6-3 |
| REDUCTION FOR INCOMPETENCE; COMPETENCY REVIEW BOARD (CRB) . . . . . . . . . . . . . . . | 6001 | 6-3 |
| REDUCTIONS EFFECTED FOR INCOMPETENCY NOT REQUIRING A CRB . . . . . . . . . . . . . . . . | 6002 | 6-16 |
| REDUCTIONS FOR FAILING TO COMPLETE COMMISSIONING PROGRAMS (NONCOMPETITIVE SELECTIONS) . . . . . . . . | 6003 | 6-16 |
| EFFECTIVE DATE OF REDUCTION . . . . . . . . . . . | 6004 | 6-17 |

FIGURES

| 6-1 | NOTIFICATION OF THE CONVENING OF A COMPETENCY REVIEW BOARD . . . . . . . . . . . . . . . | 6-18 |
|---|---|---|
| 6-2 | ACKNOWLEDGMENT OF RIGHTS PRIOR TO A COMPETENCY REVIEW BOARD (CRB) . . . . . . . . . . . . | 6-21 |
| 6-3 | COMPETENCY REVIEW BOARD REPORT . . . . . . | 6-22 |
| 6-4 | AFFIDAVIT OF SERVICE BY MAIL . . . . . . . | 6-23 |

CHAPTER 6

NONPUNITIVE REDUCTIONS

6000.  <u>REDUCTION</u>.  The CMC may reduce enlisted Marines to any grade, when necessary to reduce the total number of Marines in a particular grade for the purpose of shaping the force.  Additionally, the CMC may reduce enlisted Marines for incompetence or unacceptable performance of duty per procedures described in this Chapter.

6001.  <u>REDUCTION FOR INCOMPETENCE; COMPETENCY REVIEW BOARD (CRB)</u>

1.  <u>Definitions</u>

    a.  <u>Incompetence</u>.  Any action(s) or omission(s) in technical or professional performance that indicate a Marine is not capable of satisfactory performance in the grade and MOS currently held.

        (1) Technical Incompetence

            (a) A Marine is technically incompetent if the Marine is not proficient or capable of performing the duties and tasks prescribed for his or her assigned MOS, in the grade currently held, as specified in the current edition of MCO P1200.7 (Marine Corps Military Occupational Specialties Manual (MOS Manual)).

            (b) A Marine serving in a basic MOS who fails to complete qualifications in his or her intended MOS is technically incompetent.  This applies to academic failures, voluntary withdrawals from training, and disenrollment from school (training) for professional deficiencies.  Marines who fail to complete qualifications in their intended MOS through no fault of their own (e.g., do not qualify for security clearance) are not technically incompetent within the meaning of this paragraph.

        (2) Professional Incompetence

            (a) A Marine who fails to exhibit military attributes to the degree appropriate for the current grade is professionally incompetent.  These attributes include, but are not limited to: leadership, force, judgment, integrity, military presence and bearing, reliability, obedience, moral fitness, physical fitness, endurance, and self-discipline.

            (b) Members of the U.S. Marine Corps Reserve may also be professionally incompetent if they fail to meet the prescribed annual participation requirements of 48 regularly scheduled drills and a minimum of 14 days active duty (annual training).

    b.  <u>Competency Review Board (CRB)</u>.  A CRB is a formal administrative body convened to consider the suitability and ability of a Marine to continue to serve in the grade currently held.  In the case of Marines of the grade of PFC and LCpl the CRB may consist of only the Marine's Commanding Officer.

c.  Convening Authority.  Commanders, as defined in paragraph 1200.3b, who are authorized to convene CRB proceedings in the case of enlisted Marines.

d.  Reduction Authority.  The Marine officer authorized to administratively reduce a Marine determined to be incompetent by a CRB.  The reduction authority for SSgts and above are Marine officers exercising general court-martial convening authority. The reduction authority for Sgts and below are commanders, as defined in paragraph 1200.3b.  The reduction authority and the convening authority may be the same individual.

2.  Policy

a.  A reduction by a CRB is an administrative action designed to increase the efficiency of the Marine Corps, to ensure the integrity of the Marine Corps grade structure, and ultimately to ensure the capability of the Marine Corps to perform its assigned missions. Since such action will have a significant impact on the career and life of the Marine concerned, all competency review cases and procedures will be approached with the thoughtful concern, dignity, and professional objectivity normally associated with the serious affairs of command.  Furthermore, these cases will be completed with the greatest dispatch consistent with prudence and professionalism, while having due regard for the concerns of the Marine and the Marine Corps.

b.  Action pursuant to this Chapter should not be initiated unless the Marine has had a reasonable period of time to serve in the grade and/or MOS in addition to receiving schooling (training) and/or on-the-job training.  Furthermore, the Marine should have been counseled previously concerning the noted deficiencies, and afforded an opportunity to take corrective action to overcome those deficiencies.  Counseling is required prior to the initiation of any competency review action.

c.  The provisions of this paragraph pertain to the reduction of enlisted Marines for technical and/or professional incompetence.

(1) Marines may not be reduced for technical and/or professional incompetence without first being afforded the opportunity to appear before a CRB.  However, Marines who fail to complete MOS qualification at a formal MOS producing school and are reduced under the provisions of paragraphs 6002, 6003, and 6004 of this Manual, are not entitled to appearance before a CRB.

(2) Marines in the grades of PFC and LCpl may appear before a CRB consisting of only one member, the commander, as defined in paragraph 1200.3b.  If found incompetent, they may be reduced by the commander.  If the commander deems it appropriate, a CRB with multiple members may be convened for Marines in the grades of PFC and LCpl.

d.  Reductions effected per this paragraph are administrative in nature (nonpunitive) and are not intended or designed to function as disciplinary measures.

e.  Nonpunitive reductions for incompetence, will be reported on the unit diary in accordance with the instructions contained in the current edition of MCO P1080.40 (Marine Corps Total Force System Personnel Reporting Instructions Manual (MCTFSPRIM)). Upon effecting the administrative reduction, the Marine reduced will receive the DOR previously held in the

grade to which reduced.  The time in grade (TIG) for promotion
to the next higher grade for those Marines administratively reduced
will include all previous TIG in the grade to which reduced and
will include the TIG in the grade from which reduced.

