# ADMINISTRATIVE RECORD
## Volume V
## (pp. 185-223)

*PRX*

50

**APPLICATION FOR CORRECTION OF MILITARY RECORD**
**UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552**
*(Please read instructions on reverse side BEFORE completing this application.)*

OMB No. 0704-0003
OMB approval expires
Jun 30, 2009

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services Directorate (0704-0003). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE O[...]**
**APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.**

**Frazier, James S.**

PRIVACY ACT S[...]

*02503 – 08*  /  9126-10

AUTHORITY: Title 10 US Code 1552, EO 9397.

PRINCIPAL PURPOSE: To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

[...]ng
[...]uest for
[...] of the

individual and appropriate records.

**1. APPLICANT DATA** *(The person whose record you are requesting to be corrected.)*

| a. BRANCH OF SERVICE (X one) | ARMY | NAVY | AIR FORCE | X MARINE CORPS | COAST GUARD |
|---|---|---|---|---|---|

| b. NAME *(Print - Last, First, Middle Initial)* FRAZIER, JAMES S | c. PRESENT OR LAST PAY GRADE E8 | d. SERVICE NUMBER *(If applicable)* N/A | |
|---|---|---|---|

| 2. PRESENT STATUS WITH RESPECT TO THE ARMED FORCES *(Active Duty, Reserve, National Guard, Retired, Discharged, Deceased)* | 3. TYPE OF DISCHARGE *(If by court-martial, state the type of court.)* HONORABLE | 4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY, *(YYYYMMDD)* 2005/09/02 |
|---|---|---|

**5. I REQUEST THE FOLLOWING ERROR OR INJUSTICE IN THE RECORD BE CORRECTED:** *(Entry required)*
E8 TO E9 = MASTER SERGEANT TO MASTER GUNNERY SERGEANT.
BE RETROACTIVELY PROMOTED FROM MASTER SERGEANT TO MASTER GUNNERY SERGEANT

**6. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST FOR THE FOLLOWING REASONS:** *(Entry required)*
SEE ATTACHED STATEMENT AND ENCLOSURES.

Also I REQUEST MY RETIREMENT DATE BE MODIFIED.

**7. ORGANIZATION AND APPROXIMATE DATE** *(YYYYMMDD)* **AT THE TIME THE ALLEGED ERROR OR INJUSTICE IN THE RECORD OCCURRED** *(Entry required)* MARINE CORPS MOBILIZATION COMMAND

**8. DISCOVERY OF ALLEGED ERROR OR INJUSTICE**

| a. DATE OF DISCOVERY *(YYYYMMDD)* 2007/04/27 | b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THE APPLICATION. N/A |
|---|---|

**9. IN SUPPORT OF THIS APPLICATION, I SUBMIT AS EVIDENCE THE FOLLOWING ATTACHED DOCUMENTS:** *(If military documents or medical records are pertinent to your case, please send copies. If Veterans Affairs records are pertinent, give regional office location and claim number.)*
SEE ATTACHED ENCLOSURE LISTING.

| 10. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. *(At no expense to the Government)* (X one) | | YES. THE BOARD WILL DETERMINE IF WARRANTED. | X NO. CONSIDER MY APPLICATION BASED ON RECORDS AND EVIDENCE. |
|---|---|---|---|

| 11.a. COUNSEL *(If any)* NAME *(Last, First, Middle Initial)* and ADDRESS *(Include ZIP Code)* N/A | b. TELEPHONE *(Include Area Code)* |
|---|---|
| | c. E-MAIL ADDRESS |
| | d. FAX NUMBER *(Include Area Code)* |

**12. APPLICANT MUST SIGN IN ITEM 15 BELOW.** If the record in question is that of a deceased or incompetent person, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY THE APPLICATION. If the application is signed by other than the applicant, indicate the name *(print)* NewMel Aron 2 N/and relationship by marking one box below.

| SPOUSE | WIDOW | WIDOWER | NEXT OF KIN | LEGAL REPRESENTATIVE | OTHER *(Specify)* |
|---|---|---|---|---|---|

| 13.a. COMPLETE CURRENT ADDRESS *(Include ZIP Code)* OF APPLICANT OR PERSON IN ITEM 12 ABOVE *(Forward notification of all changes of address.)* 40 HOLLAND AVE, APT 63, BRADDOCK, PA 15104 / P.O. BOX 224 McKeesport PA 15134 | b. TELEPHONE *(Include Area Code)* |
|---|---|
| | c. E-MAIL ADDRESS N/A |
| | d. FAX NUMBER *(Include Area Code)* |

**14. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** *(U.S. Code, Title 18, Sections 287 and 1001, provide that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

CASE NUMBER
*(Do not write in this space.)*

| 15. SIGNATURE *(Applicant must sign here.)* /RMS S Frazier | 16. DATE SIGNED *(YYYYMMDD)* 2008/3/3 |
|---|---|

DD FORM 149, JUL 2006        PREVIOUS EDITION IS OBSOLETE.        Adobe Designer 7.0

## INSTRUCTIONS

1. All information should be typed or printed. Complete all applicable items. If the item is not applicable, enter "None."

2. If space is insufficient on the front of the form, use the "Remarks" box below for additional information or attach an additional sheet.

3. List all attachments and enclosures in item 9. Do not send original documents. Send clear, legible copies. Send copies of military documents and orders related to your request, if you have them available. Do not assume that they are all in your military record.

4. The applicant must exhaust all administrative remedies, such as corrective procedures and appeals provided in regulations, before applying to the Board of Corrections.

5. ITEM 5. State the specific correction of record desired. If possible, identify exactly what document or information in your record you believe to be erroneous or unjust and indicate what correction you want made to the document or information.

6. ITEM 6. In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board by the evidence that you supply, or it must otherwise satisfactorily appear in the record, that the alleged entry or omission in the record was in error or unjust. Evidence, in addition to documents, may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting the application. All evidence not already included in your record must be submitted by you. The responsibility of securing evidence rests with you.

7. ITEM 8. U.S. Code, Title 10, Section 1552b, provides that no correction may be made unless a request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

8. ITEM 10. Personal appearance before the Board by you and your witnesses or representation by counsel is not required to ensure full and impartial consideration of your application. If the Board determines that a personal appearance is warranted and grants approval, appearance and representation are permitted before the Board at no expense to the government.

9. ITEM 11. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

10. ITEM 12. The person whose record correction is being requested must sign the application. If that person is deceased or incompetent to sign, the application may be signed by a spouse, widow, widower, next of kin (son, daughter, mother, father, brother, or sister), or a legal representative that has been given power of attorney. Other persons may be authorized to sign for the applicant. Proof of death, incompetency, or power of attorney must accompany the application. Former spouses may apply in cases of Survivor Benefit Plan (SBP) issues.

