IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. FRAZIER, JR., | ) | Civil Action No. 10-500 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| SECRETARY RAY MABUS, U.S. | ) | |
| DEPARTMENT OF THE NAVY; | ) | |
| EXECUTIVE DIRECTOR W. DEAN | ) | |
| PFEIFFER, BOARD FOR | ) | |
| CORRECTION OF NAVAL RECORDS, | ) | |
| | ) | |
| Defendants. | ) | *Filed electronically* |

## DEFENDANTS' SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT

Defendants, Secretary Ray Mabus, U.S. Department of the Navy, Executive Director W. Dean Pfeiffer, Board for the Correction of Naval Records, by their attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania and Jennifer R. Andrade, Assistant United States Attorney, respectfully file the within Supplemental Appendix of Exhibits in Support of Defendants' Renewed Motion for Summary Judgment.[1]

EXHIBIT E  ................................................. Relevant Portions of MCO P1400.32D

EXHIBIT F  ................................................. MCO 5420.16D (in full)

EXHIBIT G  ................................................. SECNAVINST 5420.193 (in full)

EXHIBIT H  ................................................. Declaration of Major Suzanne M. Denault

---

[1] Exhibits contained in this Supplemental Appendix are lettered sequentially, continuing from the exhibits submitted in Defendants' Appendix in support of the original Motion to Dismiss, or in the Alternative, for Summary Judgment.  See Doc. No. 28.  Similarly, the bates numbering of the Supplemental Administrative Record continues sequentially from the bates numbers assigned to the original Administrative Record.  See id.

1

Supplemental Administrative Record Vol. I ................................................ Pages 342-390

    Precept Convening December 2012 ERSB ............................................... Page 342

    Board Report for December 2012 ERSB ................................................... Page 346

    Plaintiff's Notification Letter of ERSB Results ........................................ Page 354

    Plaintiff's Official Military Personnel File Submitted to
    December 2012 ERSB (FY 2004 & FY 2005) .......................................... Page 355

    Plaintiff's Supplemental Personnel Documents
    (Considered during remedial consideration for FY 2005) ........................ Page 570

    MARADMIN Announcing FY 2004 SNCO Selection Board ................... Page 586

Supplemental Administrative Record Vol. II ............................................... Pages 391-440

Supplemental Administrative Record Vol. III .............................................. Pages 441-490

Supplemental Administrative Record Vol. IV .............................................. Pages 491-540

Supplemental Administrative Record Vol. V ............................................... Pages 541-590

Supplemental Administrative Record Vol. VI .............................................. Pages 591-640

    Change 1 to MARADMIN for FY 2004 SNCO Selection Board ............. Page 605

    Precept Convening 2004 SNCO Selection Board ..................................... Page 611

    Modification to Precept for 2004 SNCO Selection Board ........................ Page 614

    MARADMIN Announcing 2005 Reserve SNCO Selection Board .......... Page 623

    Change 1 to MARADMIN for FY 2005 SNCO Selection Board ............. Page 637

Supplemental Administrative Record Vol. VII ............................................ Pages 641-656

    Precept Convening 2005 SNCO Selection Board ..................................... Page 645

    Modification to Precept for 2005 SNCO Selection Board ........................ Page 649

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Jennifer R. Andrade
JENNIFER R. ANDRADE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7354
*Attorney for Defendant*s

Of Counsel:
LT Matthew R. Roush, JAGC, USN
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, SE, STE 3000
Washington Navy Yard, DC 20374

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date, a copy of the within *Supplemental Appendix of Exhibits in Support of Defendant's Renewed Motion for Summary Judgment*, either electronically or by first-class United States mail, upon the following:

James S. Frazier, Jr.
Post Office Box 224
McKeesport, PA 15134
*Pro se Plaintiff*

Dated:   June 24, 2013                                     s/ Jennifer R. Andrade
                                                                         JENNIFER R. ANDRADE
                                                                         Assistant U. S. Attorney