# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES S. FRAZIER, JR.                                    Civil Action No. 10-500
Plaintiff


v.                                                       Magistrate Judge Lisa Pupo Lenihan


SECRETARY RAY MAYBUS, U.S
DEPARTMENT OF THE NAVY;
EXECUTIVE DIRECTOR W. DEAN
PFEIFFER, BOARD FOR CORRECTION
OF NAVAL RECORDS
Defendants

## MOTION TO SEAL RECORDS

To:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

And now this date comes Plaintiff James S. Frazier, Jr., to respectfully request the U.S. District Court for the Western District of Pennsylvania seal records in the captioned case. On June 24, 2013, Defendants filed a Renewed Motion for Summary Judgment with Exhibits and Supplemental Records. Included in Supplemental Records Volumes I through V are the highly confidential and personal military records of the Plaintiff. These military records contained personal identifiers of the Plaintiff.  More specifically, they contain the full names of the Plaintiff's ex-wife, children and mother. An example of this is Document 52-6, page 18, and Document 52-7, page 5. Some of these records contain the Plaintiff's Date of Birth (DOB). An example of this is Document 52-6, page 40. Finally, some of these records include the Plaintiff's SSN. An example of this is Document 52-9 pages 5 and 6. Plaintiff contacted the Defendant's Counsel of Record, Jennifer Andrade on or about August 19, 2013 concerning the SSN issue. In all fairness, she agreed to redact the SSN on the after mentioned documents. However, the rest of the personal identifiers remain. It serves no legitimate purpose for the Plaintiff's confidential Military Record to remain as part of the public record. Therefore, Plaintiff hopes and prays that this Honorable Court grants this motion.

Respectfully,

JAMES S. FRAZIER, JR
Plaintiff, Pro Se
POB 224 McKeesport, PA. 15134
(412) 403-6505

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing *Motion to SEAL RECORDS* was mailed via U.S. Postal Service First Class Mail to the following:

Jennifer R. Andrade
Assistant U.S. Attorney
Western District of PA.
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA. 15219

JAMES S. FRAZIER, JR.
Plaintiff, Pro-Se