IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. FRAZIER, JR., | ) | Civil Action No. 10-500 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| SECRETARY RAY MABUS, U.S. DEPARTMENT OF THE NAVY; EXECUTIVE DIRECTOR W. DEAN PFEIFFER, BOARD FOR CORRECTION OF NAVAL RECORDS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | *Filed electronically* |

## DEFENDANT'S RESPONSE TO
## PLAINTIFFS' MOTION TO SEAL RECORDS

Defendants, Secretary Ray Mabus, U.S. Department of the Navy, Executive Director W. Dean Pfeiffer, Board for the Correction of Naval Records, by their attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania and Jennifer R. Andrade, Assistant United States Attorney, do not object to Plaintiff's Motion to Seal Records, more specifically, the Supplemental Administrative Records, Docket Nos. 52-5 through 52-11.

WHEREFORE, Defendants respectfully request that this Court grant Plaintiff's request to Seal Records.

A proposed Order is attached.

>	Respectfully submitted,
>
>	DAVID J. HICKTON
>	United States Attorney
>
>	/s/ Jennifer R. Andrade
>	JENNIFER R. ANDRADE
>	Assistant U.S. Attorney
>	Western District of PA
>	U.S. Post Office & Courthouse
>	700 Grant Street, Suite 4000
>	Pittsburgh, PA 15219
>	(412) 894-7354
>	*Attorney for Defendants*

Of Counsel:
LT Matthew R. Roush, JAGC, USN
Office of the Judge Advocate General
General Litigation Division (Code 14)
1322 Patterson Avenue, SE, STE 3000
Washington Navy Yard, DC 20374

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **Defendant's Response to Plaintiff's Motion to Seal Records** was served via electronic filing and/or first-class mail upon the following:

James S. Frazier, Jr.
Post Office Box 224
McKeesport, PA 15134
*Pro se Plaintiff*

Dated: August 27, 2013

s/ Jennifer R. Andrade
JENNIFER R. ANDRADE
Assistant U. S. Attorney