IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. FRAZIER, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-500 |
| ) | |
| vs. ) | Chief Magistrate Judge Lisa P. Lenihan |
| ) | |
| SECRETARY RAY MABUS, U.S. ) | |
| DEPT. OF THE NAVY; EXECUTIVE ) | |
| DIRECTOR W. DEAN PFEIFFER, BOARD ) | |
| FOR CORRECTION OF NAVAL RECORDS ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Renewed Motion for Summary Judgment is **DENIED** in accordance with the Memorandum Opinion issued on this date.

**IT IS FURTHER ORDERED** that the case be remanded to the Defendants **FORTHWITH**, and specifically to the BCNR, for further proceedings – to be made in accordance with relevant law and this Opinion and with all due promptness. And it is directed that the subsequent record indicate the steps taken by Defendants to ensure compliance with this Order and the Court's Memorandum Opinion.

The Clerk is directed to mark this case closed.

Lisa Pupo Lenihan
Chief U. S. Magistrate Judge

Dated: October 28, 2013

cc: **JAMES S. FRAZIER, JR.**
    Post Office Box 224
    McKeesport, PA 15134