EXAMPLE:  A PFC who had a DOR (as PFC) of 1 March 1999 is
promoted to LCpl and given a DOR (as a LCpl) of 1 November 1999
is subsequently administratively reduced for incompetence to PFC
on 14 February 2000.  The effective date of the reduction to PFC
is 14 February 2000.  The Marine is assigned a PFC DOR of 1 March
1999.  Based on the Marine's TIG (new TIG as a PFC of 14 months),
having waited for a period of 3 months (see subparagraph f below),
and the recommendation of the commander, the Marine may be
promoted to LCpl no sooner than 1 June 2000.

f.  Marines reduced for incompetence must wait as indicated below
before they are again eligible for promotion:

(1) Promotion to PFC or LCpl for a period of 3 months.

(2) Promotion to Cpl or Sgt for a period of 6 months.

(3) Promotion to SSgt and above for a period of 12 months.

g.  Marines administratively reduced by a CRB are not eligible
for remedial promotion consideration to the grade from which they
were reduced if such remedial promotion would give them a DOR
earlier than allowable under the provisions of this manual.

h.  A Marine who has been the subject of a CRB that resulted
in a final determination that the Marine should be retained in the
current grade may not be subjected to additional competency review
proceedings for the same conduct or action(s), except in the
following circumstances.

(1) When there is subsequent misconduct or substandard
performance forming the basis, in whole or in part, for a new CRB;
or

(2) When there is new or newly discovered evidence that
was not reasonably available at the time of the prior CRB.

NOTE:  In the above-listed circumstances, the previously used
        information may be used to complement the new information.

i.  The commander should, and may within his discretion, refer
all criminal misconduct to disciplinary proceedings; i.e.,
nonjudicial punishment (NJP) or court-martial.  The commander may
use the same misconduct as the basis for administrative actions such
as a CRB for reduction due to professional incompetence.  While a CRB
reduction for professional incompetence is not meant to be a
disciplinary measure, it may be initiated based on any conduct
which the commander believes to indicate professional incompetence,
including criminal acts which should/may have been referred to NJP
or a court-martial.  However, a Marine reduced (or receiving a
suspended reduction) as a result of disciplinary proceedings may
not be reduced by a CRB whereby the sole basis for the CRB is the
same offense/action.

3.  When a Marine's technical and/or professional competence is deficient for the Marine's grade and all appropriate command attempts through leadership and rehabilitation to correct the deficiency have been unsuccessful, the commander may convene a CRB to administratively reduce the Marine for incompetence.

    a.  <u>Counseling</u>

        (1) In general, all reasonable efforts at rehabilitating and retraining the Marine should be made prior to initiation of a CRB.  Counseling is one means of ensuring that the Marine is made aware of deficiencies and given an opportunity to improve his performance.

        (2) In some instances the Marine need not be afforded an opportunity to correct deficiencies prior to the initiation of a CRB.  For example, a Marine need not be counseled concerning a failure to complete all requirements at an MOS producing school. The Marine should have been counseled prior to failing the school.

        (3) All counseling should be reflected in the Marine's service record (See MCO 1070.12, Marine Corps Individual Records Administration Manual (IRAM) for the proper format) and should include the following information:

            (a) List the deficiencies;

            (b) Specific recommendation(s) for corrective action, including where assistance is available;

            (c) A comprehensive explanation of the consequences of a failure to successfully undertake the recommended corrective action; and

            (d) Provide a reasonable opportunity for the Marine to undertake the recommended corrective action.

    b.  In all cases, the Marine must be provided written notice of the initiation of a CRB, including the cases of PFCs and LCpls when the CRB is held by the commander.

        (1) Such written notice to the Marine when the CRB is held by the commander shall include the following (Figure 6-1) (Figure 6-2 is the corresponding acknowledgment form to be completed by the Marine.):

            (a) The identity of the officer authorized to effect the reduction, if reduction is recommended.

            (b) The specific reason why the CRB is being convened, including the factual circumstances upon which such action is based.

            (c) The date, time, and place the CRB will be held.

            (d) The right to consult with a qualified counsel.

                1 The Marine should be given an opportunity to consult with a judge advocate if such counsel is reasonably available.  However, no attorney-client relationship shall be established nor is the Marine entitled

to representation by such counsel before the CRB or in any other proceedings associated with a CRB.

      2 The Marine may consult with a civilian attorney (at no expense to the Government); however, there is no right to representation by civilian counsel in these proceedings.  In no case will consultation with civilian counsel unduly delay competency review proceedings.

      (e) The right to appear in person before the CRB.

      (f) The right to remain silent before the CRB, and/or the right to make a statement before the CRB, subject to the provisions of Article 31b, of the Uniform Code of Military Justice (UCMJ) (compulsory self-incrimination of criminal matters is prohibited).

      (g) The right to submit a statement.

      (h) The right to cross-examine any witness who may appear before the CRB.

      (i) The right to call witnesses, if reasonably available, at no cost to the government.

      (j) The right to examine all evidence to be considered by the CRB at a reasonable time prior to the CRB.

      (k) The right to submit evidence before the CRB.

      (l) The right to make a final statement.

      (m) The right to obtain copies of all documents that will be forwarded to the reduction authority concerning any recommended action.  Classified documents will be summarized.

      (n) The right to submit a statement of rebuttal to the CRB to be included with the CRB's recommendation to the reduction authority.

      (o) The right to appeal the reduction authority's action, to the next senior officer in the chain of command.

      (p) The right to appear before the reduction authority or to submit a statement in lieu of a personal appearance before the reduction authority.

      (q) The right to waive the rights herein afforded in paragraphs 6001.3b(1)(d) through 6001.3(1)(p) and that failure to respond shall constitute a waiver of these rights.

      (r) The Marine has the option to waive a CRB hearing entirely and accept the commander's determination of incompetence and the ensuing reduction in grade.  Marines who chose to exercise this option and accept the incompetence determination have no right of appeal.

      (2) If a CRB is conducted by other than the commander (i.e., a CRB with multiple members), then, in addition to the rights set forth in paragraph 6001.3b(1) above, the Marine will be notified in writing of the

following (See Figure 6-1):

    (a) The identity of the members appointed to the CRB.

    (b) The right to challenge members of the CRB for cause.

    (c) The right to waive any of the rights challenging the members of the CRB for cause.

4.  <u>Competency Review Board</u>

    a.  <u>Composition</u>

    (1) A CRB will be appointed by order of the commander, as defined in paragraph 1200.3b, the convening authority.  Where practical, the board will consist of an odd number of members, at least three.  Also where practical, at least two Marine officers and one Marine SNCO (senior in grade to the Marine being considered by the CRB) will be appointed to the board.  In the case of a SgtMaj or MGySgt the SNCO member will be senior by date of rank and/or billet.