11. For detailed information on application and Board procedures, see: Army Regulation 15-185 and www.arba.army.pentagon.mil; Navy - SECNAVINST.5420.193 and www.hq.navy.mil/bcnr/bcnr.htm; Air Force Instruction 36-2603, Air Force Pamphlet 36-2607, and www.afpc.randolph.af.mil/safmrbr; Coast Guard - Code of Federal Regulations, Title 33, Part 52.

## MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

| ARMY | NAVY AND MARINE CORPS |
|---|---|
| **(For Active Duty Personnel)**<br>    Army Board for Correction of Military Records<br>    1901 South Bell Street, 2nd Floor<br>    Arlington, VA 22202-4508<br><br>**(For Other than Active Duty Personnel)**<br>    Army Review Boards Agency<br>    Support Division, St. Louis<br>    9700 Page Avenue<br>    St. Louis, MO  63132-5200 | Board for Correction of Naval Records<br>2 Navy Annex<br>Washington, DC 20370-5100 |
| **AIR FORCE** | **COAST GUARD** |
| Board for Correction of Air Force Records<br>SAF/MRBR<br>550-C Street West, Suite 40<br>Randolph AFB, TX 78150-4742 | Board for Correction of Military Records<br>    of the Coast Guard (C-60) Room 4100<br>400 7th St., SW<br>Washington, DC 20590 |

**17. REMARKS**

THIS FILED IN CONJUNCTION WITH BCNR DOCKET #

DD FORM 149 (BACK), JUL 2006

# DD149

BLOCK #6: STATEMENT IN THE CASE OF:
FRAZIER, JAMES S. ████████████ 3537

ON 2005/09/01, I WAS WRONGFULLY REDUCED IN RANK
FROM E-8 TO E-3 AND SEPERATED FROM THE U.S. MARINE
CORPS RESERVE UNDER OTHER-THAN-HONORABLE CONDITIONS.
THIS ACTION WAS BASED ON A CIVILIAN CRIMINAL CHARGE
that I WAS SUBSEQUENTLY FOUND NOT GUILTY OF by A
JURY TRIAL IN THE CRIMINAL COURT OF JURISDICTION.

I FILED A PETITION WITH THE BOARD FOR CORRECTION
OF NAVAL RECORDS (BCNR) ON 2007/06/12. MY PETITION
WAS APPROVED ON                    . SEE DOCKET #

THE FACTS OF THIS PETITION IS AS FOLLOWS.

1. BCNR DOCKET #                    RESTORED MY RANK FROM
   E3 TO E-8 AND WITHDREW THE OTHER-THAN-HONORABLE
   DISCHARGE.

2. BCNR DOCKET #                    PLACED ME IN THE RETIRED
   RESERVE EFFECTIVE ON

3. I WAS APPROVED FOR REENLISTMENT FOR A PERIOD OF
   24 MONTHS ON 2005/02/11. SEE ENCLOSURE (I).

I

4. On 2005/03/02, my Command entered my 24 month Reenlistment into the System. See Enclosure (2) (A copy of the Command Unit Diary Entry).

5. On 2005/03/09, my Command corrected my Pay Entry Base Date (PEBD) from 1977/11/07 to 1976/11/07. See Enclosure (2), (A copy of the Command Unit Diary Entry).

6. On 2005/03/15, I submitted a Request for Remedial Consideration for Promotion from Master Sergeant E-8 to Master Gunnery Sergeant E-9 for the unfilled Allocation of the FY04 Reserve SNCO Board. See Enclosure (3). My Request was based on the fact my PEBD had been corrected.

7. On 2005/03/21, I was arrested and charged with the Criminal Offense for which I was tried and found NOT Guilty of. See Enclosure (4) and BCNR Docket #

8. On 2005/05/04, I received a letter from U.S. Marine Corps Headquarters confirming my PEBD Correction and Consideration for Promotion to Master Gunnery Sergeant E9 by the Enlisted Remedial Selection Board Convening on 2005/05/11. See Enclosure (5). However, Covertly and at the same time 2005/05/04, the Command entered a Promotion Restriction on me prohibiting my

2.

My promotion by the very same enlisted remedial selection board convening on 2005/05/11. See enclosure (6). (A copy of the command unit diary entry). This was done without my knowledge.

9. On 2005/05/24, my command enters my non-selection by the very same board into the system. See enclosure (7). (A copy of the command unit diary entry), At the time of this board I was best and fully qualified for promotion. See enclosure (3). This non-selection by this board was based solely on the criminal charge for which I was subsequently found not guilty of and the wrongful promotion restriction which was based on this very same charge.

10. The FY04 reserve SNCO selection board convened on 2004/01/12 and at that time, I was the only master sergeant within the IRR category in the 3500 occ field eligible for promotion to master gunnery sergeant. However, since I had an erroneous PEBD in the system, the promotion allocation went unfilled. At that time, I would have been best and fully qualified. Thus, upon the correction of my PEBD, I submitted the remedial request for promotion consideration. I was positively endorsed by the sergeant major, Marine Forces Reserve. See enclosure (8).

3,

BASED ON THE INJUSTICES DESCRIBED ABOVE AND BCNR
DECISION DOCKET# _____ , I REQUEST to
BE RETROACTIVELY PROMOTED to the RANK of
MASTER GUNNERY SERGEANT E-9 WITH A DATE of RANK
COMESURATE to the FY04 RESERVE SNCO SELECTION
BOARD PURSUANT to ENCLOSURE (5) AND MY RETIREMENT
EFFECTIVE DATE PURSUANT to ENCLOSURE (1).

ANY CONSIDERATION GIVEN to this REQUEST/PETITION
WILL BE GREATLY APPRECIATED.

RESPECTFULLY, I AM

James S. Fryer.

MSGT, USMCR.

*NOTE: THE WRONGFUL RUNNING of the PROMOTION
RESTRICTION by MY COMMAND ON THE SAME
DAY OF ISSUING ME A LETTER INDICATING MY
ELIGIBILITY FOR PROMOTION WAS AT BEST
DECEITFUL AND UNJUSTIFIED AS I WAS
FOUND NOT GUILTY of the VERY CHARGE
WHICH FORM THIER BASIS for THAT ACTION!

4

# Enclosure Listing

(1)  RELM to Prove Reenlistment Authorization

(2) A Copy of Command Unit Diary Entry.
    B

(3)  Copy of Remedial Promotion Package. w/Enclosures 1-18

(4)  Copy of Certificate From Criminal Court of Jurisdiction

(5)  Copy of letter From U.S. Marine Corps Headquarters Signed by Major J. A. McLaughlin Dated 2005/05/04

(6)  Copy of Command Unit Diary Entry.