    (2) If action has been initiated to review the Marine's technical competence, the enlisted member of the CRB should be of an MOS related to that of the Marine, if reasonably available.  Failure to appoint an enlisted Marine or a Marine who is of a related MOS to the CRB does not invalidate the proceedings.

    (3) A field grade officer, if reasonably available, should be assigned as the senior member to preside over the CRB and guide the CRB in the performance of its duties.

    (4) Marines appointed to a CRB shall be selected on the basis of their experience, mature judgment, sound temperament, objectivity, impartiality and shall possess personal qualities commensurate with the gravity of the CRB proceedings.

    (5) Reserve/Minority/Female Marines

        (a) If the Marine is a Reservist, the membership of the CRB shall include a majority of reservists as members, if reasonably available.

        (b) If the Marine is a member of a racial or ethnic minority, at least one member of the CRB shall be a member of a racial or ethnic minority, if reasonably available.  The member need not be of the same racial or ethnic minority as the Marine.

        (c) If the Marine is female, at least one member of the CRB shall be a female Marine, if reasonably available.

    (6) A nonvoting recorder may be appointed by the convening authority to the CRB.  The recorder's primary responsibility is to "exploit all practical sources of information and to bring out all the facts, favorable or unfavorable, concerning the Marine, in such manner as to permit the CRB to make fully informed findings and recommendations concerning the Marine."  The recorder should be a commissioned officer.

(7) Neither the convening authority or any officer in the Marine's chain of command who may review the CRB can serve as a member of the CRB or appear before the CRB as a witness. The exception is when the commander is the CRB.

b. Challenging CRB Membership

(1) The Marine may challenge any member of the CRB for cause. The basis for such a challenge is that it is believed that the member being challenged cannot fairly evaluate the merits of the case and render an impartial decision. The challenged member will be given the right to make a statement with respect to the challenge.

(2) The burden of persuasion in establishing a challenge is on the Marine appearing before the CRB.

(3) The unchallenged members of the CRB will vote on whether or not the challenged member remains on the board after hearing all information regarding the challenge and any rebuttal. The boardroom will be cleared of all personnel except for board members voting on the challenge. Challenged members will not be present during deliberations or voting on their challenge. A challenge shall be decided by a preponderance of the evidence and shall be approved by a majority of the board or tie vote.

(4) If the challenge results in removing one of the members of the board and it also reduces the number of members to below three, the convening authority shall be notified immediately. The CRB shall stand adjourned until the convening authority appoints an additional member(s), if responsibly available.

(5) When the CRB membership consists of only the commander, membership cannot be challenged.

c. Sessions

(1) Except as set forth in this paragraph, all sessions of the CRB shall be open to the public. The Marine has the right to be present at all open sessions of the board and at any session wherein evidence is presented to the CRB. At the direction of the senior member, the hearing room may be cleared at any time for deliberations or consultations. Deliberations or consultations are defined as periods of time when the CRB members are discussing the evidence/information provided to reach a competency determination. During deliberations, all persons including the recorder and Marine will withdraw from the hearing room.

(2) If any information or material to be heard or seen by the CRB requires a security clearance and some of the participants do not have the required clearance, the convening authority shall be consulted immediately for guidance.

d. Evidence

(1) The strict rules of evidence governing trial by courts-martial are not applicable to a CRB. The admissibility of evidence is a matter within the discretion of the senior member of the board. No evidence will be rejected from consideration solely on the grounds that it would be

inadmissible in court-martial proceedings.  The CRB may impose
reasonable restrictions as to the relevance, competence,
cumulativeness, and materiality of all evidence to be considered
by the board so as to promote an orderly procedure and to ensure
a full and impartial hearing.

        (2) All evidence that is to be considered by the CRB will
be made a part of the record during an open session of the board.

        (3) Testimonial evidence in the form of written sworn/
unsworn statements, affidavits, or any other accurate and reliable
means for presenting testimonial evidence may be accepted.

        (4) The CRB shall rely upon its judgment and experience
in determining the weight and credibility to be given material
and information received in evidence.

    e.  <u>Witnesses</u>

        (1) Testimonial evidence may be presented to the CRB through
the personal appearance of witnesses.  The testimony of a witness
may be excluded if the senior member of the CRB determines that its
evidentiary value is substantially outweighed by considerations of
undue delay, waste of time, or needless presentation of cumulative
evidence.

        (2) The senior member of the CRB will assist in obtaining
the presence of witnesses, at no cost to the government, that the
Marine desires to testify in person before the board in their
behalf.

        (3) No witness, including the Marine, appearing before the
CRB shall be compelled to incriminate himself or herself or to
answer any questions, which may tend to incriminate themselves.

        (4) The CRB may not compel the Marine to testify as a
witness.  A Marine's election to remain silent cannot be used
against them in determining the CRB's findings of fact, opinions,
and recommendations.

        (5) The senior member of the CRB may direct the calling
of a witness, in the pursuit of further lines of questioning, or
in the presentation of other evidence to completely develop all
matters before the board.

        (6) No member of the CRB may be a witness or provide
personal input to the board about the Marine, orally or in
writing, favorable or unfavorable.

    f.  The burden of proof for proving that a Marine is incompetent
rests with the command.  The Marine is presumed competent for
continued service in their grade and MOS by virtue of their grade
and MOS.  The command has the burden of rebutting that presumption
by establishing that the Marine's performance warrants reduction.
The standard of proof for all matters before a CRB is a
preponderance of the evidence."  These rules also apply to the
review by the reduction authority and any officer in the chain
of command who will review any appeals.

    g.  Findings of Fact, Opinions and Recommendations

(1) The CRB shall determine its findings of fact, opinions and recommendations in closed session.  Only voting members of the board shall be present during these deliberations.

(2) The CRB shall recommend one of the following determinations:  that the Marine be retained at the present grade, reduced in grade, or reduced in grade with a suspended reduction. The Marine will not be reduced more than one grade as a result of any single action taken under this Chapter.  A Marine reduced under the authority of paragraph 6002, a failure to complete qualifications in an intended MOS, may be reduced more than one grade.

    h.  <u>CRB Report</u>

(1) The CRB report shall be kept in a summarized form. In all cases, the findings of fact, opinions and recommendations of the CRB shall be in "verbatim form."  The report shall be prepared as directed by the convening authority and shall be signed by all members.  Figure 6-3 is a sample CRB report.