(7)  Copy of Command Unit Diary Entry.

(8)  Copy of Letter From Sergeant Major, Marine Forces Reserve, R. W. Dixon.

(9)  Copy of Command Unit Diary Entry To Show PEBD Was Corrected.

Enclosures to Petition Are Highlighted In Yellow.



# RELM For Reserve Marines

**Reserve Duty RELM for FRAZIER, JAMES S (E8) (██████)**
Type: **Reenlistment**                     MSC: RES
                                            Sub Command: MOBCOM

**Length of Request: 48 months**

| Status | Created By: | Created On: | Reference: |
|---|---|---|---|
| **Approved** | Christopher S Massey | 01/18/2005 | TFRS-68RUAN |

Christopher S Massey : **Enter edit mode to reenlist or return authority for this Marine.**

**Reenlistment Section:**
Final Approval given:        02/11/2005

**Message Text**

Override Request
Comments:
Months Approved:        24
Message Text:           Reference (a) is TFRS request of 20050118. Reference (b) is MCO P1040R.35B. Reference (a)
                        refers. If qualified authority granted for SNM to reenlist for a period of 24 months per reference
                        (b). Reference (a) refers. SNM will have 27 years, 10 months and 2 days of total service at
                        current RECC. 2 year reenlistment will give SNM 29 years, 10 months if executed NLT than
                        current RECC. Total service limits for members of the MCR is 30 total years of service. SNM
                        must submit request for transfer to the Reserve Retired List no later than 120 days prior to
                        ECC/EAS. Failure to request transfer to the Reserve Retired List at least 4 months prior to
                        ECC/EAS will jeopardize timely processing of the request. This could impact on PTAD, leave, and
                        other transition benefits, if so entitled. Failure to request transfer to the Reserve Retired List will
                        result in separation at ECC/EAS without benefits. Service limits contained in reference (b) apply.
                        The Marine Corps has benefitted by SNM's commitment to professionalism and the honorable
                        service is duly recognized.
Notes for CRS:          Approved for 24 months.

**▼ Commanding Officer Certification**
Eligibility:            **Yes**

Recommend:              **Recommended with confidence**
CO Certification:
Name:                   SSGT RAGAR C. L.
Position:               IRR SNCOIC
Email:                  CASEY.RAGAR@USMC.MIL
Phone:                  DSN: 894-3372
Comments:               IRR MARINE

**▼ RESERVE INFORMATION**

| Rec Status Code: | 0 | MCC: | | 20 Year Letter Flag: | 1 |
|---|---|---|---|---|---|
| Component Code: | K7 | CRCR Certification: | 03/01/2003 | 20 Letter Effective: | 01/09/2001 12:00:00 AM |
| ECC: | 09/09/2005 | Mand Drill Partic Stop: | | Train Cat Pay Grp: | H |
| RUC: | 88803 | Total Sat Years: | 24 | Unit Join Date: | 01/17/2002 |

ENCL: (1)

192

08/05/2005 FRI 13:25 FAX                                                                        @002/004

```
TDRPKY07-1              (MCTFS) DIARY RETRIEVAL SYSTEM           08/05/2005
GR1M18   SSN:                       INIT: FJS    ENTER NEXT CYC:    10:57:14
-----------------------------------------------------------------------------
CYC TTC  DIARY/PAYROLL      EFF       ACT       MEC      CODES      ERROR
NR       NUMBER   DATE     DATE      DATE       NR     CP/COR/TYP  POS F/E
-----------------------------------------------------------------------------
040 0004  00216 20050309   20050302  20050302  NONE      1
     RUC/DSSN: 88803    DPI: 00
     ENGLISH: 20050302 REENL USMCR KHC1 YRS 2 ENL 6TH
     ENCODED: KHC126TH
     HIST:  BJC - RCVD ON 050309.
040 0063  00218 20050309   20050309  20050309  NONE      1
     RUC/DSSN: 88803    DPI: 00
     ENGLISH: 20050309 PEBD 19761107
     ENCODED: 19761107
     HIST:  BASED ON SNM & OUR RECOMPUTATION PEBD IS CHANGED. BREAK IN SERV TIM
     E IS 030424. FIRST PEBD 730614+030424-1=761107.
     * * * * * * * * * * * * C O N T I N U E D * * * * * * * * * PAGE - 01
                      (PF-13 RESTART CYCLE)
```

ENCL: (2)

193

1400
11 March 2005

From:   Master Sergeant James S. Frazier ████████████ USMCR
        PO Box 770551
        New Orleans, LA. 70177
To:     Commandant of the Marine Corps (MMPR-2)
        Harry Lee Hall
        17 Lejeune Road
        MCB Quantico, VA. 22134

Subj:   REMEDIAL CONSIDERATION FOR PROMOTION ICO FY04 RESERVE
        SNCO SELECTION BOARD

Ref:    (a) MARADMIN 094/04

Encl:   (1) Current Photograph
        (2) Height and Weight Certification
        (3) Reserve Qualification Summary
        (4) Warfighting Skills Completion Certificate
        (5) Motor Transport Advance Course Completion Certificate
        (6) Motor Transport Career Course Completion Certificate
        (7) First Sergeant/Master Sergeant Seminar Completion Certificate
        (8) SNCO Advance Course Completion Certificate
        (9) Marine Corps Martial Arts Program Completion Certificate
       (10) Certificate of Achievement (Marine Corps Association)
       (11) Navy Marine Corps Achievement Medal
       (12) Certificate of Achievement (US Army)
       (13) Copy of Civilian of the Quarter Nomination
       (14) Copy of US Air Force Extension Course Institute Student Transcript
       (15) Copy of GSA Training Center Completion Certificate
       (16) Copy of US Technical Training Transcript (VMAS I)
       (17) Copy of US Training Center Transcript (VMAS II)
       (18) Marine On Line Military Education Transcript.

1.  Request remedial consideration for promotion to the rank of Master Gunnery Sergeant
by the subject board.  This is my second request.  The first request was dated 29 June
2004 and contained an erroneous PEBD of 77/11/07.  This erroneous PEBD was also in
the system.  Based on the erroneous PEBD, I was not eligible for consideration by the
subject board.

2.  At the tine of the subject board, I had not been previously considered for Master
Gunnery Sergeant in any zone by a Selection Board.