(2) Minority reports, if any, shall be attached.  A minority report is a signed statement of opinion by any member(s) who disagrees with the majority of the members of the CRB.

(3) The CRB report and the recommendations of the board shall be forwarded via the convening authority to the commander (reduction authority) authorized to take action on any recommended reduction.  The reduction authority may or may not be the same person as the convening authority.

    i.  Once notified of the CRB's recommendation, the Marine may submit a statement in rebuttal to the CRB's recommendation to the reduction authority via the convening authority.  The statement must be submitted within 5 working days (20 calendar days for Marines in the SMCR and IRR of the reserve component) or the right to rebut the CRB's recommendation is considered to have been waived.

5.  Action Required on Recommended Action by the CRB

    a.  A Marine may not be reduced more than one grade as a result of any single action taken under this Chapter (unless reduced under the authority of paragraph 6002, a failure to complete qualifications in an intended MOS).  The reduction may be suspended for a period not to exceed 6 months from the date of the reduction authority's action.  Paragraph 6001.8 pertains.

    b.  Marine commanders, as defined in paragraph 1200.3b, are authorized to reduce Marines in the grades of PFC through Sgt.

    c.  Marine officers exercising general court-martial convening authority are authorized to reduce Marines in the grades of SSgt and above.

    d.  If necessary and/or appropriate, commanders whose chain of command does not include a Marine officer with general court-martial convening authority will forward the record of proceedings for final action to the general court-martial convening authority who has been designated as their separation authority by MCO P1900.16 (Marine Corps Separation and Retirement Manual (MARCORSEPMAN)).

e.  Reduction Authority Action

(1) The reduction authority will review the CRB report and any rebuttal submitted by the Marine to determine whether the Marine will be maintained at their current grade, reduced, or that the Marine will be reduced with the reduction suspended.

(2) If the reduction authority agrees with the CRB recommendation, no further action is required unless the decision is appealed by the Marine.

(3) If the reduction authority disagrees with the CRB's recommendation, the case will be forwarded as provided below:

(a) If the Marine is a Sgt or below:

1 Forward the case with a recommendation via the chain of command to the Marine officer exercising general court-martial convening authority, who will then take final action on the CRB and appeal.

2 If the chain of command does not include a Marine officer exercising general court-martial convening authority, then the recommendation will be forwarded to the general court-martial convening authority designated as the separation authority by MCO P1900.16.

3 If the general court-martial convening authority is the reduction authority, forward the case with a recommendation to the next general officer in the chain of command.  If there is no other general officer in the chain of command forward the CRB with a recommendation to the CMC (MMPR-2) for final action by the Director, Personnel Management Division.

(b) If the Marine is a SSgt or above:

1 Forward the case with a recommendation to the next general officer in the chain of command.

2 If there is not another general officer in the chain of command then forward the CRB with a recommendation to the CMC (MMPR-2) for final action by the Director, Personnel Management Division.

(4) If a general court-martial convening authority or a general officer conducts a review of the reduction authority's recommendation, they will make one of the following determinations: that the Marine be retained at the present grade, reduced in grade, or reduced in grade with a suspended reduction.

(5) If the CMC(MMPR-2) conducts a review of the CRB, the CMC(MMPR-2) will make one of the following determinations:  that the Marine be retained at the present grade, reduced in grade, or reduced in grade with a suspended reduction.

(6) The reduction may be effected immediately once action has been completed by the reduction authority, regardless of any pending appeal.

(7) If the final action results in a reduction or suspended reduction that does not require the CMC's review or action per the guidelines listed

above, and the Marine is a SNCO select, then the CMC (MMPR-2) must be notified of the results of the CRB.

        (a) If the Marine is reduced, their name will be administratively deleted from the appropriate select list.

        (b) If the Marine's reduction is suspended, then a recommendation regarding the Marine's promotion must be forwarded to the CMC (MMPR-2) per paragraph 5200.

7.  Appeals

    a.  Marines must be fully informed of their right to appeal. A Marine reduced (including a suspended reduction) under the provisions of this Chapter who considers the reduction to be unjust may appeal via the chain of command to the last officer (this can be the reduction authority, the general court-martial convening authority or a general officer depending on previous decisions made on the CRB) to render a decision and take action on their CRB.  An appeal must be submitted within 5 days (20 calendar days for Marines in the SMCR and IRR of the reserve component) of the notification to the Marine of the action taken, or the right to appeal shall be waived in the absence of good cause shown.

    b.  The officer receiving the Marine's appeal will review the appeal and make a recommendation/comment/endorsement on the CRB report before forwarding the CRB report and appeal to the next senior officer in the chain of command authorized to take action.

        (1) If the Marine is a Sgt or below the CRB report will be forwarded with all recommendations via the chain of command to the next general officer (or first general officer) in the chain of command for final action.

        (2) If the Marine is a SSgt or above, then the reduction authority will forward the appeal and recommendations and the CRB report via the chain of command to the next general officer or to the CMC (MMPR-2) for final action.

    c.  The officer or CMC (MMPR-2), as appropriate, receiving the reduction authority's recommendation and the Marine's appeal will refer the appeal to a judge advocate for review and written opinion/comment before taking action on the issue raised.  The form and content of the judge advocate's review will be a standard naval letter format.  The original of the judge advocate's review will be attached to the CRB report as a permanent part of the record of proceedings.

    d.  When reviewing the appeal, the officer or the CMC (MMPR-2) (as appropriate) will consider the record of proceedings, any information submitted by the Marine, any information considered during the judge advocate's review, and any other appropriate information and/or material.

    e.  Upon completion of the appeal's review and any action taken by the officer authorized to take action on the appeal or the CMC (MMPR-2), as appropriate, the Marine will be promptly notified of the results.

    f.  A Marine has the right to rebut the CRB's recommendation to the reduction authority and to appeal the reduction authority's decision to the

general court-martial convening authority.  Once a Marine
has exercised these rights the following apply.

        (1) In the case of Sgts and below, once at least one
general officer has reviewed the appeal and taken appropriate
action there is no further appeal.

        (2) In the case of SSgts and above, once at least two
general officers have reviewed the appeal and taken appropriate
action there is no further appeal.

        (3) There is no appeal of any action taken by the CMC
(Director, Personnel Management Division) on an administrative
reduction.