3.  My correct PEBD is 76/11/07 and has now been input into the system.

1

ENCL: (3) To INCL, ALL ENCLOSURES
1-18

ENCL

1400
10 March 2005

From:  Master Sergeant James S. Frazier ███████████ USMCR
       PO Box 770551
       New Orleans, LA. 70177

To:    Commandant of the Marine Corps (MMPR-2)
       Harry Lee Hall
       17 Lejeune Road
       MCB Quantico, VA. 22134

Subj:  REMEDIAL CONSIDERATION FOR PROMOTION ICO FY04 RESERVE
       SNCO SELECTION BOARD

Ref:   (a) MARADMIN 094/04

Encl:  (1) Current Photograph
       (2) Height and Weight Certification
       (3) Reserve Qualification Summary
       (4) Warfighting Skills Completion Certificate
       (5) Motor Transport Advance Course Completion Certificate
       (6) Motor Transport Career Course Completion Certificate
       (7) First Sergeant/Master Sergeant Seminar Completion Certificate
       (8) SNCO Advance Course Completion Certificate
       (9) Marine Corps Martial Arts Program Completion Certificate
       (10) Certificate of Achievement (Marine Corps Association)
       (11) Navy Marine Corps Achievement Medal
       (12) Certificate of Achievement (US Army)
       (13) Copy of Civilian of the Quarter Nomination
       (14) Copy of US Air Force Extension Course Institute Student Transcript
       (15) Copy of GSA Training Center Completion Certificate
       (16) Copy of US Technical Training Transcript (VMAS I)
       (17) Copy of US Training Center Transcript (VMAS II)
       (18) Marine On Line Military Education Transcript.

1. Request remedial consideration for promotion to the rank of Master Gunnery Sergeant
by the subject board.  This is my second request.  The first request was dated 29 June
2004 and contained an erroneous PEBD of 77/11/07.  This erroneous PEBD was also in
the system.  Based on the erroneous PEBD, I was not eligible for consideration by the
subject board.

2. At the time of the subject board, I had not been previously considered for Master
Gunnery Sergeant in any zone by a Selection Board.

3. My correct PEBD is 76/11/07 and has now been input into the system.

1

196

4.  Per the reference, the final zone cutoff and allocation for the promotion zone for OF 3500 in the IRR category was DOR: 98/01/01 and PEBD: 77/02/28.  Accordingly, the IRR allocation went **unfilled** as there were **no** IRR Master Sergeants in OF 3500 eligible for consideration by the subject board.

5.  Based on the reference, my DOR of 98/01/01 and corrected PEBD of 76/11/07, I should have been eligible for consideration for selection to Master Gunnery Sergeant by the subject selection board in the OF 3500 promotion zone within the IRR category.

6.  As demonstrated by enclosures (5) through (9) and (14) through (18), I have exceeded my PME and Motor Transport educational requirements.  Additionally, I placed 3rd among my active duty counterparts in the Motor Transport Advance Course as evidenced by enclosures (5) and (10).  I am fully qualified for promotion to Master Gunnery Sergeant in the 3500 OF.

7. If additional information is needed, I may be reached at (504) 246-5760 or by e-mail at jfrazier@iscnola.uscg.mil

JAMES S. FRAZIER

2

197



FRAZIER J S
MSGT        3537
68    145
IRR
031218

IRR

█████ 246-5760

ENCL: (1)



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commanding Officer
United States Coast Guard
Integrated Support Command

4640 Urquhart St.
New Orleans, LA  70117
Staff Symbol: pp
Phone: (504)942-3032
Fax: (504)942-4098
Email:

22 Dec 2004

# MEMORANDUM

From:   S. D. Bresnahan
        CG ISC New Orleans

To:     MSgt. James Frazier
        ███████████████SMCR

Subj:   HEIGHT AND WEIGHT CERTIFICATION

Ref:    (a) Reenlistment

1. Height  69in.

2. Weight  148 lbs

3. Height and weight certified on this date.

#

ENCL. (2)

199

# RESERVE QUALIFICATION SUMMARY (RQS)    HQMC VERSION 1-02

| NAME (Last, First, MI): | AGE | SEX | RACE | DOR | PMOS | AMOS | AMOS2 |
|---|---|---|---|---|---|---|---|
| FRAZIER | 48 | M | Black | ▮▮▮ | 3537 | 3538 | None |

**FRAZIER, JAMES S.**

**SSN** (Last four):

| CURRENT MILITARY DUTY (billet/unit): | LANGUAGES (spoken/written/reading skills): |
|---|---|
| Motor Transport Chief IRR U. S. Marine Corps Mobilization Command Kansas City, MO. RUC: 88803 | English |

### PERSONAL APPEARANCE

| Height: | Weight: | Body Fat %: | PFT Score/Date: |
|---|---|---|---|
| 145 lbs | 69 inches | | |

## HOME ADDRESS:

P.O. Box 770551
New Orleans, LA. 70177

**PHONE:** ▮▮▮

**E-MAIL:** jfrazier@iscnola.uscg.mil

## CIVILIAN OCCUPATION (job, description of duties):

Regional Motor Fleet Manager, (DHS) Federal Civil Service: I manage a fleet of 500 Government Owned Vehicles within my region which encompasses five states. Also manage all special purpose and material handling equipment within my region. Additinal duty: Drivers Traini

## CIVILIAN EDUCATION (school/date completed):

GSA MOTOR FLEET MANAGERS CONFERENCE 2004
GSA MOTOR FLEET MANAGERS CONFERENCE 2003
NORTHERN VIRGINIA COMMUNITY COLLEGE 1996
GSA FLEET MANAGER COURSE 1987

## DECORATIONS (award/date received):

CERTIFICATE OF ACHIEVEMENT 2003
NAVY AND MARINE CORPS ACHIEVEMENT MEDAL 2001
CERTIFICATE OF ACHIEVEMENT 2000
ARMED FORCES RESERVE MEDAL W/DEVISES
ARMY ACHIEVEMENT MEDAL (USMC) 1991

## MILITARY EDUCATION (school/date completed):

WARFIGHTING SKILLS DISTANT EDUCATION PROGRAM 2004
MOTOR TRANSPORT ADVANCE COURSE 2003
MOTOR TRANSPORT CAREER COURSE 2003
MOTOR TRANSPORT NCO ADVANCE COURSE 2003
MARINE CORPS MARTIAL ARTS PROGRAM (Tan) 2003
CURRICULUM DEVELOPERS COURSE 2001
FIRST SERGEANT/MASTER SERGEANT SEMINAR 1999
SNCO ADVANCED NON-RES COURSE 1997
SNCO CAREER RESIDENT COURSE 1987
SNCO CAREER NON-RESIDENT COURSE 1985
USMC TRACTOR-TRAILER OPERATORS COURSE 1982