        (4) However, this does not preclude the Marine from
further appealing to the BCNR.

8.  <u>Suspension</u>

    a.  The reduction authority may suspend a reduction for
incompetence for a period not longer than 6 months from the
date of reduction.  An executed reduction for incompetence
may be suspended only within 4 months after the date of
reduction.

    b.  Unless sooner vacated, the suspension of reduction is
terminated, without further action, at the end of the period
of suspension.  If the Marine's current enlistment or term of
service expires during the period of suspension, and the Marine
does not reenlist or enter the Marine Corps Reserve, the
suspended reduction automatically terminates.

    c.  A Marine whose reduction for incompetence was suspended
may have the suspension vacated by the commander authorized to
reduce the Marine.  The vacation of suspension does not
necessarily have to be done by the officer who initially
suspended the reduction.

        (1) The vacation of suspension will be based only on technical
or professional incompetence, which occurs during the period of
suspension.

        (2) Before a suspension may be vacated, the Marine shall
be notified and given an opportunity to respond.  Although another
CRB is not required to vacate a suspension, the Marine should,
unless impracticable, be given an opportunity to appear before
the reduction authority to present information in extenuation
or mitigation of the performance or conduct upon which the
vacation is to be based.

        (3) If the reduction authority is an officer exercising
general court-martial convening authority or the CMC (MMPR-2),
then the Marine's  commander, as defined in paragraph 1200.3b,
will conduct a hearing and forward a report thereof with
recommendations to the reduction authority for a final decision
regarding vacation of suspension.

        (4) Note that vacating the suspended reduction for
incompetence is the completion of an action previously determined
and approved and is not subject to appeal.  The action that caused
the revocation to occur is a separate action unto itself;
therefore, additional action may be taken to further reduce the
Marine for incompetence or to take disciplinary action for the

performance or conduct upon which the vacation action is based.

9.  Final Disposition of the CRB Report

    a.  If after all appropriate reviews and any appeals, a
Marine is determined to be competent technically and/or
professionally, by the final officer taking action on the CRB,
or the CMC (MMPR-2), the CRB report will be returned to the
originating unit for disposition.

    b.  If a Marine is found to be incompetent, technically
and/or professionally, and accordingly reduced, the report of
the CRB, all endorsements therein, and a report of the final
action taken on any appeals will be forwarded to the CMC (MMSB)
to be made part of the Marine's official record.

    c.  If a Marine is found incompetent, technically or
professionally, and the reduction is suspended, the report
of the proceedings will be returned to the originating unit
for retention locally during the period of suspension.  If
the suspended reduction is subsequently vacated, the report
will be forwarded to the CMC (MMSB) for inclusion in the Marines
official record.  Once the period of suspension expires without
vacation, the originating unit will forward the report to the
CMC (MMSB) to be made part of the Marine's official record.

10.  Administrative differences for the conduct of CRBs for
the members of the reserve component.

    a.  Reserve component Marines who are on active duty in
the Active Reserve (AR) will be processed in the same manner
as regular component Marines.

    b.  Members of the reserve component may be reduced for
incompetence just as regular component Marines are reduced
for incompetence.  They also may be administratively reduced by
a CRB when they fail to attend required drill and/or annual
training (professional incompetence).  The notification
procedures of CRB processing for SMCR and IRR Marines is
slightly different than regular component Marines.  All other
procedures remain the same.

    c.  The SMCR or IRR Marine concerned will be notified via
certified mail of the pending CRB proceedings and afforded an
opportunity to make a statement and/or appear before the CRB.
If the Marine does not desire to make a statement or appear
before the CRB, the commander will ensure that appropriate
remarks are made in the CRB's record of proceedings.  The
following additional guidance is provided to aid the
commander.

        (1) The Marine will be notified in writing of the pending
CRB, which may result in a reduction in grade.  The letter of
notification may be delivered to the SMCR or IRR Marine concerned
via personal service or by mail.  If the notification is mailed,
send the notification by certified mail using the PS Form 3800
or any other means whereby the Marine will have to certify (sign)
receipt of the letter.

        (2) If the letter notifying the Marine of the pending CRB
is mailed to the Marine's last known mailing address but is
returned as undeliverable; the commander may immediately initiate
action to complete the CRB and/or effect the administrative
reduction noting in the CRB report that the Marine

could not be contacted.

      (3) If the letter is properly received, allow a reasonable time for the Marine to respond (normally 20 days from the date of receipt).  A failure by the Marine to respond, constitutes a desire to waive all rights to appear before the CRB and to provide a statement to the CRB.  The commander may proceed with the CRB.

      (4) The Marine may appear before the CRB at no cost to the government.

      (5) If the Marine chooses not to appear before the CRB, they will be notified via written correspondence (certified mail) of the results of the CRB by the commander.

    d.  The availability of judge advocates to reserve component Marines is limited; however, this will not impede the conduct of a CRB.  If such counsel is reasonably available, the Marine should be given an opportunity to consult with the judge advocate or civilian counsel.


6002.  <u>REDUCTIONS EFFECTED FOR INCOMPETENCE NOT REQUIRING A CRB</u>

1.  Marines who fail to complete qualification in an intended MOS are technically deficient.  Therefore, directors of formal schools and commanders (as defined in paragraph 1200.3b) are authorized to administratively reduce Marines who while serving in a basic MOS, are promoted to Cpl and/or above, and fail to complete qualification in the intended MOS.  The Marine will be administratively reduced to the grade held prior to assignment of the basic MOS (Marines may be reduced by more than one grade if promoted more than once while holding the basic MOS and pending qualification in the intended MOS).  This applies to academic failures, voluntary withdrawals from training, and disenrollment from school for professional deficiencies.  Final action to effect the Marine's administrative reduction will be completed prior to the Marine being transferred from the school. There is no appeal to any action taken under the authority of this paragraph.

2.  If a Marine who is selected for promotion is administratively reduced, then their name will be administratively deleted from the promotion list.  The director of the formal school or commander will notify the CMC (MMPR-2) by message of the names of those Marines selected for promotion to SSgt and above in an intended MOS who fail to complete qualifications in the intended MOS.

6003.  REDUCTIONS FOR FAILING TO COMPLETE COMMISSIONING PROGRAMS (NONCOMPETITIVE SELECTIONS).  Marines noncompetitively selected for or promoted to Cpl or higher who are disenrolled from their commissioning program (warrant officer selects or Marine Enlisted Commissioning Education Program) will be administratively reduced or have their name deleted from the promotion list under the authority contained in this paragraph.  The CMC (MMPR-2) is the reduction authority under this paragraph. Commanders will submit a detailed report to the CMC (MMPR-2) in accordance with paragraph 5200.