## MILITARY CAREER EXPERIENCE SUMMARY

| (period) | (billet, unit, Active/Reserve) |
|---|---|
| 11/03-12/03 | Student, Logistics Operations School, Motor Transport Advance Course (Active) |
| 04/03-05/03 | Student, Logistics Operations School, Motor Transport Career Course (Active) |
| 03/03-07/03 | Motor Transport Operations Chief, II MEF, Camp Lejeune, NC (Mobilization) |
| 11/00-01/01 | Motor Transport Operations Chief, MP Co., North Versailles, PA. (ADSW) |
| 01/00-09/00 | Motor Transport Chief, II MEF, Camp Lejeune, NC (Mobilization) |
| 11/99-12/99 | Motor Transport Oprations Chief, MP Co., North Versailles, PA. (ADSW) |
| 1999 | Motor Transport Chief, II MEF, Camp Lejeune, Camp Lejeune |
| 11/98-12/98 | Provost Sergeant, MPCO, North Versailles, PA (ADSW) |
| 11/97-12/97 | Motor Transport Operations Chief, MPCo, North Versailles, PA. (ADSW) |
| 07/96-07/96 | Section Leader, Base Motor Trasnport, Camp Lejeune, NC (RCT) |
| 03/94-06/96 | Battlefield Assesment Specialist, WDID, MCCDC Quantico, VA. (MTU) |
| 01/94-02/94 | Motor Trasnport Operations Chief, Base Motor Transport, Quantico, VA. (RCT) |

## REMARKS (Include community activities, civilian skills beneficial to military service, etc):

In addition to my US Marine Corps experience in the Motor Trasnport field, I have continued to work in the Federal Motor Trasnport field in my Civilian capacity.  My current positon as Regional Motor Fleet Manager equates to the billet of II Mef Motor Transport Officer. I also manage the Government Licensing Program which diretly relates to my former Marine Corps billet of 3538 Licensing Examiner. I have kept my Marine Corps Motor Trasnport skills sharp and up to date by serving on active duty assignments and attending the Marine Corps Logistics School Career and Advance Motor Trasnport Courses in 2003. I also participate in Toys 4 Tots every year since 1977, I received a NMCAM for my efforts.  I also have performed funeral duti

| SIGNATURE (if paper copy is submitted): | *James S. Frazier* | DATE COMPLETED: | 10 January 2005 |
|---|---|---|---|

Encl. (3)

Z5299742

# United States Marine Corps

The Marine Corps Institute

takes pleasure in presenting this diploma certifying that

**JAMES FRAZIER**

has met all the requirements and

has successfully completed the curriculum prescribed for

WARFIGHTING SKILLS DISTANCE EDUCATION PROGRAM

Therefore, in recognition and in validation our signatures

and the Marine Corps Seal are hereunto affixed

this ___08th___ day of ___January___, 2004

DUPLICATE

Eucl; (4)

# United States Marine Corps



## Logistics Operations School

takes pleasure in presenting this diploma to

Master Sergeant JAMES S. FRAZIER

certifying that this Marine has met all requirements
and has completed the program of instruction prescribed for

### Motor Transport Advance Course 2004010



USMC

Given at Marine Corps Combat Service Support Schools
Marine Corps Base, Camp Lejeune
this 12th Day of December   2003



Encl (5)

202

# United States Marine Corps



*Logistics Operations School*

takes pleasure in presenting this diploma to

*Master Sergeant JAMES S. FRAZIER*

▇▇▇▇▇▇▇▇ **USMCR**

certifying that this Marine has met all requirements
and has completed the program of instruction prescribed for

**Motor Transport Career Course 200304**

Given at Marine Corps Combat Service Support Schools,
Marine Corps Base, Camp Lejeune

this 22d Day of May 2003

ENCL (6)



United States Marine Corps

Marine Corps University

This is to certify that

Master Sergeant James S. Frazier

has completed the requirements prescribed by the Commandant of the Marine Corps for

1999 First Sergeant/Master Sergeant Seminar

Given at the Staff Noncommissioned Officer Academy
Marine Corps Combat Development Command, Quantico, Virginia
this thirtieth day of July 1999

Encl.(G)

204

Z4680034

# United States Marine Corps

## The Marine Corps Institute

takes pleasure in presenting this diploma certifying that

### JAMES FRAZIER -

has met all the requirements and

has successfully completed the curriculum prescribed for

**SNCO ADVANCED DISTANCE EDUCATION PROGRAM**

Therefore, in recognition and in validation our signatures

and the Marine Corps Seal are hereunto affixed

this _25th_ day of _February_, 1997

DUPLICATE

ENCL (8)

205

# United States Marine Corps

## The Commanding Officer of
## Logistics Operations School

*Takes pleasure in presenting this diploma to*

# MSgt James Frazier

*certifying that they have met all the requirements
and has successfully completed the syllabus prescribed for*

### in the Marine Corps Martial Arts Program

*Given at Marine Corps Combat Service Support Schools
This 12th of December*

Commanding Officer,
Logistics Operations School

Instructor

ENCL (9)



# Marine Corps Association

## CERTIFICATE OF ACHIEVEMENT

### Master Sergeant JAMES S. FRAZIER        USMC

*The Board of Governors of The Marine Corps Association takes pleasure in presenting this award in recognition of high endeavor and superior accomplishments while enrolled in a course of study in professional education prescribed by the Commandant of the Marine Corps.*

Given this _____ 12th _____ day of _____ December _____ 20 03

Encl. (10)



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL



TO

MASTER SERGEANT JAMES FRAZIER

FOR

USMCR

"professional achievement in the superior performance of his duties while serving as Motor Transport Noncommissioned Officer in charge, Military Police Company B, Headquarters and Service Battalion, Fourth Force Service Support Group, Marine Forces Reserve, Transportation Instructor Staff Pittsburgh PA. From 06 November 2000 to 21 January 2001. During this period, Master Sergeant Frazier consistently performed his duties in an exemplary and highly professional manner. His unparalleled devotion to duty, unbounded enthusiasm and steadfast perseverance, were key in this unit's most successful Toys for Tots campaign ever. Through the personal efforts of Master Sergeant Frazier, he first obtained the cost-free use of twin tractor trailers and then conducted over 250 toy collection operations, logging over 6000 accident-free miles. Master Sergeant Frazier's gregarious and dynamic "Can-Do" attitude led the way in the operational and logistical success of collection, storage, segregation and distribution of over 60,000 toys that went out to over 200,000 area children. Master Sergeant Frazier's initiative and selfless devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and United States Naval Service."

GIVEN THIS      30      DAY OF  MAY,  2001

_R. A. Montgomery_
SECRETARY OF THE NAVY
R. A. MONTGOMERY
Lieutenant Colonel, U. S. Marine Corps
Commanding Officer

208



# ROVING SANDS 2000

## Certificate of Achievement

is presented to

## MSgt James Frasier

**FOR OUTSTANDING SERVICE DURING THE
JOINT THEATER AIR AND MISSILE DEFENSE EXERCISE
14-23 JUNE 2000**



Encl (12)

Date: 16 Dec 02

## ISC NEW ORLEANS CIVILIAN OF THE QUARTER NOMINATION FORM

1. *GS-9 James Frazier* is hereby nominated for the ISC New Orleans Enlisted Person of the Quarter for period ending 31 December 2002.