6004.  <u>EFFECTIVE DATE OF REDUCTION</u>

1.  A reduction effected for incompetence (technical and/or professional) is effective on the date of approval by the commander authorized to reduce the Marine or on the date specifically directed by the CMC (MMPR-2).  The DOR to be assigned is the DOR previously held in the grade to which reduced.

2.  A vacated suspended reduction is effective on the date vacated.

Commanding Officer's Heading

SSIC
S-1
DATE

From:  Commanding Officer
To:    (Marine's name)

Subj:  NOTIFICATION OF CONVENING OF A COMPETENCY REVIEW BOARD (CRB)

Ref:   (a) MCO P1400.32C

Encl:  (1) Acknowledgment of Marine's Rights to be Exercised or
           Waived for Competency Review Proceedings

(Multi-member CRB)
1.  Per the provisions of chapter 6 of the reference, you are hereby
notified that I intend to initiate competency review board proceedings
and recommend to (state the officer's name), who is the reduction
authority, that you be reduced to (specify grade) due to your
(technical/ professional) incompetence.  The factual circumstances
upon which this recommendation for reduction is made is based upon
the following:  (state facts)

OR

(Commander only CRB)
1.  Per the provisions of chapter 6 of the reference, you are hereby
notified that I intend to initiate competency review board
proceedings and reduce you to (specify grade) due to your
(technical/ professional) incompetence.  The factual circumstances
upon which this recommendation for reduction is made is based upon
the following:  (state facts)

2.  You are hereby directed/authorized to appear before a Competency
Review Board on (date, time, and place).

(Multi-member CRB)
3.  Competency Review Board will consist of the following members;
(list the members).  You have the right to challenge any of the
members for cause.

OR

(Commander only CRB)
3.  I will conduct the Competency Review Board.

4.  As a result of the recommendation for your reduction for
(technical/professional) incompetence, you have the following
rights:

    a.  The right to consult with qualified counsel, if reasonably
available, prior to exercising or waiving any of your rights.
Representation before the CRB by counsel is not authorized.
You may consult with a civilian attorney at no expense to the
government; however, there is no right to representation by
civilian counsel in these proceedings.

    Figure 6-1- Notification of Convening of a Competency Review Board

Subj:  NOTIFICATION OF CONVENING OF A COMPETENCY REVIEW BOARD (CRB)

    b.  The right to appear in person before the CRB.  (For SMCR
and IRR Marines include the following:  Failure to appear without
good cause constitutes a waiver of the right to be present at the
hearing.  The right to appear in person at the CRB is at your own
expense.)

    c.  The right to remain silent, or to refuse to make a
statement, subject to the provisions of Article 31b, of the Uniform
Code of Military Justice (UCMJ).  (Compulsory self-incrimination of
criminal matters prohibited.)

    d.  The right to submit a written statement.

    e.  The right to cross-examine any witnesses who appear during
the hearing.

    f.  The right to call witnesses on your behalf if those witnesses
are reasonably available.  I will assist you in obtaining the
appearance of any witness, at no cost to the government, should
you so request.

    g.  The right to examine all evidence to be considered by the
CRB at a reasonable time prior to the hearing.

    h.  The right to submit evidence.

    i.  The right to make a final statement.

    j.  The right to obtain copies of documents that will be
forwarded to the reduction authority concerning the proposed
reduction, classified documents will be summarized.

    k.  The right to submit a statement in rebuttal to the
CRB's recommendations to the reduction authority.  Any rebuttal
you make must be submitted within 5 working days (For SMCR and
IRR Marines within 20 calendar days) of the CRB's notification
of their recommendation, or the rebuttal shall be waived in
absence of good cause shown.

    l.  The right to appeal the reduction authority's action
to (next officer in the chain of command).  Any appeal you make
must be submitted within 5 working days (For SMCR and IRR Marines
within 20 calendar days) of the reduction authority's notification
of action, or the appeal shall be waived in absence of good cause
shown.

    m.  The right to appear before the reduction authority or to
present written statements in rebuttal to the proposed reduction
in lieu of the appearance.

    n.  The right to waive any of the rights contained herein.

    o.  A failure to avail yourself to any of the rights contained
herein constitutes a waiver of the right on your behalf.

    Figure 6-1- Notification of Convening of a Competency Review Board
                    (continued)

p.  The option to waive the CRB proceedings entirely and accept
the commander's determination of incompetence and the ensuing
reduction.  If this option is exercised, there is no right to
appeal or rebut any determination.

5.  You are directed to respond in writing to this notice no
later than (date) (allow at least 5 working days, 20 calendar
days For SMCR and IRR Marines) by completing and returning the
enclosure.  Failure to respond by the prescribed time constitutes
a waiver of your rights.

                              (Signature of Commanding Officer)


   Figure 6-1- Notification of Convening of a Competency Review Board
                         (continued)

SSIC
S-1
DATE

From:  (Marine's name)
To:    Convening Authority

Subj:  ACKNOWLEDGMENT OF RIGHTS PRIOR TO COMPETENCY REVIEW BOARD (CRB)

Ref:   (a) (Convening Authority's letter)

1.          I acknowledge receipt of the reference notifying me of
the convening of a Competency Review Board.  Further, that if I am
found to be incompetent that I will be reduced to the grade of (one
grade from that currently held).

2.  _____ I (have/have not) consulted with counsel.  The legal
counsel/SJA I spoke to is _____.

3.  _____ I (do/do not) waive my right to appear before the
Competency Review Board.

4.  _____ I (have/have not) included written statements in rebuttal
to this proposed action.

5.          I (do/do not) desire to waive all CRB proceedings in
their entirety and accept the commander's determination of
incompetence and reduction.

5.  _____ I am aware of the rights accorded me as set forth
in the reference.