2. The following specific examples define the professional character of this individual:

   a. **Performance.** Since joining Team Coast Guard on 1 April 2002, James Frazier has exemplified an industrious work ethic and improved the performance of the Property & Logistics Branch immensely. This branch comprises the following functional aspects: the management of motor transport fleet assets and leased space activities associated with ISC NOLA and District 8 operational units in the lower half of the Area of Responsibility (AOR) comprising 114 units. His exemplary performance reflects an increase in the branch's effectiveness and maximum utilization of approximately 350 General Services Administration (GSA) vehicles, his acquisition of non-GSA vehicles to complement the increasing operational demands of this unit and the ISC NOLA, and his resourceful management of GSA Leased Space represents the maximum utilization of leased space. Finally, his administrative, technical, and operational experience, training, and education demonstrate overall his professional knowledge, skills, and abilities to attain the organization goals of this command as well as supported units.

   b. **Leadership.** James Frazier is an individual who takes great pride in his work. His actions are epitomized by his diligence and attention to detail in planning, organizing, and controlling many of the sub-functions of the position. He exudes those requisite leadership traits of knowledge, decisiveness, integrity, courage (physical and moral), and initiative. Relevant examples of leadership principles exhibited during his tenure are: seeks and takes responsibility for his actions; is technically and tactically proficient, makes sound and timely decisions, and knows himself and seeks self-improvement. His ability to get the job done in the face of adversity speaks highly of this individual in the resolute determination to accomplish the myriad of service support missions, as required.

   c. **Teamwork.** His teamwork approach is representative of his interaction with peers and subordinates alike within the Comptroller Division. Mr. Frazier has taken the time and effort to train, coach, and develop his employee on the basics and intricacies of motor fleet transportation. He has elevated the roles and missions of the branch in support of the command to new heights.

   d. **Military/Civilian Appearance.** Mr. Frazier exudes a professional and caring demeanor to all employees requesting his branch's efforts. His professional appearance reflects an individual who is meticulous, well dressed and well groomed.

   e. **Community Involvement.** As a civilian employee/Marine Reservist, Mr. Frazier participates in the giving of his free time to the local community by volunteering to assist in the United States Marine Corps "Toys for Tots" Program. He has devoted free time willingly in the promotion, collection, and distribution of new toys at Christmas time.

   f. **Other Accomplishments/Comments.** Additionally, Mr. Frazier has accomplished the following actions: provided training during Captain's Call/all Hands Training on the proper utilization of government vehicles; coordinated a number of motor vehicle accident investigations; supplied GSA assets in support of ISC for funeral details, color guards, force protection and physical security measures; and licensed USCG service-members; and prepared motor fleet vehicles procedures.

3. Submitted by: N4 Division Comptroller, Lt. Ron Ealey, USCG.

*Enel 1 (12)*

210



# Air University

## EXTENSION COURSE INSTITUTE
GUNTER AFB, ALABAMA

## STUDENT TRANSCRIPT



**NAME:** J. S. Frazier

**Service/SSAN**

| COURSE NO | COURSE TITLE | DATE ENROLLED | DATE COMP/CANC | NUMBER OF VOLUMES | STUDY HOURS | CREDIT POINTS | GRADE STATUS |
|-----------|-------------|---------------|----------------|-------------------|-------------|---------------|--------------|
| 60370 | Vehicle Operations Supervisor | 900411 | 901108 | 1 | 18 | 06 | 85 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Date Issued: 12 June 1991

**REMARKS:** *
CREDIT POINTS: APPLICABLE TO USAF RESERVE PERSONNEL FOR RETIREMENT POINT CREDIT ONLY.
GRADE STATUS: S-SATISFACTORY COMPLETION OF-COURSE FAILURE INC-INCOMPLETE SR-CANCELLATION DUE TO STUDENT REQUEST

NOTE: Prior to 1 September 1985, ECI courses were completed by means of open book examinations for each volume of a given course. When all volumes of a course were satisfactorily completed, the student was issued a diploma. Since 1 September 1985, students have been required to take a closed book examination covering the entire course after all volume review exercises have been completed. Satisfactory completion of a course is strictly dependent on the closed book examination.



ECI FORM 14 Previous Editions may be used (See Reverse for Additional Information)
AUG 76

_Barbara J. _____

FNCL: (14)

GSA

U.S. General Services Administration

## GSA Training Center

recognizes

JAMES S. FRAZIER

for the successful completion of

FLEET MANAGEMENT

during the period
05/09-05/11/88

ENCLOSURE (9)

ENCL: (15)

212

| NAME OF PERSON COMPLETING COURSE | TRAINEE POSITION TITLE | SOCIAL SECURITY NO. |
|---|---|---|

MR. J. S. FRAZIER. JR.

GENERAL CLERK
PITTSBURGH          , PA
                15219

| TITLE OF COURSE |
|---|

55647-01  VMAS System

| NAME AND LOCATION OF TRAINING FACILITY | DATE COURSE COMPLETED | RATING OR GRADE |
|---|---|---|
| Technical Training Center<br>Norman, OK  73070-7810 | FEB 1 8 1983 | Satisfactory |

**INFORMATION ON COURSE**

NUMBER OF HOURS OF INSTRUCTION
Sixty (60)

MAJOR ELEMENTS OF COURSE

The course contains units of instruction on:

    1.   Computer Terminology
    2.   Starting and Running the System
    3.   Loading Operating Software
    4.   Input Data
    5.   Produce Output Reports
    6.   Transmitting Data to PDC
    7.   Sort Procedures
    8.   Correction Routines
    9.   Disk and File Maintenance

REMARKS

This course provides the student with an in-depth knowledge of computer
operating skills needed for the Vehicle Management Accounting System.

| DATE | TITLE | SIGNATURE |
|---|---|---|
| FEB 1 8, 1983 | Registrar | Lena Johnson |

Form 1734
Oct. 1970

F-NCL 1 (16)

213

| NAME OF PERSON COMPLETING COURSE | TRAINEE POSITION TITLE | SOCIAL SECURITY NO. |
|---|---|---|
| MR. J. S. FRAZIER JR. ████ | | |
| GENERAL CLERK PITTSBURGH, PA   15219 | TITLE OF COURSE  55647-03  VMAS Mod II | |
| NAME AND LOCATION OF TRAINING FACILITY  Technical Training Center Norman, OK  73070-7810 | DATE COURSE COMPLETED  OCT 0 7 1983 | RATING OR GRADE  Satisfactory |

**INFORMATION ON COURSE**

NUMBER OF HOURS OF INSTRUCTION
Thirty-six (36)

MAJOR ELEMENTS OF COURSE

The course contains units of instruction on:

1. Micro-computer Hardware Demonstration
2. VMAS Software (Format Program)
3. Back-up Procedures
4. Operating Procedures
5. Printout Review
6. Error and Status Messages and Recovery
7. CLI Commands
8. File Identification
9. Transmission Errors
10. Software Troubleshooting

REMARKS

This course provides the student with a systematic troubleshooting guide for software problems.  Upon completion of VMAS Mod II, the student will be able to understand and correct error messages from the micro-computer.