                              (Signature)

   Figure 6-2 - Acknowledgment of Rights Prior To Competency Review Board

Convening Authority's Heading

SSIC
S-1
DATE

From:  Senior Member, Competency Review Board
To:    (Convening Authority)
Via:   (Chain of Command)

Subj:  COMPETENCY REVIEW BOARD OF (GRADE, NAME, SSN/MOS OF MARINE)

Encl:  (1) (Copy of notice to Marine)
       (2) (Copy of Marine's acknowledgment)
       (3) (Command exhibits)
       (4) (Marine's exhibits)
       (5) (Other)
       (6) (Marine's post-proceeding statement (if applicable))

1.  Findings of Fact.  (The findings of the CRB must be supported
by the findings of fact.)

2.  Opinions.  (The opinions of the CRB must be supported by the
findings of fact.)

3.  Recommendations.  (The recommendations of the CRB:  retention
in grade, reduction, or reduction in grade with suspension of
reduction for a period of up to 6 months.)

                    (Senior member's signature)

    (Signature of member)              (Signature of member)

            Figure 6-3 - Competency Review Board Report

UNIT HEADING

Affidavit of Service by Mail

State of _____

County of _____

I.  (Grade, Name, Component of individual that mailed the
notification), being duly sworn, state that:

> On the _____ day of _____, 20  , I mailed the
> Notification of Competency Proceedings, a true copy of which
> is attached hereto, by Certified Mail (Return Receipt Requested)
> using Certified mail number _____ to (Name and Address of
> Member) that being the last known address given to (Unit) as the
> one at which official mail would be received by or forwarded to
> the Marine by depositing same in an official depository of the
> U.S. Postal Service in sealed government official postal envelope
> with a return receipt card (PS Form 3811) attached.  A receipt
> for Certified Mail (PS Form 3800) attesting to such action is
> attached.

(Signature and Grade of Affiant)

Sworn and subscribed before me this _____ day of _____ 20

(Signature and grade of Officer Administering Oath)

Figure 6-4 - Affidavit of Service by Mail

CHAPTER 7

PUNITIVE REDUCTIONS

|  | PARAGRAPH | PAGE |
|---|---|---|
| PUNITIVE REDUCTIONS . . . . . . . . . . . | 7001 | 7-3 |
| EFFECTIVE DATE OF REDUCTION . . . . . . . | 7002 | 7-3 |

7-1

CHAPTER 7

PUNITIVE REDUCTIONS

7001. <u>PUNITIVE REDUCTIONS</u>

1.  Enlisted Marines of any grade above Pvt may be reduced as punishment pursuant to the sentence of the nonjudicial punishment (NJP) or court-martial.

2.  Commanders, as defined in paragraph 1200.3b, may reduce enlisted Marines in the grades of PFC through Sgt per Article 15, Uniform Code of Military Justice (UCMJ).  (Note:  A commander's reduction authority at Article 15 is equal to the commander's promotion authority.)

>     EXAMPLE:  A battalion/squadron commander may promote a Cpl to
>               Sgt and, therefore, may reduce a Sgt to Cpl.

3.  The date of rank (DOR) to be assigned will be the date the reduction is effected.  A Marine's prior time in grade (TIG) will not be used to satisfy the minimum TIG requirement for promotion to the grade from which punitively reduced.

>     EXAMPLE:  A Marine is promoted to LCpl with DOR 1 May 1998
>               and reduced from LCpl to PFC effective 28 January
>               1999.  Even though the Marine has 10 months TIG prior
>               to the reduction, the Marine is not eligible for
>               promotion to LCpl until 1 October 1999, based
>               on the computation of 8 months TIG from the reduction
>               to PFC.

4.  The composite score of a Sgt punitively reduced to Cpl cannot include previous TIG as a Cpl.


7002. <u>EFFECTIVE DATE OF REDUCTION</u>

1.  Unless suspended when imposed, a reduction effected as a result of a court-martial is effective from and including the date the sentence is ordered executed.  The date of rank to be assigned will be the date the reduction is effected (i.e., the date the sentence is ordered executed).

2.  Unless suspended when imposed, a reduction effected as a result of NJP is effective from and including the date imposed.

3.  A vacated suspended reduction is effective on the date the suspension is vacated.

4.  Marines whose sentence of reduction from NJP or a court-martial is suspended, set aside, or mitigated to a lessor punishment will be reassigned the same date of rank held before the reduction was imposed.

5.  If an executed reduction is subsequently suspended or mitigated under Article 15(d) or (e) of the UMCJ, the date of rank is the date of suspension or mitigation unless the authority authorized to take final action directs that the date of rank be the Marine's original date of rank.

6.  If an executed reduction is subsequently set aside under
Article 15(d) or (e) of the UCMJ, the date of rank will be the
Marine's original date of rank before the reduction was imposed.
The date of rank may not go beyond the original date of rank.

INDEX

Paragraph   Page

A

Accelerated Promotions.............................3400        3-20

C

Composite Scores:
    Computation....................................2501        2-28
    General........................................2500        2-27
    Reporting......................................2500.1      2-27
    Service Record Entry (USMC/USMCR)..............2500.5      2-28

D

Definitions........................................1100        1-3

E

Effecting Promotions:
    Date of Rank...................................5102        5-3
    General........................................5100        5-3
    Obligated Service Requirement..................3103.6      3-7
    Permanent Appointment..........................5101        5-3
    Preparation of Certificates of Appointment.....5103        5-4
    Undelivered Appointments.......................5200        5-5
        Appeals....................................5200.7      5-7
        Commander's Responsibilities...............5200.1      5-5
        Requirements...............................5200.3      5-5
        Subsequent Eligibility.....................5200.11     5-8
    Enlisted Grade Structure.......................1101        1-7
    Enlisted Precedence............................1102        1-7

F

Frocking...........................................4500        4-19

M

Meritorious Promotions.............................4100        4-3
Minimum TIG/TIS Requirements for Promotion.........1202        1-11

P

Promotion Policies.................................1203        1-11
    Alcohol Abuse/Alcoholism.......................1203.20     1-15