X. NOTE: UMAS IS VEHICLE MANAGEMENT ACCOUNTING SYSTEM

SEE ENCL (16)

| DATE  OCT 1 7 1983 | TITLE  Registrar | SIGNATURE  Lena Johnson |
|---|---|---|

Form
Oct. 1970   1734

ENCL (17)

214

Education Information

 **PERSONAL INFORMATION**

MSGT  JAMES S. FRAZIER    Logout  |  Help

  Printer Friendly

Return

# EDUCATION INFORMATION

## Current as of: Mar 10, 2005

**MSGT FRAZIER JAMES S**

BILLET DESC: **MOTOR T CHIEF**

RES RUC: **88803**                              RES COMPANY:                    RES PLT:

### Service Schools/ Special Skills

| CODE | DESCRIPTION | STATUS | YEAR | CODE | DESCRIPTION |
|------|-------------|--------|------|------|-------------|
| M82 | WARFIGHTING SKILLS PROGRAM | PA | 2004 | MBM | MOTOR TRANSPORT CAREER |
| MAM | MOTOR TRANSPORT NCO ADVANCED | PA | 2003 | MBL | MOTOR TRANSPORT ADVANCE |
| T4B | CURRICULUM DEVELOPERS COURSE | PA | 2001 | L9F | 1STSGT/MSGT SEMINAR |
| T3X | SNCO ADVANCED NON-RES (7200) | | 1997 | T8A | SNCO CAREER |
| T8G | SNCO CAREER NONRESIDENT PROGRAM | PA | 1985 | 35Z | TRACTOR TRAILER OPERATOR |
| 35X | MOTOR VEHICLE OPERATOR | | 1974 | | |

### MCI Course Completed

| MCI COURSE | MCI NAME | COMPLETED DATE | GRADE | MCI COURSE | MCI NAME | COMPL |
|------------|----------|----------------|-------|------------|----------|-------|
| 7205ZZ | ADMINISTRATION | 1997/02/25 | A | 7203AZ | MILITARY JUSTICE | 1997/0: |
| 7202AZ | DRILL/CERE/INSP/AWAR | 1997/02/25 | A | 7201AZ | PHYSICAL TRNG MGMT | 1997/0: |
| 7200ZZ | SNCO ADV NONRES PROG | 1997/02/27 | A | 7401ZZ | TACTICAL FUNDS | 1998/0< |
| 7403ZZ | COMBAT TECH | 1998/05/05 | A | 7400ZZ | WFSK NONRES PROG | 2004/01 |
| 7405AZ | COMBINED ARMS | 2004/01/19 | A | 7403BZ | COMBAT TECH | 2004/01 |
| 7404AZ | MC LEADERSHIP | 2004/01/19 | A | 7401AZ | INTRO TO WARFIGHTING | 2004/01 |
| 7402AZ | SMALL UNIT TACT PROB | 2004/01/19 | A | | | |

### MCI Courses Active

**No Active MCI's on File**

### Off-Duty Education

**No Off Duty Education Information on File**

v 2005.1.04                         TFAS.TFAS58B.3                    12 Mar 2005 @ 1016

ENCL:(18)

215

APRIL 21, 2005

# PARISH OF ORLEANS

The State of Louisiana ∫

### CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

LOUIS P RUSSO

Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans, in the Parish of Orleans and given the said Court here to understand and be informed that one **JAMES S FRAZIER**

late of the Parish of Orleans, on the **21ST** day of **MARCH** the year of our lord **2005** in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans, ATTEMPTED TO COMMIT SECOND DEGREE MURDER UPON, █████████

██████████

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

_____
ASSISTANT DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS

## NOT GUILTY

**FILED**

Clerk's Office 2 April 2007
A True Copy
by _____ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court
Orleans Parish

ENCL: (4)

216



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
MANPOWER AND RESERVE AFFAIRS DEPARTMENT
HARRY LEE HALL, 17 LEJEUNE ROAD
QUANTICO, VIRGINIA 22134-5104

IN REPLY REFER TO:
1400/3
MMPR-2
MAY 0 4 2005

Master Sergeant James S. Frazier
█████████████████████████████

Dear Master Sergeant Frazier:

This is in response to your letter dated 18 March 2005 addressed to Congressman William Jefferson.  In your letter you assert that due to an erroneous pay entry base date (PEBD), you were not considered for promotion to master gunnery sergeant on the FY 2004 Reserve Staff Noncommissioned Officer Selection Board.

A review of the selection board records indicates that, when the FY 2004 Reserve Staff Noncommissioned Officer (SNCO) Selection Board convened on 12 January 2004, you were not eligible for consideration based on your Date of Rank (DOR) and Pay Entry Base Date (PEBD) resident in the Marine Corps Total Force System (MCTFS) at that time.  On 29 June 2004, you requested remedial consideration for the FY 2004 Reserve SNCO Selection Board. Your request was based on the fact that you believed that you were erroneously not considered by the board due to changes in the allocations.  However, on 8 September 2004, we disapproved your request because your DOR and PEBD, as reflected in MCTFS, still did not make you eligible for consideration by that board.

This office received your current request for remedial consideration for the FY 2004 Reserve SNCO Selection Board on 15 March 2005.  Based on the fact that your PEBD has been corrected, you will receive remedial consideration for promotion to master gunnery sergeant for the FY 2004 Reserve Staff Noncommissioned Officer Selection Board.  This Enlisted Remedial Selection Board will be held on 11 May 2005.  Once the board report is signed, you will be notified via naval message of a selection or via letter of a non-selection, whichever is applicable to your situation.