    Denied Further Service..........................1203.13    1-13
    Drug Abuse......................................1204.3p    1-17
    Honorary Enlisted Promotions....................1203.5     1-12
    Hospitalized Marines............................1204.4b    1-12
    Incentive Promotions............................1203.3     1-11
    Intercomponent/Interclass Transfers.............1203.17    1-14
    Meritorious Promotions..........................1203.2     1-11
    Reserve Competitive Categories..................1203.17    1-14
    Transfer to the FMCR............................1203.9     1-13
    VSI/SSB.........................................1203.12    1-13
Promotion Restrictions..............................1204       1-16
Promotion System....................................1201       1-10
Promotions to Corporal and Sergeant in the
  Drilling Reserve and Active Reserve...............2202       2-15
    Announcements and Authorities (Corporal)........2202.2     2-15
    Announcements and Authorities (Sergeant)........2202.3     2-16
    Minimum TIG/TIS (Corporal)......................2202.2     2-15
    Minimum TIG/TIS (Sergeant)......................2202.3     2-16
    Promotion Waivers (Corporal and Sergeant)......2202.7      2-17
    Schedule of Events for Composite Score
      Computation (Corporal and Sergeant)..........2202.4      2-16
Promotions to Corporal and Sergeant in the
  Individual Ready Reserve                          2203       2-18
Promotions to Corporal and Sergeant in the
  Active Component                                  2201       2-11
    Announcements and Authorities (Corporal)        2201.1     2-11
    Announcements and Authorities (Sergeants)       2201.2     2-12
    Minimum TIG/TIS (Corporal)                      2201.1     2-11
    Minimum TIG/TIS (Sergeant)                      2201.2     2-12
    Promotion Waivers (Corporal/Sergeant)           2201.6     2-15
    Schedule of Events for comosite Score
      Computation (Corporal/Sergeant)              2201.3      2-14
Promotions to Private First Class and Lance
  Corporal in the SMCR and Active Reserve           2102       2-6
Promotions to Private First Class and Lance
  Corporal in the Individual Ready Reserve          2103       2-10
Promotions to Private First Class and Lance
  Corporal in the Active Component                  2101       2-3
    Individual Ready Reserve......................2203        2-18
Promotions to Corporal and Sergeant in the Active
  Component.........................................2201       2-11
    Announcements and Authorities (Corporal)........2201.1     2-11
    Announcements and Authorities (Sergeant)........2201.2     2-12
    Minimum TIG/TIS (Corporal)......................2201.1     2-11
    Minimum TIG/TIS (Sergeant)......................2201.2     2-12
    Promotion Waivers (Corporal/Sergeant)...........2201.6     2-15
    Schedule of Events for Composite Score
      Computation (Corporal/Sergeant)..............2201.3      2-14
Promotions to Private First Class and Lance Corporal
  in the SMCR and Active Reserve....................2102       2-6
Promotions to Private First Class and Lance Corporal
  in the Individual Ready Reserve...................2103       2-10
Promotions to Private First Class and Lance Corporal
  in the Active Component............................2101       2-3

                              R

Records Disposition.................................1205       1-19
Reductions:
    Effective Date of Reduction (Nonpunitive)......6001.5e     6-12
    Effective Date of Reduction (Punitive).........7002        7-3
    Reductions......................................6000        6-3
    Punitive Reductions.............................7001        7-3
    Reduction For Incompetence......................6001        6-3

      Competency Review Board...................6001.1b    6-3
      Definitions..............................6001.1     6-3
      Policy...................................6001.2     6-4
Remedial Consideration for Promotion (Private First Class
  Through Sergeant):
      General..................................2600       2-39
      Cpl and Sgt (USMC/USMCR).................2603       2-41
      LCpl (USMC/USMCR)........................2602       2-40
      PFC (USMC/USMCR).........................2601       2-39
  Remedial Consideration for Promotion (Staff
  Noncommissioned Officer):
      General..................................3600       3-23
      Guidance.................................3603       3-26
      Eligibility..............................3602       3-23
      Enlisted Remedial Promotion Board.............3601   3-23
      Procedures...............................3604       3-26

S

Special Promotion Provisions.....................2300       2-20
  Platoon Leaders Class........................2301       2-20
  Marine Enlisted Commissioning Education Program.2305    2-22
  Meritorious Promotions.......................4100       4-3
      Accelerated Promotion....................3400       3-20
      Combat Meritorious Program................4100.2     4-3
      Command Recruiting Program (CRP) Meritorious
        Promotions............................4107       4-11
      Criteria for Meritorious Recommendations...4100.4     4-4
      Formal Schools...........................4201       4-13
      General..................................4100.1     4-3
      Marine Corps Recruit Depots...............4200       4-13
      Meritorious Promotion of DI's and
        Recruiters to SGT.......................4102.6     4-9
      Meritorious Promotion to Cpl and Sgt(USMC).4102     4-8
      Meritorious Promotion to Cpl and Sgt
          (USMCR/AR)....4103       4-9
      Meritorious Promotion to Cpl and Sgt
        (USMCR/SMCR/IRR).........................4104       4-10
      Meritorious Promotion to LCpl.............4105       4-11
      Meritorious Promotion to PFC..............4106       4-11
      Meritorious Promotion of SNCOs............4101       4-5
      Meritoriuos SNCO Promotions in the Marine Forces
        Reserve.................................4101.11    4-7
      Meritorious SNCO Promotions in the Operational
        Forces..................................4101.11    4-7
      Non-combat Meritorious Promotion Program...4100.3     4-4
      Recruiter Aides..........................4108       4-12
  Physical Disability (Promotion of Marines Separated for):
      PFC Through SGT..........................4401       4-18
      SNCO's...................................4400       4-18
  Posthumous Promotions........................4300       4-16

  CPL Through SGT............................4302  4-16
  PFC Through LCPL..........................4303  4-16
  SNCO's....................................4301  4-16
Staff Noncommissioned Officer Promotions
  Approval of Selection Board Proceedings........3106  3-10
  Eligibility Requirements (General).............3200  3-13
  Command Screening of Selected Marines' Records.3107  3-11
  Composition of Selection Boards................3101  3-4
  Consideration for Promotion to First  Sergeant.3200.8  3-15
  Consideration for Promotion to Master Sergeant.3200.9  3-16
Correspondence to Selection Boards.................3102  3-4
General Procedures.................................3100.3  3-3
IRR...............................................3200.2d  3-14
Marine Enlisted Commissioning Education Program....3503  3-22
Members of the Marine Band.........................3203  3-17
Noncompetitive Consideration (General).............3500  3-21
Preparation for Selection Boards...................3103  3-5
Prior Service in Same or Higher Grade..............3201  3-16
Procedures........................................3104  3-9
Promotion of Marines in a MIA or POW Status........3501  3-21
Regular SNCO Selection Boards......................3100  3-3
Requests for Transfer to the FMCR or Retired Reserve.3202  3-17
Selection Boards (General).........................3100  3-3
Selections........................................3105  3-10
Zone Extensions...................................3105.3  3-10
Reserve Component Selection Boards.................3200.2  3-13
Warrant Officer Selects............................3502  3-22