J. A. MCLAUGHLIN
Major, U.S. Marine Corps
Head, Enlisted Promotion Section

ENCL: (5)



08/05/2005 FRI 13:25 FAX                                        ☒004/004

```
TDRPKY07-1            (MCTFS) DIARY RETRIEVAL SYSTEM        08/05/2005
GR1M18   SSN: ██████          INIT: FJS   ENTER NEXT CYC:      10:58:45
----------------------------------------------------------------------
CYC TTC   DIARY/PAYROLL      EFF       ACT      MEC     CODES     ERROR
NR        NUMBER   DATE      DATE      DATE     NR    CP/COR/TYP  POS F/E
----------------------------------------------------------------------
104 0251  00101 20050614     20050614  20050614  NONE    1
          RUC/DSSN: 54847   DPI: 09
          ENGLISH: 20050614 DRAW CASE AW TERM 200903
          ENCODED: AW200903
          HIST:  PER CMC RAP
130 0053  00714 20050722     20050408  20050408  NONE    1
          RUC/DSSN: 88803   DPI: 00
          ENGLISH: 20050408 PROM RESTR ADMIN SEP PEND 12 MOS
          ENCODED:
          HIST: NONE
   *** COMPLETED *** (PF13 - RESTART CYCLE, ENTER - RETURN TO MENU) *** PAGE - 03
```

ENCL: (6)

08/05/2005 FRI 13:25 FAX                                    ☒003/004

```
TDRPKY07-1                    (MCTFS) DIARY RETRIEVAL SYSTEM        08/05/2005
GR1M18   SSN: ████████              INIT: FJS    ENTER NEXT CYC:    10:58:04
----------------------------------------------------------------------------
CYC TTC   DIARY/PAYROLL      EFF       ACT      MEC       CODES      ERROR
NR        NUMBER   DATE      DATE      DATE     NR     CP/COR/TYP   POS F/E
----------------------------------------------------------------------------
058 0922  00323 20050405    20050405  20050405  NONE      1
          RUC/DSSN: 88803    DPI: 00
          ENGLISH: 20050405 CRCR CERTDATE 200504
          ENCODED: 200504
          HIST: NONE
069 0140  00373 20050419    20041116  20041116  NONE      1
          RUC/DSSN: 88803    DPI: 00
          ENGLISH: 20041116 AWD WT DEV 0 FR 20041116 TO 20041116 ED 20041116
          ENCODED: WT0200411620041116
          HIST:
093 0251  00257 20050524    20050524  20050524  NONE      1
          RUC/DSSN: 54839    DPI: 09
          ENGLISH: 20050524 DRAW CASE AW TERM 200905
          ENCODED: AW200905
          HIST:  SNM PASSED OVER BY REMEDIAL BOARD ON 20050511.
      * * * * * * * * * * * * C O N T I N U E D * * * * * * * * * * PAGE - 02
                         (PF-13 RESTART CYCLE)
```

ENCL: (7)



**UNITED STATES MARINE CORPS**
MARINE FORCES RESERVE
4400 DAUPHINE STREET
NEW ORLEANS, LOUISIANA 70146-5400

IN REPLY TO
1400
CMD

From: Sergeant Major, Marine Forces Reserve
To: President, Remedial Promotion Board

Subj: LETTER OF RECOMMENDATION IN CASE OF MASTER SERGEANT
JAMES S. FRAZIER ███████████ USMCR

1. This letter is to positively endorse MSgt Frazier's request to be considered by the remedial promotion board. MSgt Frazier while in the IRR has continued to serve the Marine Coprs by association and attending MOS schools to enhance his career and become a better SNCO. These are some of the things we ask the Marines in the IRR to do, so they are fully qualified if called on.

2. MARADMIN 553/03 allocated 1 IRR and 2 SMCR in the 3500 OCC field MARADMIN 095/04 notes that the final zone cutoffs allocated 2 to the 3500 OCC field, but 3 were selected from the SMCR. This appears to have been a mistake. While it may not have been, what happended to the 3500 allocation in the IRR? Perhaps the board could look into this and decide if MSgt Frazier should bave been looked at for promotion.

R. W. DIXON

ENCL: (8)

220

08/05/2005 FRI 13:25 FAX                                              @002/004

```
TDRPKY07-1              (MCTFS) DIARY RETRIEVAL SYSTEM        08/05/2005
GR1M18  SSN: ███████        INIT: FJS    ENTER NEXT CYC:      10:57:14
---------------------------------------------------------------------------
CYC TTC  DIARY/PAYROLL      EFF       ACT      MEC      CODES       ERROR
NR       NUMBER   DATE      DATE      DATE     NR       CP/COR/TYP  POS F/E
---------------------------------------------------------------------------
 040 0004  00216 20050309      20050302  20050302  NONE     1
        RUC/DSSN: 88803    DPI: 00
        ENGLISH: 20050302 REENL USMCR KHC1 YRS 2 ENL 6TH
        ENCODED: KHC126TH
        HIST:  BJC - RCVD ON 050309.
 040 0063  00218 20050309      20050309  20050309  NONE     1
        RUC/DSSN: 88803    DPI: 00
        ENGLISH: 20050309 PEBD 19761107
        ENCODED: 19761107
        HIST:  BASED ON SNM & OUR RECOMPUTATION PEBD IS CHANGED. BREAK IN SERV TIM
        E IS 030424. FIRST PEBD 730614+030424-1=761107.
      * * * * * * * * * * * * * C O N T I N U E D * * * * * * * * * PAGE - 01
                      (PF-13 RESTART CYCLE)
```

ENCL:(9)

221

INTERACTION          703·978·1776          12/04/08   12:20pm   P. 001

**Address:** 4428 Rockcrest Drive
           Fairfax, VA  22032
**Phone:** 703.978.0327
**FAX:** 703.978.1776



| To: | BCNR | From: | Thomas D. Affourtit, *LtCol USMC (e)* |
|---|---|---|---|
| Fax: | 703.614.9857 | Pages: | |
| Phone: | | Date: | |
| Re: | | cc: | |

2 Dec 2008

Board for Corrections of Naval Records
2 Navy Annex, Room 2432
Washington, DC 20370-5100

Re:   Case of MSGT JAMES S. FRAZIER, JR., USMC
      Docket # 2503.08

1. This is submitted in support of MSGT Frazier's request for a retro promotion to
Master Gunnery Sergeant.

2. MSGT Frazier served in my MTU VA03 as a Battlefield Assessment SNCO from
940322 to 960620.  During that time, then GYSGT Frazier participated in very high
level analysis of intelligence information derived from USMC operating field units.  On
several occasions, GYSGT Frazier was assigned to special projects for USMC Manpower
Division at HQMC.

3. GYSGT Frazier was an exceptionally competent Marine with outstanding skill in
mission analysis.  He was highly competent with organizational and analytical methods.
His contribution during the time of my command had an immeasurable effect on the
Warfighting Development Integration division.

4. GYSGT Frazier displayed consistently outstanding leadership capability and
commanded respect from other Marines.  He has more than proven his ability to function
as a Master Gunnery Sergeant.

5. I wish to extend my highest recommendation for a positive conclusion by the BCNR.

Thomas D. Affourtit, Ph.D.
Lieutenant Colonel, USMCR (Ret)

223